UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>                    Plaintiffs,<br><br>          v.<br><br>E.I. DU PONT DE NEMOURS AND CO. and<br>PIONEER HI-BRED INTERNATIONAL, INC.,<br><br>                    Defendants. | Case No. 09-cv-0686 (ERW) |

# EXHIBIT A

### DUPONT'S AND PIONEER'S SUBMISSION OF SEARCH TERMS IN ACCORDANCE WITH THE COURT'S CASE MANAGEMENT ORDER

**Search Terms for DuPont/Pioneer**

| Search Terms for DuPont/Pioneer |
|---|
| GAT |
| (GAT* AND NOT (GATE* OR GATH*) |
| OGAT* |
| "GAT/RR" |
| 98140 |
| GLYAT |
| GRS |
| "GAT Roundup Stack" |
| DMA |
| "Dual Mode of Action" |
| (Optimum w/5 (GAT OR soy* OR corn)) |
| OptimumGAT |
| "Glyphosate-n-acetyltransferase" |
| acetyltransferase |
| anticompet* or anti-compet* |
| (ALS /5 (toleran* OR resistan*)) |
| "DP356043-5" |
| DP3560435 |
| "US2009/0011938" |
| US20090011938 |
| (*938 /5 (patent OR app*)) |
| "12/129,947" |
| "10/427,692" |
| "10/004,357" |
| "60/377,719" |
| "60/377,175" |
| "60/244,385" |
| 12129947 |
| 10427692 |
| 10004357 |
| 60377719 |
| 60377175 |
| 60244385 |
| ((Roundup* OR RR) /5 (stack* OR corn OR soy* OR cross* OR combin*)) |
| 40*3*2 |
| *40*3*2 |
| "40 3 2" |
| NK*603 |
| NK603 |
| *NK603* |
| EPSP* |
| enolpyruvylshikimate |
| enolpy* |
| (SEQ /5 70) |
| (SEQ /5 3) |

| |
|---|
| "P93-258-01" |
| "00-01 I-OIP" |
| CP4 |
| CaMV* |
| *35S* |
| "chloroplast transit peptide*" |
| CTP* |
| pMON13640 |
| pMON*13640 |
| (("biological material*" OR "bio material*") /20 ("previously supplied" OR progeny OR corn OR RR OR Roundup* OR soy* OR glyphosate)) |
| "U.S. Re. 39,247E" |
| "U.S. Re. 39247E" |
| "US Re 39,247E" |
| "US Re 39247E" |
| (*247 /5 (reissue OR patent OR app* OR prosec* OR infring*)) |
| "5,633,435" |
| 5633435 |
| (*435 /5 (patent OR app* OR prosec*)) |
| (Gerard /3 Barry) |
| (Gerry /3 Barry) |
| (Ganesh /3 Kishore) |
| (Stephen /3 Padgette) |
| (Steve /3 Padgette) |
| (William /3 Stallings) |
| (Bill /3 Stallings) |
| Fraley |
| (Stack* and (soy* OR corn OR optimum OR *GAT OR roundup* OR RR OR Monsanto OR MON OR EPSP* OR CP4 OR NK603 OR NK*603 OR 40*3*2 OR "P93-258-01" OR "00-01I-OIP")) |
| (Combin* and (soy* OR corn OR optimum OR *GAT OR roundup* OR RR OR Monsanto OR MON OR EPSP* OR CP4 OR NK603 OR NK*603 OR 40*3*2 OR "P93-258-01" OR "00-01I-OIP")) |
| (Breed* and (soy* OR corn OR optimum OR *GAT OR roundup* OR RR OR Monsanto OR MON OR EPSP* OR CP4 OR NK603 OR NK*603 OR 40*3*2 OR "P93-258-01" OR "00-01I-OIP")) |
| (Cross* and (soy* OR corn OR optimum OR *GAT OR roundup* OR RR OR Monsanto OR MON OR EPSP* OR CP4 OR NK603 OR NK*603 OR 40*3*2 OR "P93-258-01" OR "00-01I-OIP")) |
| (soy* w/10 (agreement* OR licens* OR contract*)) |
| (corn w/10 (agreement* OR licens* OR contract*)) |
| (yieldgard* w/10 (agreement* OR licens* OR contract*)) |
| ("master settlement" w/5 (agreement* OR licens* OR contract* OR release)) |

| |
|---|
| ("definitive agreement*" w/10 (master OR settlement OR RR OR Roundup*)) |
| ((Monsanto OR MON) w/10 (agreement* OR licens* OR contract*) w/10 (RR OR Roundup*)) |
| ("licensed field" w/20 (RR OR Roundup* OR glyphosate)) |
| ("licensed commercial seed*" w/20 (RR OR Roundup* OR glyphosate)) |
| ("licensed corn product*" w/20 (RR OR Roundup* OR glyphosate)) |
| ("selectable marker*" w/5 (RR OR Roundup* OR glyphosate)) |
| GOX |
| GA21 |
| (MON810 and (agreement* OR contract* OR licens* OR LOI OR "Letter of Intent")) |
| (MON*810 and (agreement* OR contract* OR licens* OR LOI OR "Letter of Intent")) |
| (YieldGard* and (agreement* OR contract* OR licens* OR LOI OR "Letter of Intent")) |
| (lepidop* and (agreement* OR contract* OR licens* OR LOI OR "Letter of Intent")) |
| (("letter of access" OR LOA) w/20 (RR OR Roundup*)) |
| ((APHIS OR USDA) and (RR OR Roundup*)) |
| "Input Trait Strategy Team" |
| ITST |
| (Project w/3 Green) |
| (Project w/3 PAM) |
| (Acceleron w/5 (Roundup OR RR OR soy)) |
| "Access to acres" |
| (Access w/5 acres) |
| Anticompetitive |
| (Change w/5 control) |
| "Co-brand*" |
| Cobrand* |
| (Compet* within 30 (trait* OR seed* OR grain* OR germplasm OR RR OR RR1 OR "Roundup Ready" OR Genuity OR glyphosa* OR herbicid* OR soy* OR corn OR gene* OR GMO* OR patent* OR transgen*)) |
| ("Corn States" w/5 germplasm) |
| ("Data package" w/10 (regulatory OR registration)) |
| (domina* w/5 (share OR corn OR soy OR trait* OR stack*)) |
| (Foreign w/5 regulatory w/5 approv* w/5 soy*) |
| Generic |
| (Germplasm w/5 "out-licens*") |
| (Germplasm w/5 outlicens*) |
| (Germplasm w/10 develop*) |
| (GreenLeaf and germplasm) |
| (GreenLeaf and "out-license") |
| (Herculex w/15 Dow) |

| |
|---|
| ("High oleic" and stack*) |
| ("Holden's" w/5 "out-license") |
| "Independent seed compan*" |
| ISC |
| "Letter* of Intent" |
| "License restrictions" |
| ("Low linoleic" AND (stack* OR "market share" OR Monsanto OR MON)) |
| "LOI" |
| ("Market share*" AND (trait* OR seed* OR grain* OR germplasm OR RR OR RR1 OR "Roundup Ready" OR Genuity OR glyphosa* OR herbicid* OR soy* OR corn OR gene* OR GMO* OR patent* OR transgen*)) |
| ("Midwest Oil Seeds" w/5 germplasm) |
| Monop* |
| (Monsanto OR MON and germplasm) |
| (Monsanto OR MON and stacking) |
| "Optimum Acre Max" |
| Patent w/5 expir* w/20 reg* |
| "Poison pill" |
| "PROAccess" |
| (Pro w/2 access) |
| (Soybean AND LOI) OR (Soybean AND "Letter* of Intent") |
| (share w/5 (corn OR soy OR trait* OR germplasm)) |
| (SmartStax and Dow) |
| Plenish |
| "Post-patent" |
| (Registration* w/30 (foreign OR trait OR stack OR market* OR regulat*)) |
| (("Roundup Ready 2 Yield" OR RR2 OR RR2Y OR Genuity) and pric*) |
| (("Roundup Ready 2 Yield" OR RR2 OR RR2Y OR Genuity) and yield) |
| (("Roundup Ready 2 Yield" OR RR2 OR RR2Y OR Genuity) and "seed treatment") |
| (("Roundup Ready 2 Yield" OR RR2 OR RR2Y OR Genuity) and performance) |
| (Yield w/5 advantage) |
| (Yield w/5 drag) |
| (Green w/10 (Mon or Monsanto OR MON or GAT)) |
| (PAM w/10 (Mon or Monsanto OR MON or GAT)) |
| PHI-MON |
| "Soybean Research Leadership Team" |
| Dekalb w/20 glyphosate |
| (soy* w/20 (reg* or dereg* or "data package" or "government* approval")) |
| (6.01* w/10 reg*) |

| |
|---|
| (("Authorization letter*" or "letter* of access" or "access letter*" or LOA) and soy* and (RR or Roundup* or OGAT* OR (GAT* AND NOT (GATE* OR GATH*)))) |
| (data AND soy* AND reg* AND (RR or Roundup* or OGAT* OR (GAT* AND NOT (GATE* OR GATH*)))) |
| ((auth* w/5 letter*) and soy* and (RR or Roundup* or OGAT* OR (GAT* AND NOT (GATE* OR GATH*)))) |
| ("Global Registration" and soy* and (RR or Roundup* or OGAT* OR (GAT* AND NOT (GATE* OR GATH*)))) |
| ("Biotech Affairs" and Reg* and soy* and (RR or Roundup* or OGAT OR (GAT* AND NOT (GATE* OR GATH*)))) |
| "8.04" and (corn or soybean) and agreement* |
| "9.02" and (corn or soybean) and agreement* |
| "2.02" and (corn or soybean) and agreement* |
| "2.11" and (corn or soybean) and agreement* |
| "2.09" and (corn or soybean) and agreement* |
| "3.01" and (corn or soybean) and agreement* |
| "4.01" and (corn or soybean) and agreement* |
| "3.02" and (corn or soybean) and agreement* |
| "3.04" and (corn or soybean) and agreement* |
| "4.02" and (corn or soybean) and agreement* |
| "11.05" and (corn or soybean) and agreement* |
| "11.06" and (corn or soybean) and agreement* |
| (Terminate w/20 license) |
| "limitation of liability" |
| (damage* w/20 license) |
| "OGAT/RR" |
| (OGAT w/20 RR) |
| (stack w/20 (OGAT or GAT)) |
| (Agracetus w/20 soy* or transform*) |
| McCabe |
| Christou |
| "Applied Genetics" |
| "Greenleaf Genetics" |
| (change w/2 in w/2 control) |
| monopol* |
| foreclos* |
| ("MSA" or (master w/2 settlement w/2 agreement)) |
| (("HCS" or "Holdens" or "Holden's") w/10 germplasm) |
| (Committee w/3 agricul* w/3 innovation w/2 productivity) |
| ((DOJ or Division) or (Department w/3 justice) and Monsanto) |
| ((FTC or "Federal Trade Commission") and Monsanto) |
| (USDA or (Department w/5 Agriculture) and Monsanto) |
| (generic w/10 RR or RR1 or (Roundup w/2 Ready)) |
| (reasonable w/10 royalty) |

| |
|---|
| (export* w/10 market*) |
| (regulatory w/10 barriers) |
| Hoerner |
| Bolding |
| Padgette |
| Eichholtz |
| Delaney |
| Hinchee |
| Horesch |
| Gasser |
| Fischer |
| Bonner |
| Waack |
| Scruggs |
| Trivette |
| Bowman |
| Kishore |
| Stallings |
| Krammere |
| McFarling |
| Rousch |
| (American w/5 antitrust w/5 institute) |
| Moss |
| (violat* w/10 ("40-3" or soy* or corn or NK603 or dupont or pioneer or PHB)) |
| Henner |
| Comai |
| "WO92/04449" |
| ("PCT Application" w/10 ("barry" or "CP4")) |
| (Rhodes w/20 patent) |
| ((("field test" or "laboratory test" or research or marketing or "product development") /p ("Optimum GAT" or "GAT" or "O-GAT" or "OGAT" or "356043"))) |
| (herculex w/20 (dow or mycogen)) |
| (herculex w/20 (dupont or pioneer)) |
| "dual modes" |
| (modes w/3 action) |
| (dow w/20 (insect w/3 resist*)) |
| (dow w/20 ("Roundup" or "RR corn" or "RR1" or "NK603")) |
| (herculex w/20 ("Roundup" or "RR corn" or "RR1" or "NK603")) |
| (("eight-gene" or "8-gene" or "eight gene" or "8 gene") w/5 stack) |
| (stack w/20 (insect* and herbicide)) |
| (stack w/20 ("IR" and "HT")) |
| (stack w/20 (resist* and toleran)) |

| |
|---|
| ((market or compet*) w/20 (stack or herculex or smartstax or "eight-gene" or "8-gene" or "eight gene" or "8 gene" or "dual modes")) |
| acceleron |
| (corn w/5 market) |
| (soy* w/5 market) |
| (herbicide w/5 market) |
| (glyphosate w/5 market) |
| ((Roundup w/3 Ready or RR*) and market) |
| (Stack* w/5 market) |
| ((input or output) w/5 market) |
| (exclusive w/3 dealing) |
| GLG /20 (*license or violat* or germplasm) |
| switch* or transition or convert* /20 GAT |
| Larson w/3 Kelly |
| (("field test" or "laboratory test" or research or marketing or "product development") /p ("Optimum GAT" or "GAT" or "O-GAT" or "OGAT" or "356043")) |