UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, Plaintiffs, v. E.I. DU PONT DE NEMOURS AND CO. and PIONEER HI-BRED INTERNATIONAL, INC., Defendants. | Case No. 09-cv-0686 (ERW) |

# EXHIBIT B

**DUPONT'S AND PIONEER'S SUBMISSION OF SEARCH TERMS IN ACCORDANCE WITH THE COURT'S CASE MANAGEMENT ORDER**

**DuPont/Pioneer Comments
Re Terms To Be Used by Monsanto
To Search Monsanto Data and Documents - 3/31/10**

| DuPont/Pioneer Comments Re Terms To Be Used By Monsanto To Search Monsanto Data And Documents - 3/31/10 | | |
|---|---|---|
| Term | DuPont/Pioneer Revision | DuPont/Pioneer believes these are appropriate but will consider any proposals by Monsanto |
| "license"/10 (RR or Roundup or glyphosate) /10 "dupont" | | |
| "license"/10 (RR or Roundup or glyphosate) /10 "pioneer" or "PHB" | | |
| ("breach" or "violate")/10 (Roundup or glyphosate)/10 "dupont" | | |
| ("breach" or "violate")/10 (RR or Roundup or glyphosate)/10 "pioneer" or "PHB" | | |
| "40*3*2" /20 (DNA or gene or molecul* or sequenc*) | | |
| ("NK603" or NK*603 or *NK603) /20 (DNA or gene or molecul* or sequenc*) | | |
| "CP4" or "Class II EPSPS" | | |
| ("CP4" or "247" or "Berry" or "435") /3 ("patent" or "pat.") | ("CP4" or *247 or "Barry" or *435) /20 (pat* or Reissue or prosec* or "Barry") | |
| "5633435" or "5,633,435" | | |
| "39,247E" or "39247E" or "RE39,247" or "RE39247" | | |
| ("SEQ I.D." or "SEQID" or "SEQ ID") /2 70 /20 "EPSPS" | ("SEQ I.D." or "SEQID" or "SEQ ID") /20 ("EPSPS" or glyphosate or enol* or 70 or 3) | |
| "Henner" | | |
| "WO92/04449" | | |
| "PCT Application" /10 ("Barry" or "CP4") | | |
| "McCabe" /p (soy or transform! or regenerat!) | | |
| "Christou" /p (soy or transform! or regenerat!) | | |
| "pMON13640" | | |
| Shah /20 patent | | X |
| "Rhodes" /20 "patent*" | | |

| Search | | |
|---|---|---|
| ("40*3*2" or "RR" or "Roundup Ready" or "RR soy" or "RRSB" or "RR1") /p ("Optimum GAT" or "GAT" or "O-GAT" or "OGAT") | | |
| ("NK603" or NK*603 or *NK603 or RR or "Roundup Ready" or "RR2 corn" or "RR corn") or "RR1" /p ("Optimum GAT" or "GAT" or "O-GAT" or "OGAT") | | |
| ("stack" or "combin*") /p ("40*3*" or "RR" or "Roundup Ready" or "RR soy" or "RRSB" or "RR1") | | |
| ("stack" or "combin*") /p (NK603 or NK*603 or *NK603 or RR or "Roundup Ready" or "RR2 corn" or "RR corn") | | |
| ("stack" or "combin*") /p ("Optimum GAT" or "GAT" or "O-GAT" or "OGAT") | | |
| "licens*" /p ("Optimum GAT" or "GAT" or "O-GAT" or "OGAT") | | |
| "toloran*" /p ("Optimum GAT" or "GAT" or "O-GAT" or "OGAT") | | |
| "breed*" /p ("Optimum GAT" or "GAT" or "O-GAT" or "OGAT") | | |
| Corn and ("herculex" /20 ("dow" or "mycogen" or "dupont" or "poineer" or "ogat" or "GAT")) | | |
| "Three-Way" /3 "Multi-Event" /3 corn | ' | |
| "Three-Way" /3 "Multi-Event" /3 agreement | | |
| "Multi-Event" /3 corn /3 agreement | | |
| "Multi-Event" /20 germplasm | | |
| ("TC1507" /20 corn) /p (stack or roundup) | | |
| ("DAS-59122-7" /20 corn) /p (stack or roundup) | | |
| Corn and ("Multi-Event" /20 dow) | | |
| Corn and ("Three-Way" /20 dow) | | |
| Corn and ((commercial /3 license) /20 dow) | | |
| Corn and (("pioneer" or "dupont" or "PHB" or "ogat") /20 ("dow" or "mycogen")) | | |

| | | |
|---|---|---|
| Corn and ("Herculex" /10 ("license" or "distribute" or "sublicense" or "subdistribute" and "dupont" or "pioneer")) | | |
| Corn and ("dow") /20 ("Roundup" or "RR" or "NK603" or NK*603 or *NK603) | | |
| Corn and ("herculex" /20 ("Roundup" or "RR" or "NK603" or NK*603 or *NK603) | | |
| "antitrust" /20 ("Monsanto" or "dow" or "mycogen" or "herculex" or "smartsstax" or "pioneer" or "dupont" or "PHB" or "ogat") | | |
| Soy and (("Roundup Ready 2 Yield" or "RR2Y" or "RR2" or "40*3*") /20 "licens* | | |
| Soy and (("Roundup Ready 2 Yield" or "RR2Y" or "RR2" or "40*3*") /20 "agreement") | | |
| Soy and (("Roundup Ready 2 Yield" or "RR2Y" or "RR2" or "40*3*") /20 ("license" /3 "agmt")) | | |
| Soy and (("Roundup Ready 2 Yield" or "RR2Y" or "RR2" or "40*3*") /20 ("license" /3 "deal")) | | |
| Soy and (("Roundup Ready 2 Yield" or "RR2Y" or "RR2" or "40*3*") /20 "expir*) | | |
| Soy and (("Roundup Ready 2 Yield" or "RR2Y" or "RR2" or "40*3*") /20 ("patent" /3 "life")) | | |
| Soy and (("Roundup Ready 2 Yield" or "RR2Y" or "RR2" or "40*3*") /20 ("patent" /3 "end")) | | |
| Soy and (("Roundup Ready 2 Yield" or "RR2Y" or "RR2" or "40*3*") /20 ("patent" /3 "term")) | | |
| Soy and (("Roundup Ready" or "RR1" or RRSB" or "40*3*" or RR) /20 "expir*") | | |
| Soy and (("Roundup Ready" or "RR1" or RRSB" or "40*3*" or RR) /20 ("patent" /3 "life")) | | |

| | | |
|---|---|---|
| Soy and (("Roundup Ready" or "RR1" or RRSB" or "40*3*" or RR) /20 ("patent" /3 "end")) | | |
| Soy and (("Roundup Ready" or "RR1" or RRSB" or "40*3*" or RR) /20 ("patent" /3 "term")) | | |
| Soy and (("Roundup Ready" or "RR1" or RRSB" or "40*3*" or RR) /20 "generic") | | |
| Soy and (("Roundup Ready" or "RR1" or RRSB" or "40*3*" or RR) /20 (terminat! Or destroy! Or destruct! Or switch! Or conver! Or cease! Or halt! Or dispos! Or return!)) | | |
| ("stack" /20 ("insent" and "herbicide")) and corn and (market or compet!) | | |
| ("stack" /20 ("IR" and "HT")) and corn and "market or compet!) | | |
| ("stack" /20 ("resist" and "toleran*")) and corn and (market or compet!) | | |
| (modes /3 action)and (market or compet!) | | |
| (("eight-gene" or 8-gene" or "eight gene" or "8 gene") /5 "stack") /p (market or compet! or dupont or pioneer) | | |
| (("Roundup Ready 2 Yield" or "RR2Y" or "RR2") and soy) /p (market or compet! or dupont or pioneer) | | |
| (("Roundup Ready 2 Yield" or "RR2Y" or "RR2") and soy) /20 "generic" | | |
| "GAT" | | |
| "Trivette" | | X |
| "Scruggs" | | X |
| "Bowman" | | X |
| "Biological material" /p (RR or Roundup) | "Biological material" /20 (RR or Roundup) | |
| "licensed field" /p (RR or Roundup or glyphosate) | "licensed field" and (RR or Roundup or glyphosate or license or MSA) | |
| pMON13640 | | |

| | | | |
|---|---|---|---|
| Verdia | | | |
| gene /3 Shuffling or shuffle | gene /3 Shuffling or shuffle and (glyphosate or GAT) | | |
| (YG, yieldgard, MON810 or MON*810) /10 (license or DuPont or Pioneer or PHB) | | X | |
| "solely due to" /p glyphosate | "solely due to" /p glyphosate and license | | |
| ("letters of access" or LOA or "data package") /p (DuPont, Pioneer or PHB) and (RR, Roundup or glyphosate) | | | |
| ("licensed commercial seed" or "licensed corn product" or "selectable marker") /p (RR or Roundup or Glyphosate) | ("licensed commercial seed" or "licensed corn product" or "selectable marker") and (RR or Roundup or Glyphosate or license or license or MSA) | | |
| gly* /3 (tol* or resistan*) | | X | |
| (Pioneer or DuPont) /p stack* and (glyphosate or RR or Roundup or GAT) | | | |
| 07/576,537 or 07/576537 or 07576537 or 38-21(10520)* or 38-2110520* or 382110520* | | | |
| 07/749,611 or 07/749611 or 07749611 or 38-21(10535)* or 38-2110535* or 382110535* | | | |
| 08/306,063 or 08/306063 or 08306063 or 38-21(10660)* or 38-2110660* or 382110660* | | | |
| 08/476,008 or 08/476008 or 08476008 or 38-21(13559)* or 38-2113559* or 382113559* | | | |
| 08/833,485 or 08/833435 or 08833435 or 38-21(15117)* or 38-2115117* or 382115117* | | | |
| 09/137,440 or 09/137440 or 09137440 or MOBT:175-3 | | | |
| 09/464,099 or 09/434099 or 09434099 or 11899.0175.DVUS01 | | | |
| 09/861,696 or 09/831696 or 09831696 or 11899.0175.CNUS04 | | | |
| 11/526,170 or 11/526170 or 11526170 or 11899.0175.CNUS08 | | | |
| 10/622,201 or 10/622201 or 10622201 or 11899.0175.REUS07 | | | |

| | | |
|---|---|---|
| 4,940,835 or 4940835 or (Shah /20 patent) | | X |
| 5,188,642 or 5188642 | | |
| 5,602,319 or 5602319 or 9243035090 | | |
| 5,512,466 or 5512466 or (Klee /20 patent) | | |
| 6,040,497 or 6040497 or (Spencer /20 patent) | | |
| "EP 0 546 090" or EP0546090 or (Barry /20 *090) or (Barry /20 Europe* /20 patent) | | |
| Barry /p oppos* /p Europe* | | |
| WO92/04449 or WO9204449 or 92/04449 or 9204449 or PCT/US91/06148 | | |
| PCT /20 Barry | | |
| PCT /20 *449 | | |
| (PCT or WIPO) /20 (Barry or *449) /20 publi* | | |
| "Class I" /20 EPSPS | "Class I" /3 EPSPS | |
| "Class II" /20 EPSPS | "Class II" /3 EPSPS | |
| kinetic* /p (EPSPS or glyphosate) | kinetic* /20 (EPSPS or glyphosate) | |
| EPSP* /20 soy* /p (trans* or "40*3*") | | X |
| EPSP* /20 trans* | | X |
| EPSPS5 | | X |
| GA101 | | X |
| EPSPS /20 mutant | | X |
| (EPSPS or glyphosate) /p (Km or Ki or Ki/Km or Vmax) | (EPSPS or glyphosate) /20 (Km or Ki or Ki/Km or Vmax) | |
| enabl* /20 (soy* or corn or plant) | | X |
| (McCabe or Christou or Hinchee) /p ("example 3" or "third example" or "example three" or example) | | |
| (soy* or transform* or regenerat*) /p ("example 3" or "third example" or "example three" or example) | | |
| (APHIS /p soy*) or 93-258-01 or 9325801 | | X |
| ((EPO or "European Patent Office") /p oppos*) and glyphosate | ((EPO or "European Patent Office") /p oppos*) /p glyphosate | |

| | | | |
|---|---|---|---|
| "EP 0 301 749" or EP0301749" or (Christou /20 *749) or (Christou /20 Europe* /20 patent) | | | |
| Christou /p oppos* /p Europe* | | | |
| Sato | | | |
| Hinchee /p (oppos* or *749 or Christou or McCabe or soy* or transform* or regenerat*) | | | |
| 07/590,647 or 07/590647 or 07590647 or 5,866,775 or 5866775 | | | |
| (dicot or monocot) /p (enabl* or transform* or regenerat*) | | | |
| Padgette and ("soybean line" or "40-3-2" or "40-3" or event) | Padgette and (soybean or "40-3-2" or "40-3" or event) | | |
| ("soybean line" or "40-3-2" or "40-3" or event) /p (promoter or termination or portion) | ("soybean line" or "40-3-2" or "40-3" or event) /20 (promoter or termination or portion) | | |
| ("soybean line" or "40-3-2" or "40-3" or event) /p toleran* | ("soybean line" or "40-3-2" or "40-3" or event) /20 toleran* | | |
| transform* /p select* | transform* /20 select* | | |
| Delanny and (yield or glyphosate or steril* or injur* or damag* or fertil* or infertil*) | | | |
| glyphosate and (yield or steril* or injur* or damag* or fertil* or infertil*) | glyphosate /p (yield or steril* or injur* or damag* or fertil* or infertil*) | | |
| Hinchee | | | |
| Horsch | | | |
| Eichholtz | Eichholtz and (enabl* or monocot or dicot or transform! or regenerat* or EPSP* or gly* or kinetic) | | |
| Larson-Kelly | | | |
| "Bacillus subtilis" or "B. subtilis" | ("Bacillus subtilis" or "B. subtilis" or "SEQ ID NO:41" or "SEQ ID 41") and (EPSP! or glyphosate or kinetic) | | |
| Padgette /p (declaration or antibod* or EPSPS) | Padgette /20 (declaration or antibod* or EPSPS) | | |
| Heck | | | |
| "promoter deficiency" | promoter and (35S or corn) | | |
| "duty to disclos*" or "duty of disclos*" or "37 CFR 1.56" or "Rule 56" | | | X |
| reissue /p declaration | | | |

| | | |
|---|---|---|
| Barry /p ("prior art" or "filing date" or "terminal* disclaim*" or "license agreement") | | |
| "GOX gene" | "GOX gene" /p soy* | |
| "MON 88913" | "MON 88913" /p soy* | |
| "MON 89788" | "MON 89788" /p (soy* "Roundup Ready 2 Yield" "RR*" Acceleron) | |
| "CaMV35S" | | X |
| "chloroplast transit peptide" or "CTP" | | X |
| "Soybean Trademark License" | "Soybean Trademark License" /p (DuPont or Pioneer or "Roundup Ready" or RR or 40*3*2) | |
| "PV-GMGT04" | | |
| "PV-ZMGT32" | | X |
| agracetus /p (transform* or soy*) | | X |
| dekalb /p (event or transform*) | | X |
| asgrow /p (event or transform*) | | X |
| transform* /p (corn or wheat or rice or barley or soybean or cotton or sugarbeet or oilseed rape or canola or flax or sunflower or potato or tobacco or tomato or alfalfa or poplar or pine or eucalyptus or apple or lettuce or peas or lentils or grape or turf grass seed) | transform* /20 (corn or wheat or rice or barley or soybean or cotton or sugarbeet or oilseed rape or canola or flax or sunflower or potato or tobacco or tomato or alfalfa or poplar or pine or eucalyptus or apple or lettuce or peas or lentils or grape or turf grass seed) | |
| "Nam Chua" | | X |
| "2009/00 11938" or 200900 11938 | | |
| *938 /p (Pioneer or DuPont or Patent or Application) | | |
| Acceleron /p (RR2 or Roundup Ready 2 or RR2Y) | | |
| Calgene | | X |
| PGS /p trans* | PGS /20 trans* | |
| Padgette /p soy* /20 trans* | Padgette /20 soy* /20 trans* | |
| "gene expression" /20 promot* | "gene expression" /20 promot* and glyphosate | |
| Comai | | |
| Barlow | | |
| Fraley | Fraley /p (gly* or RR or GAT or soy* or corn) | |
| Gasser | | |

| | | |
|---|---|---|
| Stallings | | |
| Kishore | | |
| Vasil | | |
| Armstrong | | |
| LBAA | | X |
| PG2982 | | |
| staphylococcus aureus | "staphylococcus aureus" | |
| ALS /20 soy* | | |
| ALS /20 gly* | | |
| pMON886 | | X |
| pMON899 | | X |
| pMON977 | | X |
| pMON979 | | X |
| pMON981 | | X |
| pMON5723 | | X |
| pMON6140 | | |
| pMON9563 | | X |
| pMON10098 | | |
| pMON13640 | | |
| pMON17020 | | X |
| pMON17076 | | X |
| pMON17081 | | X |
| pMON17082 | | X |
| pMON17101 | | X |
| pMON17110 | | |
| pMON17116 | | X |
| pMON17119 | | X |
| pMON17120 | | X |
| pMON17124 | | X |
| pMON17131 | | |
| pMON17190 | | |
| pMON17193 | | |
| pMON17194 | | |
| pMON17199 | | |
| pMON17201 | | X |
| pMON17206 | | X |
| pMON17209 | | |
| pMON17227 | | |
| pMON17237 | | |
| pMON17241 | | |
| pMON17264 | | X |
| pMON19653 | | X |

| | | | |
|---|---|---|---|
| pMON20107 | | | X |
| pMON21132 | | | X |
| pMON21133 | | | X |
| pMON21139 | | | X |
| co-brand! or cobrand! | | | X |
| change! /20 control | change! /20 control and (seed or ISC or "Roundup Ready" or RR! or 40*3*2) | | |
| PROAccess | | | X |
| ("Roundup Ready 2 Yield" or RR2!) /p (incentiv! or penalt! or "seed service fees") | ("Roundup Ready 2 Yield" or RR2!) /50 (incentiv! or penalt!) | | |
| "high oleic" /p (Pioneer or incentiv! or penalt! or processor or "ag retailer") | | | |
| "low linolenic" /p (Pioneer or incentiv! or penalt! or processor or "ag retailer") | | | |
| "germplasm developer" /p (licens! or breed! or Roundup Ready 2 Yield or RR2!) | germplasm /p (licens! or breed!) /p (Roundup Ready 2 Yield or RR2! or Genuity or Roundup or RR or 40*3*2) | | |
| (license or out-license) /20 germplasm | (out-license or outlicense) /20 germplasm | | |
| Syngenta /p settle! | | | X |
| Syngenta /p (Pioneer or "Optimum GAT" or OGAT or GAT) | | | X |
| ("business plan" or "strategic plan" or plan! or strateg!) /p ("Roundup Ready 2 Yield" or RR2!) | | | X |
| (license /p expir!) and 2012 | (license /p expir!) /50 2012 | | |
| (destroy! or destruct!) /p ("biological material" or seed or breed! or germplasm or variet!) | (destroy! or destruct!) /p ("biological material" or seed or breed! or germplasm or variet!) and ("Roundup Ready" or RR or 40*3*2) | | |
| (registration! or approval) /p (Pioneer or "Optimum GAT" or OGAT or GAT) | Registration! /50 (export or regula! or approv!) /50 (Pioneer or OGAT or "Optimum GAT" or GAT) | | |
| registration! /p (foreign or "export market") | | | |

| | | |
|---|---|---|
| ("data package" or "data submission") /p ("Roundup Ready" or RR) | ("data package" or "data submission") /30 ("Roundup Ready" or RR or 40-3-2) | |
| letter /20 access | letter /20 access and "Roundup Ready" or RR or 40*3*2 | |
| "market share" and ("Roundup Ready" or RR or "Roundup Ready 2 Yield" or RR2! or "herbicide toleran!" or "insect resist!" or germplasm) | | |
| "independent seed compan!" or ISC! | | X |
| (Acceleron or "seed treatment") /p ("Roundup Ready 2 Yield" or RR2! or soy) | (Acceleron or "seed treatment") /30 ("Roundup Ready 2 Yield" or "RR2!" or soy) | |
| ("Roundup Ready" or RR or "Roundup Ready 2 Yield" or RR2!) /p pric! | ("Roundup Ready" or RR or "Roundup Ready 2 Yield" or RR2! Or Genuity) /50 (pric! or royalt! or fee!) | |
| substitutes /p ("Roundup Ready" or RR or "Roundup Ready 2 Yield" or RR2!) | | |
| (registration! or "regulatory approval") /p (2017 or 2018) | | |
| ((extend or renew) /20 license) /p ("Roundup Ready" or RR) | | |
| ("Roundup Ready" or RR) /p (licens! and terminat! and 2012) | | |
| "letter of consent" and (Japan or Mexico) | | X |
| "cultivation permit" and (Chile and Pioneer) | | X |
| Pioneer and Herculex and Columbia | Pioneer /50 Herculex | |
| Dow /20 SmartStax | | X |
| acqui! /p ("seed compan!" or ISC) | | X |
| Compet! /30 (trait! or seed! or grain! or germplasm or RR or RR1 or "Roundup Ready" or Genuity or glyphosa! or herbicid! or soy! or corn or gene! or GMO! or patent! or transgen!) | | X |

| | | |
|---|---|---|
| "Market share!" /p (trait! or seed! or grain! or germplasm or RR or RR1 or "Roundup Ready" or Genuity or glyphosa! or herbicid! or soy! or corn or gene! or GMO! or patent! or transgen!)) | | |
| "Corn States" /5 germplasm | "Corn States" /5 germplasm /50 (RR or RR1 or "Roundup Ready" or Genuity or RR2 or "Roundup Ready 2 Yield") | |
| data /10 (regulat! or registration!) | data /10 (regulat! Or registration!) /50 ("Roundup Ready" or "RR or 40*3*2) | |
| domina! /5 (share or corn or soy! or trait! or stack!)) | domina! /5 (share or corn or soy! or trait! or stack!) /50 ("Roundup Ready" or RR or 40*3*2) | |
| Generic /p (soy or Roundup Ready or RR!) | | X |
| (Monsanto or MON) and stacking | (Monsanto or MON) /50 stack! | |
| Patent /5 expir! /20 reg! | ((Patent /5 expir!) /20 (regulat! or regist!)) and ("Roundup Ready" or RR or 40-3-2) | |
| share /5 (corn or soy or trait! or germplasm) | | |
| Registration! /30 (foreign or trait or stack or market! or regulat!) | Registration! /50 (export or regula! or approv!) /50 ("Roundup Ready"or RR or 40*3*2) /50 stack! | |
| ("Roundup Ready 2 Yield" or RR2 or RR2Y or Genuity) and yield | ("Roundup Ready 2 Yield" or RR2* or Genuity) /50 (yield or perform!) | |
| ("Roundup Ready 2 Yield" or RR2!) /50 ("seed service fees" and den! or unavail! or withh!) | | X |
| "8.04" and (corn or soybean) and agreement* | ("8.04" or "9.02" or "2.02" or "2.11" or "2.09" or "3.01" or "4.01" or "3.02" or "3.04" or "4.02" or "11.05" or "11.06") and (corn or soybean) and agreement* | |
| (Terminate /20 license) | | X |
| "limitation of liability" | | X |
| (damage* /20 license) | | X |
| "OGAT/RR" | | X |
| (OGAT /20 RR) | | X |

| | | |
|---|---|---|
| (Agracetus /20 soy* or transform*) | | X |
| "Applied Genetics" | | X |
| "Greenleaf Genetics" | | X |
| monopol* | | X |
| ("MSA" or (master /2 settlement /2 agreement)) | | X |
| (("HCS" or "Holdens" or "Holden's") /10 germplasm) | | X |
| (Committee /3 agricul* /3 innovation /2 productivity) | | X |
| ((DOJ or Division) or (Department /3 justice) and Monsanto) | | X |
| ((FTC or "Federal Trade Commission") and Monsanto) | | X |
| (USDA or (Department /5 Agriculture) and Monsanto) | | X |
| (generic /10 RR or RR1 or (Roundup /2 Ready)) | | X |
| (reasonable /10 royalty) | (reasonable /10 royalty) and (40-3* or NK-603) | |
| (export* /10 market*) | | X |
| (regulatory /10 barriers) | | X |
| Hoerner | | X |
| Padgette | | X |
| Fischer | | X |
| Bonner | | X |
| Waack | | X |
| (American /5 antitrust /5 institute) | | X |
| (violat* /10 ("40-3" or soy* or corn or NK603 or dupont or pioneer or PHB)) | | X |
| (Rhodes /20 patent) | | X |
| ((("field test" or "laboratory test" or research or marketing or "product development") /p ("Optimum GAT" or "GAT" or "O-GAT" or "OGAT" or "356043"))) | | X |
| (herculex /20 (dupont or pioneer)) | (herculex /20 (dupont or pioneer or dow or mycogen)) | |
| "dual modes" | | X |
| (modes /3 action) | | X |

| | | | |
|---|---|---|---|
| (dow /20 (insect /3 resist*)) | | | X |
| (dow /20 ("Roundup" or "RR corn" or "RR1" or "NK603")) | | | X |
| (herculex /20 ("Roundup" or "RR corn" or "RR1" or "NK603")) | | | X |
| (("eight-gene" or "8-gene" or "eight gene" or "8 gene") /5 stack) | | | X |
| (stack /20 (insect* and herbicide)) | (stack /20 (insect* and herbicide and toleran*)) | | |
| ((market or compet*) /20 (stack or herculex or smartstax or "eight-gene" or "8-gene" or "eight gene" or "8 gene" or "dual modes")) | | | X |
| acceleron | | | X |
| (glyphosate /5 market) | | | X |
| ((Roundup /3 Ready or RR*) and market) | | | X |
| ((input or output) /5 market) | | | X |
| (exclusive /3 dealing) | | | X |
| GLG /20 (*license or violat* or germplasm) | | | X |
| DOJ /20 (invest* or prod*) | | | X |
| germplasm /20 breeding | Deleted - see above | | |
| ("Roundup Ready 2 Yield" or RR2 or RR2Y or Genuity) and pric! | Deleted - see above | | |
| ("Roundup Ready 2 Yield" or RR2 or RR2Y or Genuity) and "seed treatment" | Deleted - see above | | |
| ("Roundup Ready 2 Yield" or RR2!) /p yield | Deleted - see above | | |
| ("Roundup Ready 2 Yield" or RR2 or RR2Y or Genuity) and performance | Deleted - see above | | |
| Germplasm /5 "out-licens!" | Deleted - see above | | |
| Germplasm /5 outlicens! | Deleted - see above | | |
| "9.02" and (corn or soybean) and agreement* | Deleted - see above | | |
| "2.02" and (corn or soybean) and agreement* | Deleted - see above | | |
| "2.11" and (corn or soybean) and agreement* | Deleted - see above | | |
| "2.09" and (corn or soybean) and agreement* | Deleted - see above | | |

Case 4:09-cv-00686-ERW   Document 208-2   Filed 04/07/10   Page 16 of 16

15

| | | |
|---|---|---|
| "3.01" and (corn or soybean) and agreement* | Deleted - see above | |
| "4.01" and (corn or soybean) and agreement* | Deleted - see above | |
| "3.02" and (corn or soybean) and agreement* | Deleted - see above | |
| "3.04" and (corn or soybean) and agreement* | Deleted - see above | |
| "4.02" and (corn or soybean) and agreement* | Deleted - see above | |
| "11.05" and (corn or soybean) and agreement* | Deleted - see above | |
| "11.06" and (corn or soybean) and agreement* | Deleted - see above | |
| McCabe | Deleted | |
| Christou | Deleted | |
| foreclos* | Deleted | |
| Bolding | Deleted | |
| Delaney | Deleted | |
| Horesch | Deleted | |
| Krammere | Deleted | |
| McFarling | Deleted | |
| Rousch | Deleted | |
| Moss | Deleted | |
| (herculex /20 (dow or mycogen)) | Deleted - see above | |
| (stack /20 ("IR" and "HT")) | Deleted | |
| (stack /20 (resist* and toleran)) | Deleted | |
| (corn /5 market) | Deleted | |
| (soy* /5 market) | Deleted | |
| (herbicide /5 market) | Deleted | |
| (Stack* /5 market) | Deleted | |
| Green /5 Leaf | Deleted | |