UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>                              Plaintiffs,<br><br>     v.<br><br>E.I. DU PONT DE NEMOURS AND CO. and<br>PIONEER HI-BRED INTERNATIONAL, INC.,<br><br>                              Defendants. | Case No.  09-cv-0686 (ERW) |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendants E.I. du Pont de Nemours and Co. and Pioneer Hi-Bred International, Inc. (collectively, "Defendants") hereby move for an extension of time to file their Reply to Monsanto's Response to Defendants' Motion for an Expedited Pretrial Status Conference (Doc. 222). The original deadline for Defendants to file their Reply was Thursday, June 10, 2010. Defendants now request an extension to Thursday, June 17, 2010 to file their Reply.

The parties continue to confer concerning the subject matters addressed in the motion. Accordingly, Monsanto has consented to Defendants' request for this extension of time to file their Reply.

Dated: June 10, 2010

Respectfully submitted,

**LEWIS RICE FINGERSH, L.C.**

By: /s/ Andrew Rothschild
Andrew Rothschild, #4214
C. David Goerisch, #77207
600 Washington Ave., Suite 2500
St. Louis, Missouri  63101
(314) 444-7600
(314) 241-6056 (facsimile)

Leora Ben-Ami
Thomas F. Fleming
Christopher T. Jagoe
Howard S. Suh
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York  10022
(212) 836-8000
(212) 836-8689 (facsimile)

Donald L. Flexner
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue, 7th Fl.
New York, New York 10022
(212) 446-2300
(212) 446-2350 (facsimile)

James P. Denvir
Amy J. Mauser
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
(202) 237-2727
(202) 237-6131 (facsimile)

*Counsel for Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2010, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

- **Steven M. Berezney**
  steve.berezney@huschblackwell.com
- **Kurt G. Calia**
  kcalia@cov.com
- **Matthew A. Campbell**
  macampbell@winston.com
- **Scott W. Clark**
  sclark@mwe.com,knappj@howrey.com
- **Joseph P. Conran**
  joe.conran@huschblackwell.com
- **Todd J. Ehlman**
  tehlman@winston.com
- **Anthony J. Franze**
  Anthony_Franze@aporter.com
- **Greg G. Gutzler**
  greg.gutzler@huschblackwell.com
- **Susan K. Knoll**
  sknoll@mwe.com
- **Omri E. Praiss**
  omri.praiss@huschblackwell.com
- **John J. Rosenthal**
  jrosenthal@winston.com
- **Steven G. Spears**
  sspears@mwe.com,knappj@howrey.com,jordanc@howrey.com
- **Tamara M. Spicer**
  tamara.spicer@husch.com,jean.melenbrink@husch.com
- **Dan K. Webb**
  dwebb@winston.com

          /s/ Andrew Rothschild