RECEIVED
JUN 14 2010
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MONSANTO COMPANY, )
)
Plaintiff, )
)
v. ) Case No. 4:09-cv-00686 (ERW)
)
E.I. DUPONT DE NEMOURS AND )
COMPANY and PIONEER HI-BRED )
INTERNATIONAL, INC. )
)
Defendants. )
)

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE
## OF KURT A. MATHAS

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Kurt A. Mathas, move to be admitted *pro hac vice* to the bar of this Court for the purpose of representing Plaintiff, Monsanto Company in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Kurt A. Mathas;

(b) 35 W. Wacker Dr., Chicago, IL 60601, telephone number is (312) 558-5600 and facsimile number is (312) 558-5700;

(c) Winston & Strawn LLP;

(d) Kurt A. Mathas received his J.D. from the University of Notre Dame Law School and graduated in 2005 therefrom;

#15011

(e) Kurt A. Mathas was admitted to the Illinois Bar in November 2005, registration No. 6286812; the Northern District of Illinois in November 2005; the Federal Circuit Court of Appeals in August 2009;

(f) Kurt A. Mathas is a member in good standing of all bars of which he is a member; Kurt A. Mathas is not under suspension or disbarment from any bar;

(g) Kurt A. Mathas does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Kurt A. Mathas attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that he be admitted *pro hac vice* to the bar of this court to appear in the instant matter.

_____
Kurt A. Mathas

Dated: May 28, 2010

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the Clerk of the Court in paper form and served via electronic mail and by mailing the same first class mail, postage prepaid to all attorneys of record as indicated, this 14th day of June, 2010:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

*Attorneys for Defendants*

/s/ Monica McCarthy

# E-FILING REGISTRATION FORM

<u>Complete Part A</u>, **Including your
original signature**, and present it to the Clerk's Office at the address below. This form cannot be submitted electronically, but it can be filled out on-line at http://www.moed.uscourts.gov/cmecf/Form_EFilingRegistration.pdf.

Name: Kurt A. Mathas
Firm: Winston & Strawn LLP
Address: 35 W. Wacker Dr.
City/State/Zip: Chicago, Illinois 60601
Phone: (312) 558-5600
Fax: (312) 558-5700
E.D. Missouri Bar Number: n/a
Date of Birth: 11/14/78
Appointment Types: ☐ Criminal   ☒ Gen. Civil
☐ Employment ☐ All

**PART A. I request access to the District Court Electronic Case Filing (ECF) system.**

Primary e-mail address: kmathas@winston.com
Secondary e-mail address: _____
E-mail software used: Outlook
☐ I have an existing PACER account.
☒ My firm has an existing PACER account.
*A PACER account is necessary for viewing electronic documents.* (http://pacer.psc.uscourts.gov)
*NOTE: Local rules may be found at:*
http://www.moed.uscourts.gov/CMECF/CMECF_loclrule.pdf

☐ I CERTIFY THAT I AM A MEMBER IN GOOD STANDING OF THE BAR OF THIS COURT AND I AM FAMILIAR WITH THE ELECTRONIC FILING RULES OF THE EASTERN DISTRICT OF MISSOURI.

☐ I AM A GOVERNMENT ATTORNEY EXEMPT FROM MEMBERSHIP PURSUANT TO LOCAL RULE 83-12.01 BUT I AM FAMILIAR WITH THE ELECTRONIC FILING RULES OF THE EASTERN DISTRICT OF MISSOURI.

☒ I HAVE FILED A MOTION FOR (OR HAVE BEEN GRANTED) ADMISSION PRO HAC VICE IN CASE # 4:09-cv-00686-ERW AND I AM FAMILIAR WITH THE ELECTRONIC FILING RULES OF THE EASTERN DISTRICT OF MISSOURI.

☐ ATTORNEYS IN MULTI-DISTRICT LITIGATION CASES IN THIS COURT ARE NOT REQUIRED TO FILE A MOTION FOR ADMISSION PRO HAC VICE. I AM AN ATTORNEY OF RECORD IN MDL CASE # _____ AND I AM FAMILIAR WITH THE ELECTRONIC FILING RULES OF THE EASTERN DISTRICT OF MISSOURI.

By registering under this rule, attorneys consent to electronic service *by the court* of all documents, including orders and judgments. See Local Rule 5-2.12, Fed.R.Civ.P. 5, Fed.R.Civ.P. 77, and Fed.R.Crim.P. 49.

Attorney's signature: _/s/ Kurt A. Mathas_

**\*\*YOUR LOGIN/PASSWORD WILL BE MAILED TO YOU AFTER THE FORM HAS BEEN PROCESSED. THIS IS YOUR ELECTRONIC SIGNATURE FOR ECF. PLEASE MAINTAIN ACCESS TO THIS INFORMATION.\*\***

Return this form *via hand delivery or via mail* to:

**Clerk, U.S. District Court
E-Filing Registration
111 South Tenth Street, Rm. 3.300
St. Louis, MO 63102**

Court Use Only
E-Filing Login Assigned: _____
E-Filing Password Assigned: _____

☐ "You are registered" e-mail sent
☐ Attorney's e-mail record updated
☐ Copy of form mailed to attorney
☐ Copy of form to OSU

**PART B.**            *APPLICATION FOR E-FILING EXEMPTION*

Pursuant to Local Rule 3-2.10, I hereby state that I do not have the technical capacity to file documents with the Court electronically at this time, and therefore ask for a 90 day exemption from electronic filing requirements. I will notify the Court when my circumstances change. I understand that I must submit the CM/ECF requirements questionnaire to support my exemption request (questionnaire available on the court's website at www.moed.uscourts.gov).

Attorney's signature: _____   Date: _____
Attorney's name (**please print**): _____   Phone number: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*(For Court Use Only)\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

☐ REQUEST IS DENIED    _____   Date: _____
☐ REQUEST IS GRANTED   _____   Date: _____

Revised 6/14/07