RECEIVED
JUN 1 4 2010
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY, </br></br> Plaintiff, </br></br> v. </br></br> E.I. DUPONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC. </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No. 4:09-cv-00686 (ERW) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

### VERIFIED MOTION FOR ADMISSION PRO HAC VICE
### OF MARK A. SMITH

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Mark A. Smith, move to be admitted *pro hac vice* to the bar of this Court for the purpose of representing Plaintiff, Monsanto Company in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a)   Mark A. Smith;

(b)   1700 K Street, N.W., Washington, DC 20006-3817, telephone number is (202) 282-5646 and facsimile number is (202) 282-5100;

(c)   Winston & Strawn LLP;

(d)   Mark A. Smith received his J.D. from Georgetown University Law Center and graduated in 2006 therefrom;

(e)   Mark A. Smith was admitted to the District of Columbia Bar in 2007, registration No. 82539;

#15009

(f) Mark A. Smith was admitted to the Virginia bar in 2006, registration No. 73425;

(g) Mark A. Smith is a member in good standing of all bars of which he is a member;

Mark A. Smith is not under suspension or disbarment from any bar;

(h) Mark A. Smith does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Mark A. Smith attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that he be admitted *pro hac vice* to the bar of this court to appear in the instant matter.

_____
Mark A. Smith

Dated: June 10, 2010

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the Clerk of the Court in paper form and served via electronic mail and by mailing the same first class mail, postage prepaid to all attorneys of record as indicated, this 14th day of June, 2010:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

*Attorneys for Defendants*

/s/ Monica McCarthy