**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

**COURTROOM MINUTE SHEET**
**CIVIL PROCEEDINGS**

**Date**  6/21/10   **Judge**  E. Richard Webber   **Case No.**  4:09CV686 ERW

   Monsanto Company, et al        v.    E.I. Dupont De Nemours and Company

**Court Reporter**  C. Simpson        **Deputy Clerk**  K. Hisaw

**Attorneys for Plaintiff(s)**   John Rosenthal, Joseph Conran, Greg Gutzler,
                Dan Webb and George Lombardi (both by telephone conference)

**Attorneys for Defendant(s)**  Andrew Rothschild, Christopher Hayes, Christopher
Jagoe, James Denvir, III, Leora Ben-Ami, Thomas Fleming, David Georisch

**Parties present for**  Motion Hearing re [162] Motion for Leave to File Second
Amended Answer and Counterclaims, [192] Motion to Clarify [77] Memorandum and
Order, and [212] Motion to Expedite.  Arguments heard.  Order to issue.

☐ The Court orders that this proceeding is sealed and that any transcript prepared
from this proceeding be filed under seal.

It is hereby ordered that

Pltf. Witness_____  Deft. Witness_____

Pltf. Witness_____  Deft. Witness_____

Pltf. Exhibits:_____

Pltf. Exhibits:_____

Deft. Exhibits: _____

Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced    1:00    p.m.
Proceedings concluded     5:15    p.m.