**RECEIVED**

JUN 2 4 2010

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, )<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>E.I. DUPONT DE NEMOURS AND )<br>COMPANY and PIONEER HI-BRED )<br>INTERNATIONAL, INC., )<br>)<br>Defendants. ) | Case No. 4:09-CV-00686-ERW |

### VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, JEANNA WACKER, move to be admitted pro hac vice to the bar of this court for the purpose of representing E.I. Du Pont de Nemours and Company ("DuPont") and Pioneer Hi-Bred International, Inc. ("Pioneer") in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) JEANNA WACKER;

(b) 425 Park Avenue, New York, NY 10022, telephone number (212) 836-8374 and fax number is (212) 836-6312;

(c) Kaye Scholer LLP;

(d) JEANNA WACKER attended Boston University School of Law and graduated in 2003 there from;

(e) JEANNA WACKER was admitted to the New York State Bar in 2004, registration no.4254058, the Eastern and Southern Districts of New York in 2005 and the Appellate Division, 2nd Department in 2004;

(f) JEANNA WACKER is a member in good standing of all bars of which she is a member; JEANNA WACKER is not under suspension or disbarment from any bar;

#4644015169

(g) JEANNA WACKER does not reside in the eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

JEANNA WACKER attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that she be admitted pro hac vice to the bar of the court to appear in the instant matter.

*/s/ Jeanna Wacker*
JEANNA WACKER

AO 136 (Rev. 9/98) Certificate of Good Standing

## UNITED STATES DISTRICT COURT

__Eastern__  DISTRICT OF  __New York__

**CERTIFICATE OF GOOD STANDING**

I, __Robert C. Heinemann__, *Clerk of this Court,*

*certify that* __Jeanna Wacker__, *Bar* __JW4904__,

*was duly admitted to practice in this Court on*

__January 4, 2006__, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* __Brooklyn, N.Y.__ *on* __June 7, 2010__.
LOCATION                        DATE

Robert C. Heinemann                         Vivian Klein
CLERK                                       DEPUTY CLERK

CSDNY (05/2010) Certificate of Good Standing

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>     **JEANNA MARIE WACKER**     </u>, Bar # <u>     **JW4904**     </u>

was duly admitted to practice in this Court on

<u>     **DECEMBER 06th, 2005**     </u>, and is in good standing as a member of the Bar of this Court.

500 Pearl Street
Dated at <u>New York, New York</u>     on     <u>     **JUNE 07th, 2010**     </u>

<u>     Ruby J. Krajick     </u>     by     <u>     *Wayne Brown*     </u>
Clerk                                              Deputy Clerk