IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MONSANTO COMPANY and | ) | |
| MONSANTO TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| E.I. DUPONT DE NEMOURS AND | ) | Case No. 4:09-cv-00686-ERW |
| COMPANY and | ) | |
| PIONEER HI-BRED INTERNATIONAL, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

**INDEX TO APPENDIX OF EXHIBITS IN SUPPORT OF
MONSANTO'S OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT OF INVALIDITY**

| Tab | Date | Item |
|---|---|---|
| 1 | 8/22/2006 | U.S. Patent # RE39,247 E (the '247 patent) |
| 2 | 7/18/2003 | Second Preliminary Amendment and Remarks from '247 patent file history |
| 3 | 7/2004 | Interview Summary from '247 patent file history |
| 4 | 9/7/2005 | Interview Summary from '247 patent file history |
| 5 | 9/12/2005 | Examiner's Amendment from '247 patent file history |
| 6 | 2010 | Merriam-Webster's Online Dictionary Definition of "Recombinant" |
| 7 | 1996 | Huang, Y., and Carmichael, G.G. (1996). Role of polyadenylation in nucleocytoplasmic transport of mRNA. Mol Cell Biol *16*, 1534-1542. |
| 8 | 2007 | Luo, Z., and Chen, Z. (2007). Improperly terminated, unpolyadenylated mRNA of sense Transgenes is targeted by RDR6-mediated RNA silencing in Arabidopsis. Plant Cell *19*, 943-958. |
| 9 | 1990 | Munroe, D., and Jacobson, A. (1990). mRNA poly(a) tail, a 3' enhancer of translational initiation. Mol Cell Biol *10*, 3441-3455. |
| 10 | 9/8/1998 | U.S. Patent No. 5,633,435 (the '435 patent) |
| 11 | 7/6/2005 | Response to Office Action from '247 RE Patent file history |

Dated:  July 12, 2010

Respectfully submitted,

HUSCH BLACKWELL SANDERS LLP

By:   /s/ Joseph P. Conran               .
Joseph P. Conran, E.D.Mo. # 6455
joe.conran@huschblackwell.com
Omri E. Praiss, E.D.Mo. # 35002
omri.praiss@huschblackwell.com
Greg G. Gutzler, E.D.Mo. # 84923
greg.gutzler@huschblackwell.com
Tamara M. Spicer, E.D.Mo. # 122214
tamara.spicer@huschblackwell.com
Steven M. Berezney, E.D.Mo. # 499707
steve.berezney@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
(314) 480-1500 – telephone
(314) 480-1505 – facsimile

MCDERMOTT WILL & EMERY
Steven G. Spears
sspears@mwe.com
Scott W. Clark
sclark@mwe.com
1000 Louisiana Street
Suite 3900
Houston, TX  77002-5005
(713) 653-1700 – telephone
(713) 739-7592 – facsimile

COVINGTON & BURLING LLP
Kurt G. Calia
kcalia@cov.com
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
(202) 662-6000 – telephone
(202 662-6291 – facsimile

WINSTON & STRAWN LLP
Dan K. Webb
dwebb@winston.com
Todd J. Ehlman
tehlman@winston.com
35 W. Wacker Drive, Suite 4200
Chicago, IL  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

WINSTON & STRAWN LLP
John J. Rosenthal
jrosenthal@winston.com
Matthew A. Campbell
macampbell@winston.com
1700 K Street, N.W.
Washington, DC  20006
(202) 282-5000 – telephone
(202) 282-5100 – facsimile

ARNOLD & PORTER LLP
Anthony J. Franze
anthony.franze@aporter.com
555 Twelfth Street, N.W.
Washington, DC  20004
(202) 942-5000 – telephone
(202) 942-5999 – facsimile

*Attorneys for Plaintiff Monsanto Company and Monsanto Technology LLC*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 12th day of July, 2010, the foregoing was filed electronically with the Clerk of the Court for the United States District Court Eastern District of Missouri, Eastern Division, and was served by operation of that Court's electronic filing system, upon the following:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

*Attorneys for Defendants*

                                                           /s/ Joseph P. Conran      .