RECEIVED

JUL 20 2010

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>E.I. DUPONT DE NEMOURS AND<br>COMPANY and<br>PIONEER HI-BRED INTERNATIONAL,<br>INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 4:09-cv-00686-ERW<br>)<br>)<br>)<br>)<br>) |

## VERIFIED MOTION OF GEORGE C. LOMBARDI
## FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, George C. Lombardi, respectfully move this Court to be admitted pro hac vice to the bar of this Court for the purpose of representing plaintiffs Monsanto Company and Monsanto Technology LLC in this matter. In support of this motion, I submit the following information as required by Local Rule 83-12.01(E):

(a) Full name of the movant-attorney: George C. Lombardi.

(b) Address, telephone number and fax number of the movant-attorney: 35 W. Wacker Drive, Suite 4200, Chicago, Illinois 60601, (312) 558-5600 – telephone, (312) 558-5700 – facsimile.

(c) Name of the firm or letterhead under which the movant practices: Winston & Strawn LLP.

#4644015690

SLC-6117188-1

(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom: University of Michigan, J.D., 1984.

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any:

State of Illinois; admitted 1984; bar # 06187715

United States Supreme Court; admitted 11-26-01

United States Court of Appeals for the Fourth Circuit; admitted 1-29-02

United States Court of Appeals for the Seventh Circuit; admitted 9-17-93

United States Court of Appeals for the Federal Circuit; admitted 1-5-90

United States District Court for the District of Colorado; admitted 10-12-00

United States District Court for the Northern District of Illinois; admitted 12-19-84

United States District Court for the Southern District of Illinois; admitted 10-23-03

United States District Court for the Eastern District of Wisconsin; admitted 2-12-04

(f) I am a member in good standing of all bars of which I am a member; I am not under suspension or disbarment from any bar; and I have attached to this motion a certificate of good standing in the bar of the jurisdiction I which I reside or am regular employed as an attorney.

(g) I do not reside in the Eastern District of Missouri, am not regularly employed in this district, and am not regularly engaged in the practice of law in this district.

WHEREFORE, movant George C. Lombardi attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted pro hac vice to the bar of the Court to appear in the instant matter.

WINSTON & STRAWN LLP

By: /s/ George C. Lombardi
George C. Lombardi, IL Bar # 06187715
35 W. Wacker Drive, Suite 4200,
Chicago, IL 60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile.

*Attorneys for Plaintiffs Monsanto Company and Monsanto Technology LLC*

3

SLC-6117188-1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed with the Clerk of Court in paper form and served by mailing the same, first class mail, postage prepaid, to all attorneys of record as indicated, this ~~19th~~ 20th day of July, 2010:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

*Attorneys for Defendants*

SLC-6117188-1

# CERTIFICATE OF GOOD STANDING



United States of America

}ss. George Carter Lombardi

Northern District of Illinois

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That George Carter Lombardi was duly admitted to practice in said Court on (12/19/1984) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (07/13/2010 )

Michael W. Dobbins, Clerk,

By: Jannette Nunez
Deputy Clerk