**RECEIVED**

JUL 2 0 2010

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MONSANTO COMPANY and )
MONSANTO TECHNOLOGY LLC, )
)
    Plaintiffs, )
)
vs. )
)
E.I. DUPONT DE NEMOURS AND )    Case No. 4:09-cv-00686-ERW
COMPANY and )
PIONEER HI-BRED INTERNATIONAL, )
INC., )
)
    Defendants. )

**VERIFIED MOTION OF GAIL J. STANDISH**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the

Eastern District of Missouri, I, Gail J. Standish, respectfully move this Court to be admitted

pro hac vice to the bar of this Court for the purpose of representing plaintiffs Monsanto

Company and Monsanto Technology LLC in this matter. In support of this motion, I submit

the following information as required by Local Rule 83-12.01(E):

    (a)    Full name of the movant-attorney: Gail J. Standish.

    (b)    Address, telephone number and fax number of the movant-attorney: 333

South Grand Avenue, Los Angeles, California 90071, (213) 615-1700 – telephone, (213)

615-1750 – facsimile.

    (c)    Name of the firm or letterhead under which the movant practices: Winston &

Strawn LLP.

#4644015690

(d)     Name of the law school(s) movant attended and the date(s) of graduation
therefrom:  University of California-Los Angeles, J.D., 1993.

(e)     Bars, state and federal, of which the movant is a member, with dates of
admission and registration numbers, if any:

State of California; admitted 12/02/93; bar # 166334

United States Patent & Trademark Office; admitted 08/04/97 bar #40,826

United States Court of Appeals for the Third Circuit; admitted 12/05

United States Court of Appeals for the Ninth Circuit; admitted 12/22/97

United States Court of Appeals for the Federal Circuit; admitted 12/02/02

United States District Court for the Central District of California; admitted 12/02/93

United States District Court for the Northern District of California; admitted
12/02/94

United States District Court for the Southern District of California; admitted 12/07

United States District Court for the Eastern District of Texas; admitted 04/18/08

United States District Court for the Eastern District of Michigan; admitted 07/24/09

United States District Court for the District of Colorado; admitted 01-11-10

(f)     I am a member in good standing of all bars of which I am a member; I am not
under suspension or disbarment from any bar; and I have attached to this motion a certificate
of good standing in the bar of the jurisdiction I which I reside or am regular employed as an
attorney.

(g)     I do not reside in the Eastern District of Missouri, am not regularly employed
in this district, and am not regularly engaged in the practice of law in this district.

2

SLC-6117348-1

WHEREFORE, movant Gail J. Standish attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted pro hac vice to the bar of the Court to appear in the instant matter.

**WINSTON & STRAWN LLP**

By: _____

Gail G. Standish, CA Bar # 166334
333 South Grand Avenue
Lost Angeles, CA 90071-1543
(213) 615-1700 – telephone
(213) 615-1750 – facsimile.

*Attorneys for Plaintiffs Monsanto Company
and Monsanto Technology LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed with the Clerk of Court in paper form and served by mailing the same, first class mail, postage prepaid, to all attorneys of record as indicated, this $\underline{20}$ day of $\underline{\quad July \quad}$, 2010:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

*Attorneys for Defendants*

Jennifer A. Garner

**THE STATE BAR
OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

July 16, 2010

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, GAIL JEANNE STANDISH, #166334 was admitted to the practice of law in this state by the Supreme Court of California on December 2, 1993; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records