COURTROOM MINUTE SHEET

CAUSE NO. 4:09CV686 ERW    DATE: July 29, 2010

JUDGE: Webber

COURT REPORTER: P. Dunn-Wecke

DEPUTY CLERK: mgk

Monsanto Company, et al.
vs.
E.I. Dupont De Nemours and Company, et al.

ATTY(S) FOR PLTF(S): Gail Standish

ATTY(S) FOR DEFT(S): Tom Fleming and David Goerisch

PARTIES PRESENT FOR Status Hearing RE: Case Management Order. Amended Case Management Order to follow.

ATTY(S) PRESENT:

COURTROOM TIME: 3:40p. - 3:50p.