UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>E.I. DUPONT DE NEMOURS and COMPANY AND PIONEER HI-BRED INTERNATIONAL, INC.<br><br>Defendants. | Civil Action No. 4:09-CV-00686-ERW |

**MONSANTO'S RESPONSE TO DEFENDANTS' MOTION TO UNSEAL JULY 30, 2010 ORDER**

Plaintiffs Monsanto Company and Monsanto Technology LLC ("Monsanto") hereby state that Monsanto does not object to Defendants E.I. DuPont de Nemours & Co. and Pioneer Hi-Bred International, Inc.'s ("Defendants") request that the Court unseal its Memorandum and Order dated July 30, 2010.

Dated: August 3, 2010

Respectfully submitted,

HUSCH BLACKWELL SANDERS LLP

By:__ /s/ Joseph P. Conran_____
Joseph P. Conran, E.D. Mo. #6455
joe.conran@huschblackwell.com
Omri E. Praiss, E.D. Mo. #35002
omri.praiss@huschblackwell.com
Greg Gutzler, E.D. Mo., #84923
greg.gutzler@huschblackwell.com
Tamara M. Spicer, E.D. Mo. #122214
tamara.spicer@huschblackwell.com
Steven M. Berezney, E.D. Mo. #499707
steve.berezney@huschblackwell.com
190 Carondelet Plaza, Suite 600

St. Louis, MO 63105
Telephone: 314.480.1500
Facsimile: 314.480.1505

WINSTON & STRAWN
Dan K. Webb
dwebb@winston.com
George Lombardi
glombardi@winston.com
Todd Ehlman
tehlman@winston.com
35 W. Wacker Drive, Suite 4200
Chicago, IL 60601
Telephone: 312.558.5600
Facsimile: 312.558.5700

John J. Rosenthal
Matthew A. Campbell
1700 K Street, N.W.
Washington DC 20006
Chicago, IL 60601
Telephone: 202.282.5000
Facsimile: 202.282.5100

Gail J. Standish
gstandish@winston.com
333 S. Grand Avenue
Los Angeles, CA 90071
Telephone: 213.615.1731
Facsimile: 213-615-1750

ARNOLD & PORTER LLP
Anthony Franze
anthony.franze@aporter.com
555 Twelfth Street, N.W.
Washington, DC 20004
Telephone: 202.942.5000
Facsimile: 202.942.5999

MCDERMOTT WILL & EMERY LLP
Steven G. Spears
sspears@mwe.com
1000 Louisiana Street, Suite 3900
Houston, TX 77002
Telephone: 713.653.1700
Facsimile: 713.739.7592

COVINGTON & BURLING LLP
Kurt G. Calia
kcalia@cov.com
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
Telephone:  202.662.5602
Facsimile:   202.662.6291

*Attorneys for Plaintiffs Monsanto Company and Monsanto Technology LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of August, 2010, the foregoing was filed electronically to the Clerk of Court for the United States District Court Eastern District of Missouri, Eastern Division and served by ECF notice by operation of that Court's electronic filing system upon the following:

    Andrew Rothschild, Esq.
    C. David Goerisch, Esq.
    LEWIS, RICE & FINGERSH, L.C.
    500 N. Broadway, Suite 2000
    St. Louis, MO  63102

    Leora Ben-Ami, Esq.
    Thomas F. Fleming, Esq.
    Christopher t. Jagoe, Esq.
    KAYE SCHOLER LLP
    425 Park Avenue
    New York, NY  10022

    Donald L. Flexner, Esq.
    BOIES, SCHILLER & FLEXNER LLP
    575 Lexington Avenue, 7th Floor
    New York, NY  10022

    James P. Denvir, Esq.
    Amy J. Mauser, Esq.
    BOIES, SCHILLER & FLEXNER LLP
    5301 Wisconsin Avenue, N.W.
    Washington, DC  20015

*Attorneys for Defendants*

                                                                         /s/ Joseph P. Conran