COURTROOM MINUTE SHEET

CAUSE NO.   4:09cv686 ERW                     DATE: 8/4/2010

JUDGE:   E. Richard Webber

COURT REPORTER: L. Shrum

DEPUTY CLERK: M. Berg

Monsanto Company, et al.,
vs.
E.I. Dupont De Nemours & Co., et al.,

ATTY(S) FOR PLTF(S)   Gail Standish, Joe Conran and Greg Gutzler

ATTY(S) FOR DEFT(S)   Leora Ben-Ami, Amy Mauser and David Goerisch

PARTIES PRESENT FOR telephone conference re: #286 Monsantos' Motion to amend CMO to extend pre-markman expert deposition cutoff and Markman hearing date. Counsel heard.  Motion is now moot.  The Court clarified that #160 Motion for Protective Order is moot and counsel agreed.

ATTY(S) PRESENT:

COURTROOM TIME:   10:00 a.m. - 10:20 a.m.