UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>      Plaintiffs,<br>   v.<br><br>E.I. DU PONT DE NEMOURS AND CO. and<br>PIONEER HI-BRED INTERNATIONAL, INC.,<br><br>      Defendants. | Case No. 09-cv-0686 (ERW) |

**DEFENDANTS' REPLY MEMORANDUM OF LAW
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT OF
<u>INVALIDITY FOR IMPROPERLY BROADENED REISSUE CLAIMS</u>**


**Appendix A**

## APPENDIX A

**Claim Chart Demonstrating Promoterless Claim 116 Is Broader Than Claim 4 of the '435 Patent (X = Indicates that a corresponding limitation is not present in the Promoterless Claim) (reproduced from chart attached to opening brief, Dkt. 217, Ex. 2, App. B-3)**

| '435 Patent Claim 4 | '247 Reissue Promoterless Claim 116 |
|---|---|
|  | A glyphosate-tolerant plant comprising a DNA sequence |
| A recombinant, double-stranded DNA molecule comprising in sequence: | X |
| a) *a promoter* which functions in plant cells to cause the production of an RNA sequence; | X |
| b) a structural DNA sequence that causes the production of an RNA sequence | X |
| which encodes a EPSPS enzyme | encoding an EPSPS enzyme |
| having the sequence domains: [4 specified domains]; and | having the sequence of SEQ ID NO: 70. |
| c) *a 3′ non-translated region* which functions in plant cells to cause the addition of a stretch of polyadenyl nucleotides to the 3′ end of the RNA sequence; | X |
| where the promoter is heterologous with respect to the structural DNA sequence and | X |
| adapted to cause *sufficient expression of the encoded EPSPS enzyme to enhance the glyphosate tolerance* of a plant cell transformed with the DNA molecule. | X |