**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC,  Plaintiffs,  v.  E.I. DU PONT DE NEMOURS AND CO. and PIONEER HI-BRED INTERNATIONAL, INC.,  Defendants. | Case No. 09-cv-0686 (ERW) |

**DECLARATION OF PROFESSOR VIRGINIA WALBOT**

**Exhibit B**

## Walbot Materials Considered

## EXHIBIT B

| |
|---|
| 7/12/2010 Declaration of Stephen Dellaporta (and scientific articles relied on therein) |
| US Patent 5,633,435 |
| US Patent RE39,247 E |
| US Patent 6,492,578 |
| US Patent 7,732,662 |
| US Patent 5,576,198 |
| Biology of Plants, Raven & Evert, Worth Publishers |
| Daniell, et al " Containment of herbicide resistance through genetic engineering of the chloroplast genome" Nature Biotechnology, Vol.16., p. 345-348 (1998) |
| Gallie and Walbot, "RNA pseudoknot domain of tobacco mosaic virus can functionally substitute for a poly(A) tail in plant and animal cells", Genes Dev. (1990) 4: 1149-1157 |
| Kang and Hannapel " Nucleotide Sequence of a cDNA for the Potato *(Solanum tuberosum* L.) Chloroplast Ribosomal Protein S16'" Plant Physiol. (1995) 107: 293-294 |
| Lisitsky, et al " Addition of destabilizing poly(A)-rich sequences to endonuclease cleavage sites during the degradation of chloroplast mRNA" *Proc. Natl. Acad. Sci. USA(1996)* Vol. 93, pp. 13398–13403 |
| Lisitsky, et al " The Mechanism of Preferential Degradation of Polyadenylated RNA in the Chloroplast", (1997) The Journal of Biochemistry Vol. 272, No. 28, Issue of July 11, pp. 17648–17653 |
| Mayfield, et al " Regulation of Chloroplast Gene Expression" *Annu . Rev . Plant Physiol . Plant Mol . Biol .* (*1995).46:147-66* |
| Newell, et al "Expression of green fluorescent protein from bacterial and plastid promoters in tobacco chloroplasts" (2003) *Transgenic Research* 12: 631–634 |
| Staub, et al " High-yield production of a human therapeutic protein in tobacco chloroplasts" Nature Biotechnology, (2000) Vol 18, p. 333-338 |
| Sugiura, et al " Evolution and Mechanism of Translation in Chloroplasts", *Annu. Rev. Genet. 1998. 32:437–59* |
| Valkov, et al "High efficiency plastid transformation in potato and regulation of transgene expression in leaves and tubers by alternative 50 and 30 regulatory sequences" Transgenic Res (2010) |
| Ye, et al "Plastid-expressed 5-enolpyruvylshikimate-3-phosphate synthase genes provide high level glyphosate tolerance in tobacco" The Plant Journal (2001) 25(3), 261-270 |
| Yuan, et al " Triple mechanisms of glyphosate-resistance in a naturally occurring glyphosate-resistant plant Dicliptera chinensis" Plant Science , (2002) 163: 543-554 |