

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> E.I. DUPONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Case No. 4:09-cv-00686-ERW |

## VERIFIED MOTION OF JOVIAL WONG
## FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Jovial Wong, respectfully move this Court to be admitted pro hac vice to the bar of this Court for the purpose of representing plaintiffs Monsanto Company and Monsanto Technology LLC in this matter. In support of this motion, I submit the following information as required by Local Rule 83-12.01(E):

(a) Full name of the movant-attorney: Jovial Wong.

(b) Address, telephone number and fax number of the movant-attorney: 1700 K Street, NW, Washington, DC 20006-3817; 202-282-5000 (telephone); 202-282-5100 (facsimile).

(c) Name of the firm or letterhead under which the movant practices: Winston & Strawn LLP.

SLC-6148779-1

(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom: Northwestern University, J.D., 2004.

(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any:

State of New York; admitted 2005; bar # 4336574

United States District Court for the District of Columbia; admitted 2006; #500185

U.S. Patent & Trademark Office; admitted 60,115; 2007

(f) I am a member in good standing of all bars of which I am a member; I am not under suspension or disbarment from any bar; and I have attached to this motion a certificate of good standing in the bar of the jurisdiction I which I reside or am regular employed as an attorney.

(g) I do not reside in the Eastern District of Missouri, am not regularly employed in this district, and am not regularly engaged in the practice of law in this district.

WHEREFORE, movant Jovial Wong attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted pro hac vice to the bar of the Court to appear in the instant matter.

WINSTON & STRAWN LLP

By: /s/ Jovial Wong
Jovial Wong, Bar # 4336574
1700 K Street, NW
Washington, DC 20006-3817
202-282-5000 (telephone)
202-282-5100 (facsimile)

*Attorneys for Plaintiffs Monsanto Company and Monsanto Technology LLC*

SLC-6148779-1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the Clerk of Court in paper form and served by mailing the same, first class mail, postage prepaid, to all attorneys of record as indicated this 16th day of August, 2010:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

*Attorneys for Defendants*

_Monica McCarthy_



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, **Michael J. Novack**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Jovial Wong

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **20th day of July, 2005**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **6th day of August, 2010**.



*Clerk*