## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| E.I. DUPONT DE NEMOURS AND | ) | Case No. 4:09-cv-686 ERW |
| COMPANY and PIONEER HI-BRED | ) | |
| INTERNATIONAL, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' REQUEST FOR EXPEDITED ORAL ARGUMENT
(ON MONDAY, AUGUST 23RD OR SOON THEREAFTER)
RELATING TO DEFENDANTS' MOTION TO EXTEND DATE
TO DISCLOSE OPINIONS OF COUNSEL**

This afternoon, *one business day* before their opinions of counsel are due to be produced, Defendants ask this Court to significantly alter the scheduling order and delay their production by two-and-a-half weeks, until shortly before the document production deadline.  Defendants' motion, however, goes far beyond requesting a mere courtesy extension.  If granted, their motion would negatively impact Monsanto's rights, and disrupt the contemplated sequence of "*Markman* Issues" that the parties negotiated and this Court approved in Part I.3 of its Case Management Order.

Defendants have had a year to make their decision about whether to rely on and produce opinions of counsel.  Defendants do not assert these opinions are unavailable for production, and they plainly must be.  Rather, Defendants simply want to selectively delay this production, purportedly on the grounds that they need still *more* time to think about the implications of their decision.  Defendants' stated justification rings hollow, however, and should be considered in light of their own opposition to *any other* change in the schedule – including the very short

1

continuance of the *Markman* hearing Monsanto previously proposed in order to accommodate the vacation plans of its expert witness that Defendants adamantly refused.

Defendants' improper eleventh-hour motion practice deprives Monsanto of a meaningful opportunity to fully respond in writing before the appointed deadline for Defendants' document production.  To the extent that the Court does not deny Defendants' motion outright, Monsanto requests that the Court hold argument on Monday, August 23 to provide Monsanto with an opportunity to respond orally.

Dated:  August 20, 2010

Respectfully submitted,

HUSCH BLACKWELL SANDERS LLP

By:  /s/ Joseph P. Conran                    .
Joseph P. Conran, E.D.Mo. # 6455
joe.conran@huschblackwell.com
Omri E. Praiss, E.D.Mo. # 35002
omri.praiss@huschblackwell.com
Greg G. Gutzler, E.D.Mo. # 84923
greg.gutzler@huschblackwell.com
Tamara M. Spicer, E.D.Mo. # 122214
tamara.spicer@huschblackwell.com
Steven M. Berezney, E.D.Mo. # 499707
steve.berezney@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
(314) 480-1500 – telephone
(314) 480-1505 – facsimile

WINSTON & STRAWN LLP
Dan K. Webb
dwebb@winston.com
George C. Lombardi
glombardi@winston.com
Todd J. Ehlman
tehlman@winston.com
James M. Hilmert
jhilmert@winston.com
Jovial Wong
jwong@winston.com
Gail J. Standish
gstandish@winston.com
35 W. Wacker Drive, Suite 4200
Chicago, IL  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

John J. Rosenthal
jrosenthal@winston.com
Matthew A. Campbell
macampbell@winston.com
1700 K Street, N.W.
Washington, DC  20006
(202) 282-5000 – telephone
(202) 282-5100 – facsimile

Gail J. Standish
gstandish@winston.com
333 South Grand Avenue
Los Angeles, CA 90071-1543
(213) 615-1700 – telephone
(213) 615-1750 – facsimile

MCDERMOTT WILL & EMERY
Steven G. Spears
sspears@mwe.com
Scott W. Clark
sclark@mwe.com
1000 Louisiana Street, Suite 3900
Houston, TX  77002-5005
(713) 653-1700 – telephone
(713) 739-7592 – facsimile

COVINGTON & BURLING LLP
Kurt G. Calia
kcalia@cov.com
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
(202) 662-6000 – telephone
(202 662-6291 – facsimile

ARNOLD & PORTER LLP
Anthony J. Franze
anthony.franze@aporter.com
555 Twelfth Street, N.W.
Washington, DC  20004
(202) 942-5000 – telephone
(202) 942-5999 – facsimile

*Attorneys for Plaintiff Monsanto Company and
Monsanto Technology LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of August, 2010, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, and was served by operation of that Court's electronic filing system, upon the following:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY  10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015

*Attorneys for Defendants*

    /s/ Joseph P. Conran                    .