COURTROOM MINUTE SHEET

**CAUSE NO.** 4:09cv686 ERW  **DATE:** 9/2/2010

**JUDGE:** E. Richard Webber

**COURT REPORTER:** D. Kriegshauser(a.m.) and S. Moran(p.m.)

**DEPUTY CLERK:** M. Berg

MONSANTO COMPANY, et al.,
vs.
E.I. DUPONT DE NEMOURS & COMANY, et al.,

Plaintiffs' counsel: Gail Standish, Joseph Conran, George Lombard, James Hilmert, Eric Mersmann

Defendants' counsel: Leona Ben-Ami, C. David Goerisch, Christopher Jagoe, Peter Silverman, Howard Suh

**PARTIES PRESENT FOR** Markman claim construction hearing.  Counsel heard. Order to follow.

**ATTY(S) PRESENT:**

**COURTROOM TIME:** 9:00 a.m. - 12:00 p.m. (lunch) 12:45 p.m. - 6:20 p.m