UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MONSANTO COMPANY and
MONSANTO TECHNOLOGY LLC,

                Plaintiffs,

v.

E.I. DU PONT DE NEMOURS AND CO. and
PIONEER HI-BRED INTERNATIONAL, INC.,

                Defendants.

Case No. 09-cv-0686 (ERW)

**DEFENDANTS' RESPONSE AND COUNTER-PROPOSAL TO
MONSANTO'S MOTION TO MODIFY THE SCHEDULING ORDER**

Defendants E.I. du Pont de Nemours and Co. and Pioneer Hi-Bred International, Inc. (collectively, "Defendants") respectfully submit this counterproposal to Monsanto's Motion to Modify the Scheduling Order (Dkt. # 345).

Monsanto seeks to extend the discovery period in this case by two months, and further to extend other dates including the date for the jury trial of the patent and contract issues by almost **three months**. Monsanto's only explanation is that, despite being the plaintiff, and despite filing this action nearly 16 months ago, Monsanto is unable to comply with the Court's scheduling order for the completion of document production.[1] To date, Monsanto has produced only a relatively small number of documents, totaling fewer than 100,000 pages. Defendants, on the other hand, processed more electronic data than Monsanto, had more documents reviewed, have already produced more documents, and nevertheless are prepared to comply with the Court's

---

[1] The Court has informally extended the original date for the completion of the parties' document production by one week, to September 22, 2010, to allow the parties to present this issue to the Court and seek the Court's guidance.

deadline. They were able to do so not because Monsanto's discovery requests were less burdensome, but because they took the Court's scheduling order seriously and deployed far more assets and employed far more reviewers.

Given that Monsanto filed its motion only mid-day today, the day before the Court's already-scheduled telephone conference for tomorrow, DuPont & Pioneer respond by setting aside the task of responding to Monsanto's easily refuted reasons for failing to comply and instead offer a compromise schedule, which is similar to a compromise presented to Monsanto this past Monday.

The key element of Defendants' proposal is that the trial date on the patent and contract claims previously set by the Court does not change. As Defendants have previously advised the Court and Monsanto, keeping the current September 12, 2011 trial date is paramount to them. Defendants' counterproposal extends patent and contract related discovery by approximately one month and the antitrust related discovery even longer. DuPont & Pioneer believe this proposal gives Monsanto the extra time it requests while avoiding prejudice to their interests by preserving the patent and contract trial date:

| **Event** | **Current Date** | **Extended Date** |
|---|---|---|
| Parties' Document Productions Completed | 9/15/2010 | 10/14/2010 (rolling production) |
| Final Day of Patent and Contract Fact Discovery | 11/30/2010 | 1/5/2011 |
| Final Day of Antitrust Fact Discovery | 11/30/2010 | 3/23/2011 |
| Patent and Contract Expert Reports | 1/5/2011 | 1/31/2011 |
| Antitrust Expert Reports | 1/5/2011 | 4/28/2011 |
| Patent and Contract Rebuttal Expert Reports | 2/9/2011 | 3/7/2011 |
| Antitrust Rebuttal Expert Reports | 2/9/2011 | 6/3/2011 |
| Final day of Patent and Contract Expert Discovery | 3/23/2011 | 4/15/2011 |
| Final day of Antitrust Expert Discovery | 3/23/2011 | 7/15/2011 |
| Patent and Contract Dispositive Motions | 4/6/2011 | 5/15/2011 |
| Oppositions to Patent and Contract Dispositive Motions | 5/6/2011 | 6/29/2011 |

| Event | Current Date | Extended Date |
|---|---|---|
| Replies to Patent and Contract Dispositive Motions | 6/6/2011 | 7/13/2011 |
| Antitrust Dispositive Motions | | 8/15/2011 |
| Joint Stipulation Of Uncontested Facts; Witness and Exhibit Lists, Deposition; and Designations and Jury Instructions for Patent and Contract Trial | 8/23/2011 | 8/23/2011  No Change |
| Objections to Deposition Designations for Patent and Contact Trial | 8/26/2011 | 8/26/2011  No Change |
| Pretrial Conference: Exhibits and Jury Instructions for Patent and Contract Trial | 9/1/2011 | 9/01/2011  No Change |
| Trial Patent and Contract Case | 9/12/2011 | 9/12/2011  No Change |
| Oppositions to Antitrust Dispositive Motions | | 9/15/2010 |
| Replies to Antitrust Dispositive Motions | | 10/17/2010 |
| Joint Stipulation Of Uncontested Facts; Witness and Exhibit Lists; and Deposition Designations and Jury Instructions for Antitrust Trial | | 11/29/2011 |
| Objections to Deposition Designations for Antitrust Trial | | 12/2/2011 |
| Pretrial Conference: Exhibits and Jury Instructions for Antitrust Trial | | 12/5/2011 |
| Trial Antitrust Case | | 12/12/2011 |

We will be prepared to discuss any of the points raised in Monsanto's motion with the Court tomorrow during the scheduled telephone conference if the Court desires further discussion on any point.

Dated:  September 16, 2010    Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By:   /s/ C. David Goerisch
       Andrew Rothschild, #4214
       C. David Goerisch, #77207
500 N. Broadway, Suite 2000
St. Louis, Missouri  63102
(314) 444-7600
(314) 241-6056 (facsimile)
arothschild@lewisrice.com
dgoerisch@lewisrice.com

Leora Ben-Ami
Thomas F. Fleming
Christopher T. Jagoe
Howard S. Suh
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York  10022
(212) 836-8000
(212) 836-8689 (facsimile)
lbenami@kayescholer.com
tfleming@kayescholer.com
cjagoe@kayescholer.com
hsuh@kayescholer.com

Donald L. Flexner
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue, 7th Fl.
New York, New York 10022
(212) 446-2300
(212) 446-2350 (facsimile)
dflexner@bsfllp.com

James P. Denvir
Amy J. Mauser
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
202-237-2727
202-237-6131 (facsimile)
jdenvir@bsfllp.com
amauser@bsfllp.com

*Counsel for Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.*

4

**CERTIFICATE OF SERVICE**

       I hereby certify that on September 16, 2010, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

- **Steven M. Berezney**
steve.berezney@huschblackwell.com
- **Kurt G. Calia**
kcalia@cov.com
- **Matthew A. Campbell**
macampbell@winston.com
- **Scott W. Clark**
sclark@mwe.com
- **Joseph P. Conran**
joe.conran@huschblackwell.com
- **Todd J. Ehlman**
tehlman@winston.com
- **Anthony J. Franze**
Anthony.Franze@aporter.com
- **Greg G. Gutzler**
greg.gutzler@huschblackwell.com
- **James M. Hilmert**
jhilmert@winston.com
- **George C. Lombardi**
glombardi@winston.com
- **Kurt A. Mathas**
kmathas@winston.com
- **Omri E. Praiss**
omri.praiss@huschblackwell.com
- **John J. Rosenthal**
jrosenthal@winston.com
- **Rebecca M. Ross**
rmross@winston.com
- **Mark A. Smith**
markasmith@winston.com
- **Steven G. Spears**
sspears@mwe.com,jjknapp@mwe.com
- **Tamara M. Spicer**
tamara.spicer@huschblackwell.com,jean.melenbrink@huschblackwell.com
- **Gail J. Standish**
gstandish@winston.com
- **Dan K. Webb**
dwebb@winston.com

                                                 /s/ C. David Goerisch