UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

Date 9/17/10  Judge Webber  Case No. 4:09CV686 ERW
Monsanto, et al  v.  E.I. Dupont, et al
Court Reporter C. Simpson  Deputy Clerk K. Hisaw
Attorneys for Plaintiff(s) Joseph Conran, John Rosenthal, Gail Standish
Attorneys for Defendant(s) Leora Ben-Ami, James Denvir, David Goerisch

Parties present for telephone Status Conference (held in Chambers); #345 Motion to Amend/Correct CMO; discussion held; order to issue

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that_____

Pltf. Witness_____ Deft. Witness_____
Pltf. Witness_____ Deft. Witness_____
Pltf. Exhibits:_____
Pltf. Exhibits:_____
Deft. Exhibits:_____
Deft. Exhibits:_____
☐ Exhibits returned to and retained by counsel

Proceedings commenced 10:00 a.m./p.m.
Proceedings concluded 11:15 a.m./p.m.