UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>E.I. DUPONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC.,<br><br>　　　　Defendants. | Case No. 4:09CV00686 ERW |

### ORDER

**IT IS HEREBY ORDERED** that Plaintiffs Monsanto Company and Monsanto Technology LLC's Motion to Modify the Scheduling Order [doc. #345] is **GRANTED, in part** and **DENIED, in part**. As is set forth in the Second Amended Case Management Order issued on this date, the deadline for completing document production is extended to November 1, 2010, the deadline for completing fact discovery is extended to December 17, 2010, and the trial on Plaintiffs' claims is now scheduled to begin on October 17, 2011.

**IT IS FURTHER ORDERED** that the Court will hold a Rule 16 conference concerning resolution of Defendants' antitrust counterclaims on November 1, 2010 at 2:00 P.M. The parties shall file a joint proposed scheduling plan, or in the event they are unable to agree, individual proposed scheduling plans, no later than October 25, 2010.

Dated this 17th Day of September, 2010.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　E. RICHARD WEBBER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE