UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>            Plaintiffs,<br><br>      v.<br><br>E.I. DU PONT DE NEMOURS AND CO. and<br>PIONEER HI-BRED INTERNATIONAL, INC.,<br><br>            Defendants. | Case No. 09-cv-0686 (ERW) |

# EXHIBIT A

September 2, 2010 Transcript from Markman Hearing (Vol. I-A)
Page 25, Lines 5-11

REPLY MEMORANDUM OF LAW IN SUPPORT OF DUPONT'S MOTION TO
BIFURCATE AND STAY DISCOVERY WITH RESPECT TO
WILLFUL INFRINGEMENT PURSUANT TO FED. R. CIV. P. 42(b)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MONSANTO COMPANY, et al.,            )
                                     )
              Plaintiffs,            )
                                     )
     vs.                             ) No. 4:09-CV-00686(ERW)
                                     )
E.I. DUPONT DE NEMOURS & COMPANY,    )
et al.,                              )
                                     )
              Defendants.            )

MARKMAN HEARING
BEFORE THE HONORABLE E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE

SEPTEMBER 2, 2010

APPEARANCES:

FOR PLAINTIFFS:     GEORGE C. LOMBARDI
                    JAMES M. HILMERT
                    WINSTON & STRAWN, LLP
                    35 W. Wacker Drive
                    Chicago, IL  60601
                    (312) 558-5600

                    GAIL J. STANDISH
                    WINSTON & STRAWN, LLP
                    333 S. Grand Avenue
                    Los Angeles, CA  90071
                    (213) 615-1700

                    JOSEPH P. CONRAN
                    HUSCH, BLACKWELL, SANDERS, LLP
                    190 Carondelet Plaza, Suite 600
                    St. Louis, MO  63105
                    (314) 480-1500

FOR DEFENDANTS:     LEORA BEN-AMI
                    CHRISTOPHER T. JAGOE
                    HOWARD S. SUH

```
                    PETER SILVERMAN
                    KAYE SCHOLER, LLP
                    425 Park Avenue
                    New York, NY  10022
                    (212) 836-7515

                    C. DAVID GOERISCH
                    LEWIS, RICE & FINGERSH
                    600 Washington, Suite 2500
                    St. Louis, MO  63101
                    (314) 444-7600

COURTROOM CLERK:    MELANIE BERG

REPORTED BY:        DEBORAH A. KRIEGSHAUSER, FAPR, RMR, CRR
                    Official Court Reporter
                    United States District Court
                    111 South Tenth Street, Third Floor
                    St. Louis, MO  63102
                    (314) 244-7449
```

1    there and make the terms more complicated and actually change
2    the nature of the invention we're talking about here through
3    their use of additional terms.  And so I'll be pointing that
4    out as we go through.
5             Also, it's the case that Defendants have used an
6    extraordinary -- in my experience, an extraordinary amount of
7    extrinsic evidence here, and we'll talk about that.  I think
8    the extrinsic evidence is not relevant as a general rule, but
9    the snippets that they use typically, I think, are not
10   accurately cited and don't support the points.  So we'll talk
11   about that as we go through the constructions.
12            But the first construction is Claim 1.  This, again,
13   is our broadest claim.  "An isolated DNA molecule which
14   encodes an EPSPS enzyme having the sequence of Sequence ID No.
15   3."
16            So this is going directly to that DNA that Monsanto
17   discovered, and there's no limitation on where that DNA is; no
18   limitation on how that DNA is used.  It's just if you have
19   that isolated DNA molecule that has this particular -- the
20   code for this particular amino acid in it, then you've got --
21   you've got the claim.  You're within the claim.  And so what
22   I've done here, Your Honor, is I put the various -- the claim
23   phrase of our construction and Defendants' construction all up
24   on one chart.  So I'll talk first about the word "isolated"
25   which is in dispute here.