UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>       Plaintiffs,<br><br>       v.<br><br>E.I. DU PONT DE NEMOURS AND<br>COMPANY and PIONEER HI-BRED<br>INTERNATIONAL, INC.,<br><br>       Defendants. | Case No. 4:09-CV-00686 (ERW) |

## STIPULATION

Following the discussion had with the Court during the hearing on September 17, 2010 concerning the timing on further briefing relating to Defendants' *Motion for Summary Judgment of Invalidity for Improperly Broadened Reissue Claims* (Dkt. 215), Plaintiffs Monsanto Company and Monsanto Technology LLC ("Monsanto") and Defendants E.I. DuPont de Nemours and Company and Pioneer Hi-Bred International, Inc. ("DuPont & Pioneer") hereby stipulate and agree that:

(1) DuPont & Pioneer will not oppose Monsanto's *Motion for Leave to File a Sur-Reply Brief in Opposition to Defendants's Motion for Summary Judgment of Invalidity for Improperly Broadened Reissue Claims* (Dkt. 341 and (memorandum attached at Dkt. 342)); and

(2) Monsanto consents to DuPont & Pioneer filing a Response to Monsanto's Sur-Reply brief on or before October 4, 2010.

Dated:  September 20, 2010

**HUSCH BLACKWELL SANDERS LLP**

*/s/ Joseph P. Conran*
*(signed with permission by filing counsel)*
Joseph P. Conran, E.D.Mo. # 6455
Omri E. Praiss, E.D.Mo. # 35002
Greg G. Gutzler, E.D.Mo. # 84923
Tamara M. Spicer, E.D.Mo. # 122214
Steven M. Berezney, E.D.Mo. # 499707
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105

Dan K. Webb
George C. Lombardi
Todd J. Ehlman
**WINSTON & STRAWN LLP**
35 W. Wacker Drive, Suite 4200
Chicago, IL  60601

John J. Rosenthal
Matthew Campbell
**WINSTON & STRAWN LLP**
1700 K Street, N.W.
Washington, D.C.  20006

Steven G. Spears
Scott W. Clark
**MCDERMOTT WILL & EMERY LLP**
1000 Louisiana Street, Suite 3900
Houston, TX  77002

Kurt G. Calia
**COVINGTON & BURLING LLP**
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2401

Anthony J. Franze
**ARNOLD & PORTER LLP**
555 Twelfth Street, N.W.
Washington, D.C.  20004

Attorneys for Monsanto Company and
Monsanto Technology LLC

Respectfully submitted,

**LEWIS, RICE & FINGERISH, L.C.**

*/s/ C. David Goerisch*
Andrew Rothschild, #4214
C. David Goerisch, #77207
500 N. Broadway, Suite 2000
St. Louis, MO  63102

Leora Ben-Ami
Thomas F. Fleming
Christopher T. Jagoe
Howard S. Suh
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York  10022

Donald L. Flexner
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue, 7th Fl.
New York, New York 10022
(212) 446-2300
(212) 446-2350 (facsimile)
dflexner@bsfllp.com

James P. Denvir
Amy J. Mauser
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

Attorneys for E.I. du Pont de Nemours
and Company and Pioneer Hi-Bred
International, Inc.