UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MONSANTO COMPANY and <br> MONSANTO TECHNOLOGY LLC, <br><br> Plaintiffs, <br><br> v. <br><br> E.I. DU PONT DE NEMOURS AND <br> COMPANY and PIONEER HI-BRED <br> INTERNATIONAL, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 4:09-CV-00686 (ERW) |

**JOINT NOTICE REGARDING SUBMISSION
OF *MARKMAN* DEPOSITION DESIGNATIONS**

COME NOW Plaintiffs Monsanto Company and Monsanto Technology LLC ("Monsanto") and Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc. ("DuPont & Pioneer") and notify the Court that the parties have worked together to prepare deposition designations from the depositions of the experts disclosed by the parties prior to the *Markman* hearing conducted by the Court on September 2, 2010. The parties are in the process of preparing a binder containing (1) tables reflecting these designations, counter-designations, and objections; and (2) color-coded and annotated deposition transcripts. As soon as this process is completed, the parties will deliver this binder to chambers so that the Court can consider these materials, as it deems appropriate, in connection with the claim construction issues currently before the Court.

Dated:  October 1, 2010

**HUSCH BLACKWELL SANDERS LLP**

*/s/ Joseph P. Conran*
*(signed with permission by filing counsel)*
Joseph P. Conran, E.D.Mo. # 6455
Omri E. Praiss, E.D.Mo. # 35002
Greg G. Gutzler, E.D.Mo. # 84923
Tamara M. Spicer, E.D.Mo. # 122214
Steven M. Berezney, E.D.Mo. # 499707
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105

Dan K. Webb
George C. Lombardi
Todd J. Ehlman
James M. Hilmert
**WINSTON & STRAWN LLP**
35 W. Wacker Drive, Suite 4200
Chicago, IL  60601

John J. Rosenthal
Matthew Campbell
**WINSTON & STRAWN LLP**
1700 K Street, N.W.
Washington, D.C.  20006

Steven G. Spears
Scott W. Clark
**MCDERMOTT WILL & EMERY LLP**
1000 Louisiana Street, Suite 3900
Houston, TX  77002

Kurt G. Calia
**COVINGTON & BURLING LLP**
1201 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2401

Anthony J. Franze
**ARNOLD & PORTER LLP**
555 Twelfth Street, N.W.
Washington, D.C.  20004

Attorneys for Monsanto Company and Monsanto Technology LLC

Respectfully submitted,

**LEWIS, RICE & FINGERISH, L.C.**

*/s/ C. David Goerisch*
Andrew Rothschild, #4214
C. David Goerisch, #77207
500 N. Broadway, Suite 2000
St. Louis, MO  63102

Leora Ben-Ami
Thomas F. Fleming
Christopher T. Jagoe
Howard S. Suh
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York  10022

Donald L. Flexner
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue, 7th Fl.
New York, New York 10022
(212) 446-2300
(212) 446-2350 (facsimile)
dflexner@bsfllp.com

James P. Denvir
Amy J. Mauser
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

Attorneys for E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.