RECEIVED BY MAIL
SEP 30 2010
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
Eastern    DIVISION

| | |
|---|---|
| Monsanto Company and Monsanto Technology LLC, <br> Plaintiff, <br><br> V. <br><br> E.I. Du Pont De Nemours and Company and Pioneer Hi-Bred International, Inc. <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 4:09-CV-00686 (ERW) <br> ) <br> ) <br> ) |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, _____John Mandler_____, move to be admitted pro hac vice to the bar of this court for the purpose of representing Crop Production Services, Inc. in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Full name of the movant-attorney;
   John P. Mandler
(b) Address, telephone number and fax number of the movant-attorney;
   90 S.7th St., Minneapolis, MN 55402; 612-776-7221; 612-766-1600
(c) Name of the firm or letterhead under which the movant practices;
   Faegre & Benson, LLP
(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom;
   Georgetown University Law Center (1988)
(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;
   Washington, D.C., (1991) (194438); Minnesota (1988) (194438)
(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

JOHN PAUL MANDLER

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 28, 1988

Given under my hand and seal of this court on

August 23, 2010

Frederick K. Grittner
Clerk of Appellate Courts





# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____ JOHN P. MANDLER _____

was on the   22ND day of   FEBRUARY, 1991

duly qualified and admitted as an attorney and counselor. This attorney is, on the date indicated below, voluntarily registered as an inactive member in good standing of the District of Columbia Bar and, therefore, is not currently eligible to practice law in the District of Columbia.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 3, 2010.
>
> JULIO A. CASTILLO
> Clerk of the Court
>
> By: _____
>                      Deputy Clerk



RECEIVED BY MAIL
SEP 30 2010
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS



UNITED STATES | ENGLAND | CHINA

SLMARSHALL@FAEGRE.COM

September 28, 2010

Clerk of Court
United States District Court
Eastern District of Missouri
Thomas F. Eagleton Courthouse
111 S. 10th Street, Suite 3.300
St. Louis, MO 63102

Re: Monsanto Company v. E.I. Du Pont De Nemours and Company
Case No. 4:09-CV-00686

Dear Clerk:

Please accept this pro hac application for John P. Mandler in the above captioned matter.

If you have any questions, please do not hesitate to contact me. Thank you.

Sincerely,

Sherry Marshall
Legal Administrative Assistant

Encl.

801 GRAND AVENUE | SUITE 3100 | DES MOINES IOWA 50309-8002
TELEPHONE 515-248-9000 | FACSIMILE 515-248-9010 | WWW.FAEGRE.COM