

**Thomas L. Sager**
Senior Vice President
and General Counsel

DuPont Legal
1007 Market Street
Wilmington, DE 19898

July 2, 2009

David F. Snively
Senior Vice President, General
  Counsel and Secretary
Monsanto Company
800 North Lindbergh Blvd.
St. Louis, MO 63167

Dear David:

This responds to your June 23, 2009 letter. Although that letter is inaccurate and offensive in numerous important respects, it would be pointless to recount them in light of the litigation filed by Monsanto against DuPont. Monsanto has consistently demonstrated a willingness to attack DuPont people, products and technology without basis. Your June 23 letter is just the most recent example of that unfortunate practice.

Regarding your request that DuPont waive confidentiality with respect to "pertinent portions [sic] of the Roundup Ready soybean and corn license agreements that address Pioneer's stacking rights", a blanket waiver is inappropriate given Monsanto's continuing effort to unlawfully exclude competition. We do not believe that selectively disclosing what is "pertinent" from license agreements that do not tell the whole story will help farmers or policymakers. To the contrary, your suggestion will only obscure the truth, which we believe includes Monsanto's misconduct in the market, at the patent office, and in the courthouse.

DuPont has previously waived confidentiality provisions when requested by antitrust enforcement authorities. We will continue to consider, case-by-case, any specific waiver request Monsanto may have as it attempts to explain its anticompetitive business practices to regulators or policymakers. You may direct any such waiver requests in writing to Justin Miller at Justin.M.Miller@usa.DuPont.com.

Sincerely,

Tom

Thomas L. Sager

TLS/sms

cc:  Hugh Grant, Monsanto
     James C. Borel, DuPont

E.I. du Pont de Nemours and Company

EXHIBIT B