UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>　　　Plaintiffs,<br><br>　　　vs.<br><br>E.I. DU PONT DE NEMOURS AND<br>COMPANY and<br>PIONEER HI-BRED INTERNATIONAL,<br>INC.,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)　Case No. 4:09-cv-00686-ERW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR LEAVE TO FILE UN-REDACTED
MEMORANDUM AND EXHIBITS UNDER SEAL**

　　　Plaintiffs, Monsanto Company and Monsanto Technology LLC (collectively "Monsanto"), respectfully move the Court for an order allowing Monsanto to file a complete, un-redacted copy of Monsanto's Memorandum in Support of Monsanto's Emergency Motion Regarding Defendants' Violation of the Protective Order and Other Court Orders, and Exhibits D and E thereto, under seal. As grounds for this relief, Monsanto states:

　　　1.　　This action is for patent infringement, breach of contract, unjust enrichment, and injunctive relief against Defendants E.I. du Pont de Nemours and Company ("DuPont") and Pioneer Hi-Bred International, Inc. ("Pioneer") involving United States Patent No. U.S. RE 39,247E (the "'247 Patent") and Monsanto's grant of licenses to Monsanto's patented and proprietary soybean technology and corn technology pursuant to two licenses between Monsanto and Pioneer entered into on April 1, 2002: (1) an Amended and Restated Roundup Ready Soybean License Agreement (Exhibit B to the Complaint) and (2) a Roundup Ready Corn

1

License Agreement (Exhibit C to the Complaint) (hereafter referred to collectively as the "License Agreements").  The specific terms of the License Agreements are subject to confidentiality provisions contained within the underlying licenses.  See Exs. B & C to Complaint.

2. In addition, Exhibits D and E to the memorandum in support are confidential documents.  This Court has previously allowed the parties to file various un-redacted pleadings and confidential documents under seal.  See e.g., Docket Text Orders entered May 20, 2009 and June 17, 2009.  Further, the protective order entered herein provides for the filing of confidential information and documents under seal.

3. Portions of Monsanto's memorandum in support contain language quoted directly from the confidential documents.  Therefore, these portions, and Exhibits D and E thereto, should be sealed.  Monsanto will also file a redacted version of its memorandum in support, with Exhibits A, B and C thereto, as part of the public record.

WHEREFORE, Monsanto respectfully requests the Court enter an order allowing Monsanto to file a complete, un-redacted copy of Monsanto's Memorandum in Support of Monsanto's Emergency Motion Regarding Defendants' Violation of the Protective Order and Other Court Orders, and Exhibits D and E thereto, under seal.

Dated:  October 8, 2010

Respectfully submitted,

HUSCH BLACKWELL LLP

By: /s/ Joseph P. Conran .
Joseph P. Conran, E.D.Mo. # 6455
joe.conran@huschblackwell.com
Omri E. Praiss, E.D.Mo. # 35002
omri.praiss@huschblackwell.com
Greg G. Gutzler, E.D.Mo. # 84923
greg.gutzler@huschblackwell.com
Tamara M. Spicer, E.D.Mo. # 122214
tamara.spicer@huschblackwell.com
Steven M. Berezney, E.D.Mo. # 499707
steve.berezney@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500 – telephone
(314) 480-1505 – facsimile

WINSTON & STRAWN LLP
Dan K. Webb
dwebb@winston.com
George C. Lombardi
glombardi@winston.com
Todd J. Ehlman
tehlman@winston.com
James M. Hilmert
jhilmert@winston.com
35 W. Wacker Drive, Suite 4200
Chicago, IL 60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

John J. Rosenthal
jrosenthal@winston.com
Matthew A. Campbell
macampbell@winston.com
Jovial Wong
jwong@winston.com
1700 K Street, N.W.
Washington, DC 20006
(202) 282-5000 – telephone
(202) 282-5100 – facsimile

Gail J. Standish
gstandish@winston.com
333 South Grand Avenue
Los Angeles, CA 90071-1543
(213) 615-1700 – telephone
(213) 615-1750 – facsimile

MCDERMOTT WILL & EMERY
Steven G. Spears
sspears@mwe.com
Scott W. Clark
sclark@mwe.com
1000 Louisiana Street, Suite 3900
Houston, TX 77002-5005
(713) 653-1700 – telephone
(713) 739-7592 – facsimile

COVINGTON & BURLING LLP
Kurt G. Calia
kcalia@cov.com
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-6000 – telephone
(202 662-6291 – facsimile

ARNOLD & PORTER LLP
Anthony J. Franze
anthony.franze@aporter.com
555 Twelfth Street, N.W.
Washington, DC 20004
(202) 942-5000 – telephone
(202) 942-5999 – facsimile

*Attorneys for Plaintiff Monsanto Company and Monsanto Technology LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 8th day of October, 2010, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, and was served by operation of that Court's electronic filing system, upon the following:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY  10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015

*Attorneys for Defendants*

      /s/ Joseph P. Conran    .