IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and <br> MONSANTO TECHNOLOGY LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> E.I. DUPONT DE NEMOURS AND <br> COMPANY and <br> PIONEER HI-BRED INTERNATIONAL, <br> INC., <br><br> Defendants. | Case No. 4:09-cv-00686-ERW |

## MONSANTO'S FIRST MOTION TO COMPEL

Plaintiffs Monsanto Company and Monsanto Technology LLC (collectively "Monsanto") respectfully move the Court for an order compelling Defendants to produce certain documents in response to Monsanto's discovery requests. Those documents fall into the following four categories:

- Documents related to Defendants' ***stacked corn products*** (*see* Monsanto's 1st Set of Requests for Production of Documents (Apr. 16, 2010), Request Nos. 4, 6, 12, 13, 34-35, 42-43, 47, 49-50, 56-59, 61-63, 66, 70-71, 196);

- Documents related to Defendants' ***infringing seeds and pedigree information*** (*see* Monsanto's 2d Set of Requests for Production of Documents (June 10, 2010), Request Nos. 1-4);

- ***Domestic and foreign regulatory filings*** made for Defendants' accused products and communications relating to those filings (*see* Monsanto's 1st Set of Requests for Production of Documents (Apr. 16, 2010), Request Nos. 70-71); and

- Documents relating to Defendants' ***OGAT corn and soybean products*** (*see* Monsanto's 1st Set of Requests for Production of Documents (Apr. 16, 2010), Request Nos. 14, 46, 49-50, 60-61, 64-67, 69, 70-75, 78-80, 83-84, 172-173, 196-198, 201, 206).

Monsanto incorporates by reference its memorandum in support as if fully stated herein.

1

Pursuant to Local Rule 37-3.04, counsel for the parties have met and conferred on several occasions in a good faith attempt to resolve their discovery disputes as follows:

1.  With the exception of the infringing seeds and pedigree information, Monsanto raised all of the disputes addressed in this motion months ago in numerous letters and during two meet-and-confer sessions held on June 16, 2010 and August 24, 2010. Defendants' counsel Amy Mauser and Thomas Fleming, among others, participated in both of those meet-and-confer sessions and were recipients of correspondence stating Monsanto's position on the issues. *See, e.g.*, 06/25/10 Letter from J. Rosenthal to A. Mauser (Ex. A); 7/12/10 Letter from J. Rosenthal to A. Mauser (Ex. B); 09/09/10 Letter from J. Rosenthal to T. Fleming and A. Mauser (Ex. C). Despite their efforts, the parties were unable to resolve their discovery disputes.

2.  With respect to the infringing seeds and pedigree information, Monsanto sent Defendants a letter on August 18, 2010 setting forth Monsanto's concerns with Defendants' refusal to produce this information. *See* 08/18/10 Letter from J. Hilmert to T. Fleming and A. Mauser (Ex. D). Having received no response, Monsanto sent a second letter on September 28, 2010. *See* 09/28/10 Letter from J. Hilmert to T. Fleming (Ex. E). On October 1, 2010, Defendants responded, but refused to produce the requested information. *See* 10/01/10 Letter from T. Fleming to J. Hilmert (Ex. F). Throughout the week of October 11, 2010, the parties made numerous attempts to meet and confer on this issue, and on October 14, 2010, Gail Standish on behalf of Monsanto and Thomas Fleming on behalf of Defendants discussed the parties' respective positions but were unable to reach resolution.

WHEREFORE, Monsanto respectfully moves the Court for an Order compelling Defendants to produce documents in response to Monsanto's discovery requests identified in this motion within 10 days of the Court's Order.

Dated: October 15, 2010

2

Respectfully submitted,

HUSCH BLACKWELL LLP


By: /s/ Joseph P. Conran              .
Joseph P. Conran, E.D.Mo. # 6455
joe.conran@huschblackwell.com
Omri E. Praiss, E.D.Mo. # 35002
omri.praiss@huschblackwell.com
Greg G. Gutzler, E.D.Mo. # 84923
greg.gutzler@huschblackwell.com
Tamara M. Spicer, E.D.Mo. # 122214
tamara.spicer@huschblackwell.com
Steven M. Berezney, E.D.Mo. # 499707
steve.berezney@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
(314) 480-1500 – telephone
(314) 480-1505 – facsimile

WINSTON & STRAWN LLP
Dan K. Webb
dwebb@winston.com
George C. Lombardi
glombardi@winston.com
Todd J. Ehlman
tehlman@winston.com
James M. Hilmert
jhilmert@winston.com
35 W. Wacker Drive, Suite 4200
Chicago, IL  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

John J. Rosenthal
jrosenthal@winston.com
Matthew A. Campbell
macampbell@winston.com
Jovial Wong
jwong@winston.com
1700 K Street, N.W.
Washington, DC  20006
(202) 282-5000 – telephone
(202) 282-5100 – facsimile

Gail J. Standish
gstandish@winston.com
333 South Grand Avenue
Los Angeles, CA 90071-1543
(213) 615-1700 – telephone
(213) 615-1750 – facsimile

MCDERMOTT WILL & EMERY
Steven G. Spears
sspears@mwe.com
Scott W. Clark
sclark@mwe.com
1000 Louisiana Street, Suite 3900
Houston, TX  77002-5005
(713) 653-1700 – telephone
(713) 739-7592 – facsimile

COVINGTON & BURLING LLP
Kurt G. Calia
kcalia@cov.com
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
(202) 662-6000 – telephone
(202 662-6291 – facsimile

ARNOLD & PORTER LLP
Anthony J. Franze
anthony.franze@aporter.com
555 Twelfth Street, N.W.
Washington, DC  20004
(202) 942-5000 – telephone
(202) 942-5999 – facsimile

*Attorneys for Plaintiff Monsanto Company and Monsanto Technology LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 15th day of October, 2010, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, and was served by operation of that Court's electronic filing system, upon the following:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

*Attorneys for Defendants*

   /s/ Joseph P. Conran   .