# WINSTON & STRAWN LLP

SUITE 718, CHINA WORLD OFFICE 1
1 JIANGUOMENWAI AVENUE
BEIJING 100004, CHINA

214 NORTH TRYON STREET
CHARLOTTE, NORTH CAROLINA 28202-1078

43 RUE DU RHÔNE
1204 GENEVA, SWITZERLAND

GLOUCESTER TOWER
11TH FLOOR
THE LANDMARK
15 QUEEN'S ROAD CENTRAL
HONG KONG, CHINA

99 GRESHAM STREET
LONDON, EC2V 7NG, UK

333 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

+1 (312) 558-5600

FACSIMILE +1 (312) 558-5700

www.winston.com

SUITE A350, 4 STASOVOY STREET
MOSCOW, 119071, RUSSIAN FEDERATION

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

ONE RIVERFRONT PLAZA, SUITE 730
NEWARK, NEW JERSEY 07102-5401

25 AVENUE MARCEAU, CS 31621
75773 PARIS CEDEX 16, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5802

UNITS 3105-3106, SHANGHAI KERRY CENTRE
1515 NANJING ROAD WEST
JINGAN, SHANGHAI 200040, CHINA

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

September 28, 2010

**Via E-Mail**
Thomas F. Fleming
tfleming@kayescholer.com
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Amy J. Mauser
amauser@bsfllp.com
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

Re: *Monsanto Co. vs. E.I. DuPont de Nemours & Co.*, Case No. 09-CIV-0686-ERW (E.D. Mo.)

Dear Amy and Tom:

On August 18, 2010, I wrote regarding Defendants' refusal to produce seeds and pedigree information for Defendants' stacked products, as requested in Monsanto's Second Request for Production of Documents and Things. I received no response to that letter. On September 7, 2010, after a meet-and-confer discussion, John Rosenthal wrote requesting an urgent response on this issue. Again, we received no response. We therefore assume that Defendants intend to stand by their meritless objections and refuse to produce the requested materials. If that is not Defendants' intention, please let me know by close of business **Friday, October 1, 2010**. Otherwise, we intend to seek relief from the Court.

Sincerely,

James M. Hilmert

EXHIBIT E