**KAYE SCHOLER LLP**

Thomas F. Fleming
212.836.7515
tfleming@kayescholer.com

425 Park Avenue
New York, New York 10022-3598
212.836.8000
Fax 212.836.8689
www.kayescholer.com

October 1, 2010

**Via Email**

James M. Hilmert, Esq.
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Re: *Monsanto Co. and Monsanto Technology LLC v. E.I. du Pont de Nemours & Co. and Pioneer Hi-Bred Int'l, Inc.*, Case No. 09-civ-0686-ERW (E.D. Mo.)

Dear James:

This letter responds to your September 28, 2010 letter concerning Defendants' Response to Monsanto's Second Set of Requests for the Production of Documents and Things ("Defendants' Response"). For the record, you have mischaracterized Defendants' Response, but we will not argue further about what is a collateral issue. In fact, as indicated in Defendant's July 26, 2010 Response, we are conferring with our clients regarding the necessary conditions for the production of seed samples (*e.g.*, we are working on terms for an MTA, as is customary in the industry with seed transfer), which Defendants intend to produce as indicated in Defendants' Response, and in accordance with the timetable for production set forth in the Court's Second Amended Case Management Order (Dkt. 350). To the extent that Monsanto continues to seek production relating to activities permitted under the parties' contract (including but not limited to section 3.01(f), or §271(e)1)), such requests continue to be objectionable.

Sincerely,

Thomas F. Fleming

cc: Greg Gutzler (via email)
   Amy Mauser (via email)
   Christopher Hayes (via email)

31933562.DOCX

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

EXHIBIT F