UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>E.I. DUPONT DE NEMOURS AND<br>COMPANY and PIONEER HI-BRED<br>INTERNATIONAL, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4:09-cv-686 ERW<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS DIRECTED TO DEFENDANTS**

Plaintiffs Monsanto Company and Monsanto Technology LLC (collectively "Monsanto"), pursuant to Rule 34 of the Federal Rules of Civil Procedure, serve the following requests for production directed to Defendants, E.I. du Pont de Nemours and Company ("DuPont") and Pioneer Hi-Bred International, Inc. ("Pioneer") (collectively "Defendants"), to be answered within the time and in the manner set forth in said Rules and in accordance with the Definitions and Instructions below.

### DEFINITIONS

1. Monsanto hereby incorporates by reference the Definitions set forth in Plaintiff Monsanto Company's First Set of Requests for Production of Documents Directed to Defendants, dated April 16, 2010.

2. "Viable," with reference to seeds, shall mean seeds that are capable of growing or developing into plants.

1

SLC-6101061-1

## INSTRUCTIONS

1.      Monsanto hereby incorporates by reference the Instructions set forth in Plaintiff Monsanto Company's First Set of Requests for Production of Documents Directed to Defendants, dated April 16, 2010.

2.      The seed samples and biological samples produced pursuant to these requests shall be separately packaged and labeled according to the generation and species corresponding to the samples.

## RELEVANT TIME PERIOD

Unless otherwise stated in the context of a specific request, for all documents and things requested the time period is January 1, 2001 to the present, and shall include all documents which relate, in whole or in part, to the relevant time period, or to events or circumstances during such time period, even though dated, generated, prepared, or received prior or subsequent to that period.

## REQUESTS FOR PRODUCTION

1.      A minimum of 200 viable soybean seeds of your Optimum GAT/40-3-2 stacked soybean product, for each and every generation of soybeans since the generation in which the 40-3-2 event was stacked with Optimum GAT.

2.      A minimum of 200 viable corn seeds of your Optimum GAT/NK603 stacked corn product, for each and every generation of corn since the generation in which the NK603 event was stacked with Optimum GAT.

3. Documents sufficient to show the complete pedigree of each sample of soybean seeds produced pursuant to Request No. 1 above, beginning from the generation in which the 40-3-2 event was stacked with Optimum GAT.

4. Documents sufficient to show the complete pedigree of each sample of corn seeds produced pursuant to Request No. 2 above, beginning from the generation in which the NK603 event was stacked with Optimum GAT.

Dated: June 23, 2010

HUSCH BLACKWELL SANDERS LLP

By: /s/ Steve Wegner

Joseph P. Conran, E.D.Mo. # 6455
joe.conran@huschblackwell.com
Omri E. Praiss, E.D.Mo. # 35002
omri.praiss@huschblackwell.com
Greg G. Gutzler, E.D.Mo. # 84923
greg.gutzler@huschblackwell.com
Tamara M. Spicer, E.D. Mo. # 122214
tamara.spicer@huschblackwell.com
Steven M. Berezney, E.D.Mo. # 499707
steve.berezney@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
(314) 480-1500 – telephone
(314) 480-1505 – facsimile

WINSTON & STRAWN LLP
Dan K. Webb
dwebb@winston.com
Todd J. Ehlman
tehlman@winston.com
35 W. Wacker Drive, Suite 4200
Chicago, IL  60601
(312) 558-5600 – phone
(312) 558-5700 – facsimile

John J. Rosenthal
jrosenthal@winston.com
Matthew Campbell
macampbell@winston.com

1700 K Street, N.W.
Washington, DC 20006
(202) 282-5000 – phone
(202) 282-5100 – facsimile

MCDERMOTT WILL & EMERY
Steven G. Spears
sspears@mwe.com
1000 Louisiana Street Suite 3900
Houston, TX 77002-5005
(713) 653-1700 – telephone
(713) 739-7592 – facsimile

COVINGTON & BURLING LLP
Kurt G. Calia
kcalia@cov.com
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
(202) 662-6000 – telephone
(202 662-6291 – facsimile

ARNOLD & PORTER LLP
Anthony Franze
555 Twelfth Street, N.W.
Washington, DC 20004
Tel.: (202) 942-5000
Fax: (202) 942-5999
Anthony.franze@aporter.com

*Attorneys for Plaintiffs Monsanto Company and Monsanto Technology LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served by via First Class U.S. mail postage prepaid and electronic mail to all attorneys of record as listed below, this 23rd day of June, 2010:

*Monica McCarthy*

Andrew Rothschild
C. David Goerisch
LEWIS, RICE & FINGERSH, L.C.
500 N. Broadway, Suite 2000
St. Louis, MO 63102

James P. Denvir
Amy J. Mauser
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

Thomas F. Fleming
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022-3598

Leora Ben-Ami
Christopher T. Jagoe
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022-3598

Donald L. Flexner
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022

*Attorneys for Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.*