**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MONSANTO COMPANY and | ) | |
| MONSANTO TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:09-CV-00686-ERW |
| | ) | |
| E.I. DUPONT DE NEMOURS AND | ) | |
| COMPANY and PIONEER HI-BRED | ) | |
| INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR LEAVE TO EXTEND PAGE LIMIT**

Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc. (collectively "Defendants") respectfully request the Court for leave to file Defendants' Memorandum in Opposition to Monsanto's First Motion to Compel in excess of the 15 page limit set forth in E.D. Mo. L.R. 4.01(D). In order to address adequately the various issues raised by Monsanto, Defendants seek leave to file a Memorandum in Opposition not in excess of 21 pages.

Dated:  October 27, 2010                    Respectfully submitted,

                                            **LEWIS, RICE & FINGERSH, L.C.**

                                            By:___/s/ C. David Goerisch_____
                                                    Andrew Rothschild, #4214
                                                    C. David Goerisch, #77207
                                            500 N. Broadway, Suite 2000
                                            St. Louis, Missouri  63102
                                            (314) 444-7600
                                            (314) 241-6056 (facsimile)
                                            arothschild@lewisrice.com
                                            dgoerisch@lewisrice.com

                                            Leora Ben-Ami
                                            Thomas F. Fleming
                                            Christopher T. Jagoe
                                            **KAYE SCHOLER LLP**
                                            425 Park Avenue
                                            New York, New York  10022
                                            (212) 836-8000
                                            (212) 836-8689 (facsimile)
                                            lbenami@kayescholer.com
                                            tfleming@kayescholer.com
                                            cjagoe@kayescholer.com

                                            Donald L. Flexner
                                            **BOIES, SCHILLER & FLEXNER LLP**
                                            575 Lexington Avenue, 7th Fl.
                                            New York, New York 10022
                                            (212) 446-2300
                                            (212) 446-2350 (facsimile)
                                            dflexner@bsfllp.com

                                            James P. Denvir
                                            Amy J. Mauser
                                            **BOIES, SCHILLER & FLEXNER LLP**
                                            5301 Wisconsin Avenue, N.W.
                                            Washington, D.C. 20015
                                            202-237-2727
                                            202-237-6131 (facsimile)
                                            jdenvir@bsfllp.com
                                            amauser@bsfllp.com

                                            *Counsel for Defendants E.I. du Pont de Nemours and*
                                            *Company and Pioneer Hi-Bred International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2010, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

- **Steven M. Berezney**
  steve.berezney@huschblackwell.com
- **Kurt G. Calia**
  kcalia@cov.com
- **Matthew A. Campbell**
  macampbell@winston.com
- **Scott W. Clark**
  sclark@mwe.com
- **Joseph P. Conran**
  joe.conran@huschblackwell.com
- **Todd J. Ehlman**
  tehlman@winston.com
- **Anthony J. Franze**
  Anthony.Franze@aporter.com
- **Greg G. Gutzler**
  greg.gutzler@huschblackwell.com
- **James M. Hilmert**
  jhilmert@winston.com
- **George C. Lombardi**
  glombardi@winston.com
- **Kurt A. Mathas**
  kmathas@winston.com
- **Omri E. Praiss**
  omri.praiss@huschblackwell.com
- **John J. Rosenthal**
  jrosenthal@winston.com
- **Rebecca M. Ross**
  rmross@winston.com
- **Mark A. Smith**
  markasmith@winston.com
- **Steven G. Spears**
  sspears@mwe.com,jjknapp@mwe.com
- **Tamara M. Spicer**
  tamara.spicer@huschblackwell.com,jean.melenbrink@huschblackwell.com
- **Gail J. Standish**
  gstandish@winston.com
- **Dan K. Webb**
  dwebb@winston.com

_____/s/ C. David Goerisch_____