IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MONSANTO COMPANY and  MONSANTO TECHNOLOGY LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | |
| E.I. DUPONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC., | ) ) ) ) ) ) | Case No. 4:09-cv-00686-ERW |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR BRIEF EXTENSION OF TIME**

Plaintiffs Monsanto Company and Monsanto Technology LLC (collectively, "Monsanto") respectfully request a brief three-day extension of time to complete its production of documents in this case. The Court's Second Amended Case Management Order (Dkt. # 350) provided that the parties will complete their document productions no later than November 1, 2010. Monsanto has made every reasonable effort to comply with the Court's Order, but requests a brief extension of that deadline for the reasons stated below:

1.  As of Friday, October 29, 2010, Monsanto has produced to Defendants 73,017 documents, consisting of 649,690 pages.

2.  By the close of business today, November 1, 2010, Monsanto will produce 70,636 documents, consisting of 921,533 pages.

3.  Monsanto is also sending by overnight courier from its vendor site in San Francisco another 19,118 documents, consisting of 345,049 pages, which will be hand delivered to Defendants by tomorrow morning.

1

4. Monsanto, however, will not be able to complete its production of estimated 15,000 remaining documents by today.

5. Monsanto's document production has been briefly delayed by technical difficulties experienced by third-party vendors responsible for delivery of the materials to be produced. Those vendors continue experiencing delays in converting the documents to the production format agreed upon by the parties.

6. At this time, Monsanto anticipates completing its remaining production of approximately 15,000 documents by Wednesday, November 3, 2010, although the vendor-related delays may push the end of Monsanto's production to Thursday, November 4, 2010.

7. Monsanto has notified Defendants of these delays, and Defendants are amenable to this brief extension.

WHEREFORE, Monsanto respectfully requests that the Court issue an order extending the deadline for completion of Monsanto's document production of the documents identified in paragraph 6 above to this Thursday, November 4, 2010.

Dated:  November 1, 2010

Respectfully submitted,

HUSCH BLACKWELL LLP


By: /s/ Joseph P. Conran                .
Joseph P. Conran, E.D.Mo. # 6455
joe.conran@huschblackwell.com
Omri E. Praiss, E.D.Mo. # 35002
omri.praiss@huschblackwell.com
Greg G. Gutzler, E.D.Mo. # 84923
greg.gutzler@huschblackwell.com
Tamara M. Spicer, E.D.Mo. # 122214
tamara.spicer@huschblackwell.com
Steven M. Berezney, E.D.Mo. # 499707
steve.berezney@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
(314) 480-1500 – telephone
(314) 480-1505 – facsimile

WINSTON & STRAWN LLP
Dan K. Webb
dwebb@winston.com
George C. Lombardi
glombardi@winston.com
Todd J. Ehlman
tehlman@winston.com
James M. Hilmert
jhilmert@winston.com
35 W. Wacker Drive, Suite 4200
Chicago, IL  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

John J. Rosenthal
jrosenthal@winston.com
Matthew A. Campbell
macampbell@winston.com
Jovial Wong
jwong@winston.com
1700 K Street, N.W.
Washington, DC  20006
(202) 282-5000 – telephone
(202) 282-5100 – facsimile

Gail J. Standish
gstandish@winston.com
333 South Grand Avenue
Los Angeles, CA 90071-1543
(213) 615-1700 – telephone
(213) 615-1750 – facsimile

MCDERMOTT WILL & EMERY
Steven G. Spears
sspears@mwe.com
Scott W. Clark
sclark@mwe.com
1000 Louisiana Street, Suite 3900
Houston, TX  77002-5005
(713) 653-1700 – telephone
(713) 739-7592 – facsimile

COVINGTON & BURLING LLP
Kurt G. Calia
kcalia@cov.com
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
(202) 662-6000 – telephone
(202 662-6291 – facsimile

ARNOLD & PORTER LLP
Anthony J. Franze
anthony.franze@aporter.com
555 Twelfth Street, N.W.
Washington, DC  20004
(202) 942-5000 – telephone
(202) 942-5999 – facsimile

*Attorneys for Plaintiff Monsanto Company and Monsanto Technology LLC*

5

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of November, 2010, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, and was served by operation of that Court's electronic filing system, upon the following:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY  10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015

*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　　　　　　 /s/ Joseph P. Conran          .