UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

**Date** 11/08/10   **Judge** E. Richard Webber   **Case No.** 4:09CV686 ERW
Monsanto Company, et al   v.   E.I. Dupont De Nemours and Company, et al
**Court Reporter** C. Simpson   **Deputy Clerk** K. Hisaw
**Attorneys for Plaintiff(s)** Joseph Conran, Greg Gutzler, George Lombardi, John Rosenthal, Dan Webb
**Attorneys for Defendant(s)** Leora Ben-Ami, James Denvir, III, Thomas Fleming, David Goerisch, Amy Mauser, Andrew Rothschild

**Parties present for** Rule 16 Conference. Parties present. Scheduling discussed. CMO to issue.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that

Pltf. Witness _____   Deft. Witness _____
Pltf. Witness _____   Deft. Witness _____
Pltf. Exhibits: _____
Pltf. Exhibits: _____

Deft. Exhibits: _____
Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced   2:10   p.m.
Proceedings concluded   3:00   p.m.