UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and ) <br> MONSANTO TECHNOLOGY LLC, ) <br>              ) <br>         Plaintiffs, ) <br>              ) <br>         vs. ) <br>              ) <br> E.I. DUPONT DE NEMOURS AND ) <br> COMPANY and ) <br> PIONEER HI-BRED INTERNATIONAL, ) <br> INC., ) <br>              ) <br>         Defendants. ) | Case No. 4:09-cv-00686-ERW <br><br> **REDACTED VERSION** |

## DUPONT & PIONEER'S REQUEST FOR REDACTION OF TRANSCRIPT OF OCTOBER 12, 2010 HEARING

Defendants E.I. DuPont de Nemours and Company and Pioneer Hi-Bred International, Inc. ("DuPont & Pioneer"), by their undersigned counsel of record, hereby request that the Court order the Clerk's Office to redact portions of the transcript from the hearing conducted on Tuesday, October 12, 2010 to be maintained in the public record, and that the original unredacted copy of the transcript (filed as Dckt. # 388) remain under seal.

The redaction of the portions of the transcript identified on the following page is consistent with the Court's Order dated October 15, 2010 (Dkt. No. 375), which was filed under seal by the Court. More specifically, DuPont & Pioneer respectfully suggest that the failure to redact these portions of the transcript ███████████████████████████████████████

███████████████████████████████████████████████████████████████

████████████████████████████████

The portions of the transcript that DuPont & Pioneer request be redacted are:

| Page/Line |
| --- |
| Page 8, lines 3-4 |
| Page 11, lines 11-16 |
| Page 12, lines 16-18 |
| Page 12, lines 24-25 |
| Page 14, lines 3-25 |
| Page 15, lines 1-25 |
| Page 16, lines 1-25 |
| Page 17, lines 1-6 |
| Page 19, lines 3-5 |
| Page 19, lines 11-14 |
| Page 20, line 8-15 |
| Page 21, lines 12-13 |
| Page 23, lines 21-25 |
| Page 24, lines 17-18 |
| Page 29, lines 1-10 |
| Page 37, lines 6-12 |
| Page 37, lines 17-25 |
| Page 38, lines 14-25 |
| Page 39, lines 1-4 |
| Page 39, lines 7-13 |
| Page 39, lines 21-23 |
| Page 40, lines 4-25 |
| Page 41, lines 1-10 |
| Page 41, lines 23-25 |
| Page 42, lines 3-4 |
| Page 42, lines 17-22 |

This request is timely in that Dkt. No. 388 requires redaction requests to be filed by November 10, 2010.

Dated:  November 10, 2010 Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By:      /s/ C. David Goerisch
          Andrew Rothschild, #23145MO
          C. David Goerisch, #48418MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri  63101
(314) 444-7600
(314) 241-6056 (facsimile)
arothschild@lewisrice.com
dgoerisch@lewisrice.com

Leora Ben-Ami
Thomas F. Fleming
Christopher T. Jagoe
Howard S. Suh
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York  10022
(212) 836-8000
(212) 836-8689 (facsimile)
lbenami@kayescholer.com
tfleming@kayescholer.com
cjagoe@kayescholer.com
hsuh@kayescholer.com

Donald L. Flexner
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue, 7th Fl.
New York, New York 10022
(212) 446-2300
(212) 446-2350 (facsimile)
dflexner@bsfllp.com

James P. Denvir
Amy J. Mauser
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
202-237-2727
202-237-6131 (facsimile)
jdenvir@bsfllp.com
amauser@bsfllp.com

*Counsel for Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 10, 2010, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

- **Steven M. Berezney**
steve.berezney@huschblackwell.com
- **Kurt G. Calia**
kcalia@cov.com
- **Matthew A. Campbell**
macampbell@winston.com
- **Scott W. Clark**
sclark@mwe.com
- **Joseph P. Conran**
joe.conran@huschblackwell.com
- **Todd J. Ehlman**
tehlman@winston.com
- **Anthony J. Franze**
Anthony.Franze@aporter.com
- **Greg G. Gutzler**
greg.gutzler@huschblackwell.com
- **James M. Hilmert**
jhilmert@winston.com
- **George C. Lombardi**
glombardi@winston.com
- **Kurt A. Mathas**
kmathas@winston.com
- **Omri E. Praiss**
omri.praiss@huschblackwell.com
- **John J. Rosenthal**
jrosenthal@winston.com
- **Rebecca M. Ross**
rmross@winston.com
- **Mark A. Smith**
markasmith@winston.com
- **Steven G. Spears**
sspears@mwe.com,jjknapp@mwe.com
- **Tamara M. Spicer**
tamara.spicer@huschblackwell.com,jean.melenbrink@huschblackwell.com
- **Gail J. Standish**
gstandish@winston.com
- **Dan K. Webb**
dwebb@winston.com

                /s/ C. David Goerisch