UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>       Plaintiffs,<br>   v.<br><br>E.I. DU PONT DE NEMOURS AND CO. and<br>PIONEER HI-BRED INTERNATIONAL, INC.,<br><br>       Defendants. | Case No.  09-cv-0686 (ERW) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants E.I. du Pont de Nemours and Co. and Pioneer Hi-Bred International, Inc. (collectively, "Defendants") hereby move for a short extension of time to file a Reply in Support of Defendants' Motion to Compel (Dkt. # 389).  Monsanto filed its Memorandum in Opposition to Defendants' Motion to Compel on November 8, 2010 (Dkt. # 417).  Defendants seek leave to file their Reply by no later than Friday, November 19, 2010.  Monsanto does not oppose the requested extension.

| | |
|---|---|
| Dated:  November 16, 2010 | Respectfully submitted, |

**LEWIS RICE FINGERSH, L.C.**

By:   /s/ C. David Goerisch
Andrew Rothschild, #4214
C. David Goerisch, #77207
600 Washington Ave., Suite 2500
St. Louis, Missouri  63101
(314) 444-7600
(314) 241-6056 (facsimile)

Leora Ben-Ami
Thomas F. Fleming
Christopher T. Jagoe
Howard S. Suh
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York  10022
(212) 836-8000
(212) 836-8689 (facsimile)

Donald L. Flexner
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue, 7th Fl.
New York, New York 10022
(212) 446-2300
(212) 446-2350 (facsimile)

James P. Denvir
Amy J. Mauser
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
(202) 237-2727
(202) 237-6131 (facsimile)

*Counsel for Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.*

**CERTIFICATE OF SERVICE**

   I hereby certify that on November 16, 2010, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

- **Steven M. Berezney**
  steve.berezney@huschblackwell.com

- **Kurt G. Calia**
  kcalia@cov.com

- **Matthew A. Campbell**
  macampbell@winston.com

- **Scott W. Clark**
  sclark@mwe.com,knappj@howrey.com

- **Joseph P. Conran**
  joe.conran@huschblackwell.com

- **Todd J. Ehlman**
  tehlman@winston.com

- **Anthony J. Franze**
  Anthony_Franze@aporter.com

- **Greg G. Gutzler**
  greg.gutzler@huschblackwell.com

- **Susan K. Knoll**
  sknoll@mwe.com

- **Omri E. Praiss**
  omri.praiss@huschblackwell.com

- **John J. Rosenthal**
  jrosenthal@winston.com

- **Steven G. Spears**
  sspears@mwe.com,knappj@howrey.com,jordanc@howrey.com

- **Tamara M. Spicer**
  tamara.spicer@husch.com,jean.melenbrink@husch.com

- **Dan K. Webb**
  dwebb@winston.com

                 /s/ C. David Goerisch