IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MONSANTO COMPANY and | ) | |
| MONSANTO TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| E.I. DUPONT DE NEMOURS AND | ) | Case No. 4:09-cv-00686-ERW |
| COMPANY and | ) | |
| PIONEER HI-BRED INTERNATIONAL, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

**MONSANTO'S MOTION TO UNSEAL NOVEMBER 2, 2010
MEMORANDUM AND ORDER ON CLAIM CONSTRUCTION**

Plaintiffs Monsanto Company and Monsanto Technology LLC (collectively "Monsanto") respectfully move the Court for an order unsealing the Court's November 2, 2010 Memorandum and Order on claim construction (the "*Markman* order") (Dkt. 411).

Monsanto respectfully suggests that the *Markman* order does not contain any "Confidential" or "Restricted Confidential" information, as those terms are defined in the Protective Order entered by the Court on June 28, 2010 (Dkt. 238). The *Markman* order is a judicial interpretation of a published patent, which is owned by Monsanto. The Court's interpretation of the scope of Monsanto's patent should be freely accessible to Monsanto's executives and employees, and indeed, to the public at large.

On November 9, 2010, Monsanto's attorney James Hilmert asked Defendants' attorney Thomas Fleming whether Defendants would oppose or consent to Monsanto's motion to unseal the *Markman* order. Monsanto's attorney inquired again during a telephone conversation on November 12, 2010, and again in an email exchange on November 15, 2010. Defendants have

1

failed to provide a substantive response to any of Monsanto's inquiries. Nor have they identified any information in the *Markman* order that they believe is Confidential.

WHEREFORE, plaintiffs Monsanto Company and Monsanto Technology LLC respectfully move the Court for an order unsealing the Court's November 2, 2010 Memorandum and Order on claim construction (Dkt. 411), so that it can be made available to the interested public.

Dated: November 16, 2010

> Respectfully submitted,
>
> HUSCH BLACKWELL LLP
>
>
> By: \_/s/ Joseph P. Conran_____ .
> Joseph P. Conran, E.D.Mo. # 21635MO
> joe.conran@huschblackwell.com
> Omri E. Praiss, E.D.Mo. # 41850MO
> omri.praiss@huschblackwell.com
> Greg G. Gutzler, E.D.Mo. # 48893MO
> greg.gutzler@huschblackwell.com
> Tamara M. Spicer, E.D.Mo. # 54037MO
> tamara.spicer@huschblackwell.com
> Steven M. Berezney, E.D.Mo. # 56091MO
> steve.berezney@huschblackwell.com
> 190 Carondelet Plaza, Suite 600
> St. Louis, MO 63105
> (314) 480-1500 – telephone
> (314) 480-1505 – facsimile

WINSTON & STRAWN LLP
Dan K. Webb
dwebb@winston.com
George C. Lombardi
glombardi@winston.com
Todd J. Ehlman
tehlman@winston.com
James M. Hilmert
jhilmert@winston.com
35 W. Wacker Drive, Suite 4200
Chicago, IL  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

John J. Rosenthal
jrosenthal@winston.com
Matthew A. Campbell
macampbell@winston.com
Jovial Wong
jwong@winston.com
1700 K Street, N.W.
Washington, DC  20006
(202) 282-5000 – telephone
(202) 282-5100 – facsimile

Gail J. Standish
gstandish@winston.com
333 South Grand Avenue
Los Angeles, CA 90071-1543
(213) 615-1700 – telephone
(213) 615-1750 – facsimile

MCDERMOTT WILL & EMERY
Steven G. Spears
sspears@mwe.com
Scott W. Clark
sclark@mwe.com
1000 Louisiana Street, Suite 3900
Houston, TX  77002-5005
(713) 653-1700 – telephone
(713) 739-7592 – facsimile

COVINGTON & BURLING LLP
Kurt G. Calia
kcalia@cov.com
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
(202) 662-6000 – telephone
(202 662-6291 – facsimile

ARNOLD & PORTER LLP
Anthony J. Franze
anthony.franze@aporter.com
555 Twelfth Street, N.W.
Washington, DC  20004
(202) 942-5000 – telephone
(202) 942-5999 – facsimile

*Attorneys for Plaintiff Monsanto Company and Monsanto Technology LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 16th day of November, 2010, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, and was served by operation of that Court's electronic filing system, upon the following:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph P. Conran           .