**COURTROOM MINUTE SHEET**

**CAUSE NO.**   4:09cv686 ERW                         **DATE:** 11/23/2010

**JUDGE:**   E. Richard Webber

**COURT REPORTER:** C. Simspson

**DEPUTY CLERK:** M. Berg

**MONSANTO COMPANY, et al.,**
**vs.**
**E.I. DUPONT DE NEMOURS & COMPANY, et al.,**

Plaintiffs' counsel: Joseph Conran, George Lombard, James Hilmert, John Rosenthal

Defendants' counsel: Leora Ben-Ami, C. David Goerisch, Christopher Jagoe, Thomas Fleming, Andrew Rothschild, Christopher Hayes.

**PARTIES PRESENT FOR** telephone conference on #376 Motion to Compel filed by Monsanto and #389 Motion to Compel filed by E. I Dupont. Counsel heard. Order to follow.

**ATTY(S) PRESENT:**

**COURTROOM TIME:**   9:00 a.m. - 11:50 a.m.