IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MONSANTO COMPANY and | ) | |
| MONSANTO TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| E.I. DUPONT DE NEMOURS AND | ) | Case No. 4:09-cv-00686-ERW |
| COMPANY and | ) | |
| PIONEER HI-BRED INTERNATIONAL, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MONSANTO'S SECOND MOTION TO COMPEL

Plaintiffs Monsanto Company and Monsanto Technology LLC (collectively "Monsanto") respectfully move the Court for an order compelling Defendants to answer interrogatories and produce certain documents in response to Monsanto's discovery requests.

In support of this motion, Monsanto states that this motion is necessary because Defendants have continued to obstruct basic discovery relating to their breach of contract and patent infringement.

- Defendants refuse to answer simple interrogatories asking for the names of the individuals involved with the decision to create the unlawful OGAT/RR stacks.

- They refuse to identify the types, locations, and results of tests that Defendants have performed on the OGAT/RR stack.

- They refuse to provide the identities of any third parties who have received the OGAT/RR stack from Defendants.

- They refuse to answer an interrogatory asking for their sequencing of the DNA inserts in their own infringing products – despite the fact that Monsanto has fully answered a substantively identical interrogatory Defendants asked Monsanto.

- And, they refuse to produce an unredacted copy of a brief Pioneer filed in an Iowa federal court despite having already unequivocally agreed to produce this very brief to Monsanto.

Monsanto incorporates by reference its memorandum in support as if fully stated herein and further states, pursuant to Local Rule 37-3.04, that counsel for the parties have met and conferred on several occasions in good faith attempts to resolve their discovery disputes, including as set forth in the correspondence from Monsanto's counsel to Defendants' counsel dated August 23, 2010 (Ex. C), November 15, 2010 (Ex. D) and November 16, 2010 (Ex. E) requesting Defendants to make full and complete discovery responses, in an email dated November 16, 2010 from Defendants' counsel to Monsanto's counsel (Ex. F) agreeing to discuss the issues raised by Monsanto's counsel, and during a telephone conference on November 19, 2010. Notwithstanding these efforts, counsel have been unable to reach resolution of their disputes.

WHEREFORE, Monsanto respectfully moves the Court for an Order compelling Defendants to fully and completely respond to Interrogatory Nos. 2 and 10 of Monsanto's first set of interrogatories to Defendants and to produce an unredacted copy of Pioneer's Memorandum in Support of its Motion for Partial Summary Judgment in the case of *Pioneer Hi-Bred International, Inc. v. Ottawa Plant Food, Inc.*, No. C 98-4016-MWB (N.D. Iowa), within 10 days of the Court's Order.

Dated: November 23, 2010

Respectfully submitted,

HUSCH BLACKWELL LLP

By: /s/ Joseph P. Conran .
Joseph P. Conran, E.D.Mo. # 6455
joe.conran@huschblackwell.com
Omri E. Praiss, E.D.Mo. # 35002
omri.praiss@huschblackwell.com
Greg G. Gutzler, E.D.Mo. # 84923
greg.gutzler@huschblackwell.com
Tamara M. Spicer, E.D.Mo. # 122214
tamara.spicer@huschblackwell.com
Steven M. Berezney, E.D.Mo. # 499707
steve.berezney@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
(314) 480-1500 – telephone
(314) 480-1505 – facsimile

WINSTON & STRAWN LLP
Dan K. Webb
dwebb@winston.com
George C. Lombardi
glombardi@winston.com
Todd J. Ehlman
tehlman@winston.com
James M. Hilmert
jhilmert@winston.com
35 W. Wacker Drive, Suite 4200
Chicago, IL  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

John J. Rosenthal
jrosenthal@winston.com
Matthew A. Campbell
macampbell@winston.com
Jovial Wong
jwong@winston.com
1700 K Street, N.W.
Washington, DC  20006
(202) 282-5000 – telephone
(202) 282-5100 – facsimile

Gail J. Standish
gstandish@winston.com
333 South Grand Avenue
Los Angeles, CA 90071-1543
(213) 615-1700 – telephone
(213) 615-1750 – facsimile

MCDERMOTT WILL & EMERY
Steven G. Spears
sspears@mwe.com
Scott W. Clark
sclark@mwe.com
1000 Louisiana Street, Suite 3900
Houston, TX  77002-5005
(713) 653-1700 – telephone
(713) 739-7592 – facsimile

COVINGTON & BURLING LLP
Kurt G. Calia
kcalia@cov.com
1201 Pennsylvania Avenue, NW
Washington, DC  20004-2401
(202) 662-6000 – telephone
(202 662-6291 – facsimile

ARNOLD & PORTER LLP
Anthony J. Franze
anthony.franze@aporter.com
555 Twelfth Street, N.W.
Washington, DC  20004
(202) 942-5000 – telephone
(202) 942-5999 – facsimile

*Attorneys for Plaintiff Monsanto Company and Monsanto Technology LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 23rd day of October, 2010, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, and was served by operation of that Court's electronic filing system, upon the following:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY  10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015

*Attorneys for Defendants*

      /s/ Joseph P. Conran      .