# HUSCH BLACKWELL

190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Main: 314.480.1500
Fax: 314.480.1505

November 15, 2010

**Via E-Mail**
Thomas F. Fleming
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Amy J. Mauser
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

Re:   *Monsanto Co. vs. E.I. DuPont de Nemours & Co.*, Case No. 09-CIV-0686-ERW (E.D. Mo.)

Dear Tom and Amy:

In reviewing your document production, we were unable to locate an unredacted copy of Pioneer's memorandum in support of its motion for partial summary judgment filed in the case of <u>Pioneer Hi-Bred Int'l, Inc. v. Ottawa Plant Food, Inc.</u>, in the United States District Court for the Northern District of Iowa, Western Division, Case No. C 98-4016-MWB. Pioneer has already agreed to produce this memorandum. <u>See</u> 09/10/10 Pioneer's Response to Request #5 of Monsanto's Third Request for Production of Documents. Please promptly produce a copy.

In a letter to you dated August 23, 2010, we also discussed in detail your deficient response to Interrogatory #2. You have not corrected any of the deficiencies identified in our letter concerning that interrogatory. Please supplement your response immediately or we will seek relief from the Court. I am available for a call anytime in the next two days. Please call or email to indicate your availability in the next two days.

Sincerely,

*Greg Gutzler/jmw*

Greg G. Gutzler

HUSCH BLACKWELL LLP

SLC-6222706-1

**EXHIBIT D**

**Garner, Jennifer**

**Attachments:** SLC-#6223199-v1-Gutzler_letter_to_Fleming_and_Mauser.PDF

**From:** Gutzler, Greg
**Sent:** Monday, November 15, 2010 10:46 AM
**To:** 'Fleming, Thomas'; 'amauser@BSFLLP.com'; 'Rosenthal, John J.'; 'Standish, Gail J.'
**Cc:** McCarthy, Monica
**Subject:** Discovery letter

Amy and Tom,

Please see the attached.  Additionally, please let me know when you have a few minutes to discuss in the next few days.

Thanks,

Greg

11/15/2010