# HUSCH BLACKWELL

190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Main: 314.480.1500
Fax: 314.480.1505

November 16, 2010

**Via E-Mail**
Thomas F. Fleming
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598

Amy J. Mauser
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

      Re:    *Monsanto Co. vs. E.I. DuPont de Nemours & Co.*, **Case No. 09-CIV-0686-ERW (E.D. Mo.)**

Dear Tom and Amy:

    This letter follows up my letter yesterday. In a letter to you dated August 23, 2010, we also discussed in detail your deficient response to Interrogatory #10. You have not corrected any of the deficiencies identified in our letter concerning that interrogatory. Please supplement your response immediately or we will seek relief from the Court.

    In an email to John Rosenthal that you sent yesterday, you indicated you are available tomorrow morning. I will circulate a dial-in number and we can discuss my two discovery letters to you of this week.

    Thank you.

Sincerely,

*Greg Gutzler* /jm
Greg G. Gutzler

HUSCH BLACKWELL LLP

SLC-6224334-1

**EXHIBIT E**