## McCarthy, Monica

**Subject:** RE: Monsanto Co. v. E.I. DuPont de Nemours & Co.

**From:** Fleming, Thomas [mailto:TFleming@kayescholer.com]
**Sent:** Tuesday, November 16, 2010 3:04 PM
**To:** Gutzler, Greg; 'amauser@bsfllp.com'; Rosenthal, John J.; 'Hilmert, James M.'; 'Standish, Gail J.'
**Cc:** McCarthy, Monica
**Subject:** RE: Monsanto Co. v. E.I. DuPont de Nemours & Co.

Greg:  In my email to John, I indicated that we were willing to discuss deposition scheduling to the extent that we could, to the extent that you want to discuss this letter and your letter from yesterday, Amy and I are available Friday at 3pm.  Let me know if that works for you.

**From:** Gutzler, Greg [mailto:Greg.Gutzler@huschblackwell.com]
**Sent:** Tuesday, November 16, 2010 3:53 PM
**To:** Fleming, Thomas; 'amauser@bsfllp.com'; Rosenthal, John J.; 'Hilmert, James M.'; 'Standish, Gail J.'
**Cc:** McCarthy, Monica
**Subject:** Monsanto Co. v. E.I. DuPont de Nemours & Co.

Amy and Tom,

Please see the attached.  Please let us know what times you are available tomorrow or Thursday to discuss.

Thanks,

Greg

**EXHIBIT F**

11/22/2010