UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and <br> MONSANTO TECHNOLOGY LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> E.I. DUPONT DE NEMOURS AND <br> COMPANY and PIONEER HI-BRED <br> INTERNATIONAL, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:09CV00686 ERW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **MEMORANDUM AND ORDER**

On August 23, 2010, Third-Party Movant Crop Production Services, Inc. ("Movant"), through its attorney John P. Mandler of Faegre & Benson LLP, filed a Notice in this case titled "Third Party Crop Production Services, Inc.'s Objections and Response to Subpoena Dated January 12, 2010" [doc. #323]. It has come to the Court's attention that due to an internal docketing error, Mr. Mandler has received copies of documents that were issued under seal on or after that date. Although Movant acknowledged in its Notice that its participation in this matter is subject to the Court's June 28, 2010 Protective Order [doc. #238], the Court has concluded that in the interest of maintaining the confidentiality of these documents, Movant and Mr. Mandler will be ordered to return to the Court all sealed documents they have received as a result of this error.

Accordingly,

**IT IS HEREBY ORDERED** that Third-Party Movant Crop Production Services, Inc. and its counsel John P. Mandler shall return to the Court all sealed documents from this litigation no later than **December 2, 2010**.

Dated this 29th Day of November, 2010.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE