```
                                                                 1

 1         IN THE UNITED STATES DISTRICT COURT

 2             EASTERN DISTRICT OF MISSOURI

 3                    EASTERN DIVISION

 4    ---------------------------x

 5    MONSANTO COMPANY and         :

 6    MONSANTO TECHNOLOGY LLC,     :

 7             Plaintiffs,         :

 8        vs.                      :     Case No.

 9    E.I. DUPONT DE NEMOURS AND   :  4:09-cv-00686-ERW

10    COMPANY and PIONEER HI-BRED  :

11    INTERNATIONAL, INC.,         :

12             Defendants.         :

13    ---------------------------x

14

15                   August 26, 2010

16                      9:09 a.m.

17

18         Videotaped Deposition of STEVEN E.

19    JACOBSEN, Ph.D., held at the offices of

20    WINSTON & STRAWN LLP, 200 Park Avenue, New York,

21    New York, before Frank J. Bas, a Registered

22    Professional Reporter and Notary Public of the

23    State of New York.

24

25    JOB NO.: 24-184353
```

Jacobsen, Steven (DuPont/Pioneer Markman Expert) Deposition

**EXHIBIT 1**

139

1      A.     That meets which definition?
2      Q.     The clause that says signal a --
3   "actually functions to signal a cellular enzyme
4   to associate with the DNA and to initiate"
5   cellular -- "the cellular process (transcription
6   into mRNA using one of the DNA strands as a
7   template) of making a corresponding,
8   complementary strand of RNA."
9      A.     Okay.  And so then what's the
10  question again?
11     Q.     My question is, if there's
12  transcription, if you see transcription of a DNA
13  sequence, does that mean there is a promoter in
14  the DNA that meets that clause that I just read?
15  That definition you have provided.
16          MR. SUH:  Objection, lacks
17       foundation.
18     A.     I believe that the vast majority of
19  the time that would be yes.
20     Q.     Okay.  Let's turn back to the
21  patent.  In particular, Column 7 at the bottom.
22  Approximately Line 60, the patent states,
23  "Promoters which are known or found to cause
24  transcription of DNA in plant cells can be used
25  in the present invention."

Jacobsen, Steven (DuPont/Pioneer Markman Expert) Deposition

140

1        Do you see that?
2     A.    Yes.
3     Q.    And then there's a reference to
4  certain promoters, the CaMV35A promoter.
5        Do you see that?
6     A.    Yes.
7     Q.    And an FMV35S promoter.
8        Do you see that?
9     A.    Yes.
10    Q.    And they also talk about promoters
11 isolated from plant genes, such as ssRUBISCO
12 genes.  Do you see that?
13    A.    I see those words.
14    Q.    And the maize ubiquitin promoter.
15       Do you see that?
16    A.    Yes.
17    Q.    And there is also a reference to a
18 rice actin promoter.  Correct?
19    A.    Yes.
20    Q.    In your opinion, are all these
21 promoters intended to be covered in the phrase
22 "promoter which functions in plant cells"?
23    A.    Question again, please?
24    Q.    Are all of these promoters that
25 we've identified at the bottom of Column 7 in

Jacobsen, Steven (DuPont/Pioneer Markman Expert) Deposition

141

1  your judgment intended to be included within the
2  claim term that says "promoter which functions
3  in plant cells"?
4       A.    I would say so.  They're all
5  promoters which function in plant cells.
6       Q.    Does the CaMV --
7             MR. HILMERT:  Strike that.
8  BY MR. HILMERT:
9       Q.    The CaMV35A promoter that's listed
10 refers to the cauliflower mosaic virus promoter.
11            Is that right?
12      A.    Actually, it's a mistake.  It should
13 be the CaMV35S promoter.
14      Q.    And you understand that the CaMV35A
15 refers to -- it should be 35S.  Right?
16      A.    I think that's a typo.
17      Q.    Does that refer to the cauliflower
18 mosaic virus?
19      A.    I believe so.
20      Q.    Does the cauliflower mosaic virus
21 35S promoter initiate transcription in all plant
22 cells?
23            MR. SUH:  Objection, vague.
24      A.    I don't believe so.
25      Q.    Can you think of an example plant

142

1   cell that the cauliflower mosaic virus 35S
2   promoter does not initiate transcription in?
3       A.   No.
4       Q.   Does the FMV35S promoter initiate
5   transcription in all plant cells?
6            MR. SUH:   The same objection.
7       A.   I don't know.
8       Q.   Can you think of one, or do you have
9   evidence of a plant cell that the FMV35S
10  promoter does not work in?
11      A.   I don't know.
12      Q.   What about the ssRUBISCO promoter;
13  does that work in all plant cells?
14           MR. SUH:   The same objection.
15      A.   I doubt it.
16      Q.   Does the maize ubiquitin promoter
17  work in all plant cells?
18      A.   Possibly, but I'm not sure.
19      Q.   What about the rice actin promoter;
20  does that work in all plant cells?
21      A.   Possibly, but I'm not sure.
22      Q.   Are you aware of any promoter that a
23  person of ordinary skill in the art in the '90
24  to '94 time frame would expect to work in all
25  plant cells?

Jacobsen, Steven (DuPont/Pioneer Markman Expert) Deposition

143

1        A.    No.
2        Q.    Do you believe that the phrase
3   "promoter which functions in plant cells" that
4   appears in Claim 103 requires that the promoter
5   function in all plant cells?
6        A.    Claim 103 (Pause.)  That's Part A?
7        Q.    Yes.
8        A.    And the question, please?
9        Q.    Do you believe that the phrase
10  "promoter which functions in plant cells" that
11  appears in Claim 103 requires that the promoter
12  function in all plant cells?
13       A.    You mean that a single promoter
14  would function in every single plant cell?
15       Q.    Right.
16       A.    No.
17       Q.    That's not what that means?
18       A.    No.
19       Q.    I want to turn your attention back
20  to your expert report, Paragraph 149.  Two lines
21  from the bottom of Page 39 in Paragraph 149,
22  there's a reference to "the promoter is designed
23  and constructed to actually cause the EPSPS
24  enzyme, defined by the structural DNA sequence,
25  to be produced by a plant cell in a large enough

Jacobsen, Steven (DuPont/Pioneer Markman Expert) Deposition