UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

**Date** 12/21/2010   **Judge** ERW   **Case No.** 4:09cv686-ERW
Monsanto Company et al **vs.** E.I. Dupont De Nemours and Company et al
**Court Reporter** Debbie Kriegshauser   **Deputy Clerk** Kara Scheele

**Attorney(s) for Plaintiff(s)** Joseph Conran, George Lombardi, John Rosenthal
**Attorney(s) for Defendant(s)** Leora Ben-Ami, C. David Goerisch

**Parties present for** telephone conference; The Court orders that the deposition will proceed as scheduled.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that

Pltf. Witness_____   Deft. Witness_____
Pltf. Witness_____   Deft. Witness_____
Pltf. Exhibits:_____
Pltf. Exhibits:_____
Deft. Exhibits:_____
Deft. Exhibits:_____
☐ Exhibits returned to and retained by counsel

Proceedings commenced 10:05 a.m./p.m.  Concluded 10:30 a.m./p.m.