UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MONSANTO COMPANY and | ) | |
| MONSANTO TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 4:09-cv-00686-ERW |
| vs. | ) | |
| | ) | |
| E.I. DU PONT DE NEMOURS AND | ) | |
| COMPANY and | ) | |
| PIONEER HI-BRED INTERNATIONAL, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE**
**TO FILE A BRIEF IN EXCESS OF FIFTEEN PAGES**

Plaintiffs, Monsanto Company and Monsanto Technology LLC (collectively "Monsanto"), respectfully request leave of Court allowing Monsanto to file Monsanto's Opposition to Defendants' Second Motion to Compel, consisting of 19 pages.

In support of this motion, Monsanto states that this is a complex case in which Defendants' memorandum in support of its motion consists of 30 pages, seeking to compel Monsanto to produce several categories of documents. The extra pages of Monsanto's opposition are required to adequately address the issues raised in Defendants' motion to compel and supporting memorandum.

Dated: January 4, 2011

1

Respectfully submitted,

HUSCH BLACKWELL LLP

By: __/s/ Joseph P. Conran_____.
Joseph P. Conran, E.D.Mo. # 21635MO
joe.conran@huschblackwell.com
Omri E. Praiss, E.D.Mo. # 41850MO
omri.praiss@huschblackwell.com
Greg G. Gutzler, E.D.Mo. # 48893MO
greg.gutzler@huschblackwell.com
Tamara M. Spicer, E.D.Mo. # 54037MO
tamara.spicer@huschblackwell.com
Steven M. Berezney, E.D.Mo. # 56091MO
steve.berezney@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
(314) 480-1500 – telephone
(314) 480-1505 – facsimile

WINSTON & STRAWN LLP
Dan K. Webb
dwebb@winston.com
George C. Lombardi
glombardi@winston.com
Todd J. Ehlman
tehlman@winston.com
James M. Hilmert
jhilmert@winston.com
35 W. Wacker Drive, Suite 4200
Chicago, IL  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

John J. Rosenthal
jrosenthal@winston.com
Matthew A. Campbell
macampbell@winston.com
Jovial Wong
jwong@winston.com
1700 K Street, N.W.
Washington, DC  20006
(202) 282-5000 – telephone
(202) 282-5100 – facsimile

        Gail J. Standish
        gstandish@winston.com
        333 South Grand Avenue
        Los Angeles, CA 90071-1543
        (213) 615-1700 – telephone
        (213) 615-1750 – facsimile

        MCDERMOTT WILL & EMERY
        Steven G. Spears
        sspears@mwe.com
        Scott W. Clark
        sclark@mwe.com
        1000 Louisiana Street, Suite 3900
        Houston, TX  77002-5005
        (713) 653-1700 – telephone
        (713) 739-7592 – facsimile

        *Attorneys for Plaintiff Monsanto Company and*
        *Monsanto Technology LLC*

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that on the 4th day of January, 2011, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, and was served by operation of that Court's electronic filing system, upon the following:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY  10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015

*Attorneys for Defendants*

       /s/ Joseph P. Conran