RECEIVED
JAN 06 2011
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| E.I. DUPONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC., | ) ) ) ) ) |
| Defendants. | ) |

Case No. 4:09-cv-00686-ERW

### VERIFIED MOTION OF STEPHEN R. SMEREK
### FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Stephen R. Smerek, respectfully move this Court to be admitted pro hac vice to the bar of this Court for the purpose of representing plaintiffs Monsanto Company and Monsanto Technology LLC in this matter. In support of this motion, I submit the following information as required by Local Rule 83-12.01(E):

(a) Full name of the movant-attorney: Stephen R. Smerek.

(b) Address, telephone number and fax number of the movant-attorney: 333 South Grand Avenue, Los Angeles, California 90071, (213) 615-1700 – telephone, (213) 615-1750 – facsimile.

(c) Name of the firm or letterhead under which the movant practices: Winston & Strawn LLP.

R 18960

(d)     Name of the law school(s) movant attended and the date(s) of graduation therefrom: Boston University, J.D., 1993.

(e)     Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any:

State of Massachusetts; admitted 1994; Bar # 566462

State of California; admitted 2000; Bar # 208343

United States District Court for the District of Massachusetts; admitted 08/04/1995

United States District Court for the Central District of California; admitted 10/06/2000

United States District Court for the Eastern District of California; admitted 09/12/2005

United States District Court for the Southern District of California; admitted 12/08/2004

United States Court of Appeals for the First Circuit; admitted 02/14/2000

United States Court of Appeals for the Third Circuit; admitted 05/02/2007

United States Court of Appeals for the Ninth Circuit; admitted 12/09/2004

(f)     I am a member in good standing of all bars of which I am a member; I am not under suspension or disbarment from any bar; and I have attached to this motion a certificate of good standing in the bar of the jurisdiction I which I reside or am regular employed as an attorney.

(g)     I do not reside in the Eastern District of Missouri, am not regularly employed in this district, and am not regularly engaged in the practice of law in this district.

WHEREFORE, movant Stephen R. Smerek attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that movant be admitted pro hac vice to the bar of the Court to appear in the instant matter.

WINSTON & STRAWN LLP

By: _____
Stephen R. Smerek, CA Bar # 208343
333 South Grand Avenue
Los Angeles, CA 90071-1543
(213) 615-1700 – telephone
(213) 615-1750 – facsimile

*Attorneys for Plaintiffs Monsanto Company and Monsanto Technology LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the Clerk of Court in paper form and served by mailing the same, first class mail, postage prepaid, to all attorneys of record as indicated, this 6th day of January, 2011:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

*Attorneys for Defendants*

/s/ Jennifer A. Garner

# United States District Court

## Central District of California

**CERTIFICATE OF GOOD STANDING**

I, TERRY NAFISI, Clerk of this Court, certify that

Stephen R. Smerek, Bar Number 208343

duly admitted to practice in this Court on      October 6, 2000

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on      January 6, 2011
         *DATE*

TERRY NAFISI
District Court Executive, Clerk of Court

By  *Linda Rayford*
Linda Rayford, Deputy Clerk

1177

G-52 (09/08)(Rev. AO 136)        CERTIFICATE OF GOOD STANDING - MEMBER OF BAR