UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MONSANTO COMPANY et al.
　　　　Plaintiff(s),

vs.   Case No. 4:09-cv-000686-ERW

E. I. DU PONT DE NEMOURS AND CO. et al.
　　　　Defendant(s).

**DESIGNATION OF NEUTRAL BY PARTIES
AND
ADR CONFERENCE REPORT**

Pursuant to the Court's Order Referring Case to ADR for **mediation/early neutral evaluation,** dated December 7, 2010 the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral: Eric D. Green

Firm Name and Address:
Resolutions, LLC
222 Berkeley Street, Suite 1060
Boston, MA 02116

Telephone & FAX Number: 617-556-0800 telephone; 617-556-9900 facsimile

**The attorneys of record in this case are:**

Name of Lead Counsel: Joseph P. Conran

Firm Name and Address:
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

Telephone & FAX Number: 314-480-1500 telephone; 314-480-1505 facsimile

Name of Other Counsel: Andrew Rothschild / C. David Goerisch

Firm Name and Address:     Lewis, Rice & Fingersh, L.C.
                           600 Washington Avenue, Suite 2500
                           St. Louis, MO 63101

Telephone & FAX Number:    314-444-7600 telephone; 314-241-6056 facsimile

**The completion deadline for this ADR referral is**  March 7, 2011

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference:   To be Determined - Parties Are Finalizing                    20_____

Time of Conference:   To be Determined - Parties Are Finalizing                    a/p.m.

Location of Conference (Check One):

☐ Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒ Other Location:   To be Determined - Parties Are Finalizing

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

January 14, 2011                          /s/ Joseph P. Conran
Date                                      Counsel for Plaintiffs

                                          Signature of Plaintiff(s)

                                          /s/ C. David Goerisch

                                          Counsel for Defendants

                                          Signature of Defendant(s)