**EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MONSANTO COMPANY, et al., | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No.  4:09CV00686 ERW |
| E.I. DUPONT DE NEMOURS AND COMPANY, et al., | ) |
| Defendant(s). | ) |

**NOTICE OF APPOINTMENT OF NEUTRAL**

Upon selection by parties, pursuant to the procedures outlined in E.D.Mo. L.R. 6.03, the Clerk of the court hereby notifies ERIC D. GREEN, Resolution LLC, 222 Berkeley Street, Ste. 1060, Boston, MA 02116 that s/he has been appointed to serve as Neutral in the above-styled action to conduct **mediation.**

This appointment shall remain effective until the Neutral notifies the Court in writing that the referral has been concluded.

The Attorneys of Record in this case are:

Lead Counsel:    Joseph P. Conran (for pla)
                 190 Carondelet Plaza
                 Suite 600
                 St. Louis, MO  63105
                 314-480-1500

Other Counsel:   Andrew Rothschild (for dft)
                 600 Washington
                 Suite 2500
                 St. Louis, MO  63101

314-444-7603

**The completion deadline for this ADR referral is <u>March 7, 2011</u>.  The neutral shall file an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might exist which would require disqualification pursuant to 28 U.S.C. § 455.

| | |
|---|---|
| <u>February 3, 2011</u> | *James G. Woodward* |
| Date | Clerk of the Court |
| | By:   /s/ Laura S. Dreon |
| | LAURA DREON |
| | Deputy Clerk |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY, et al., | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | )   Case No.   4:09CV00686 ERW |
| | ) |
| E.I. DUPONT DE NEMOURS AND COMPANY, et al., | ) |
| | ) |
| Defendant(s). | ) |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:
_____

**Option 1**

☐      An ADR conference has been held.  The neutral elects to extend the deadline for completing ADR for _____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement.  Revised completion deadline: _____.  *Such an election by the neutral is permitted once during the span of a mediation in a single case.  All other extensions require court approval.*

_____

**Option 2**

☐      A final ADR conference was held on: _____.

☐      All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

☐      The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:
_____.

The ADR referral was concluded on _____.  The parties [☐ did  ☐ did not] achieve a settlement.  *Check one*

_____

**Option 3**

☐      Although this case was referred to ADR,  a conference WAS NOT HELD.
_____

Date _____          Neutral _____
                                                                               ERIC D. GREEN
                                                                               Signature