UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MONSANTO COMPANY and )
MONSANTO TECHNOLOGY LLC, )
                                     )
        Plaintiffs, )
                                     )
     vs. )    Case No. 4:09-CV-00686-ERW
                                     )
E.I. DUPONT DE NEMOURS AND )
COMPANY and PIONEER HI-BRED )
INTERNATIONAL, INC., )
                                     )
        Defendants. )

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, PETER B.SILVERMAN, move to be admitted pro hac vice to the bar of this court for the purpose of representing E.I. Du Pont de Nemours and Company ("DuPont") and Pioneer Hi-Bred International, Inc. ("Pioneer") in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) PETER B. SILVERMAN;

(b) 425 Park Avenue, New York, NY 10022, telephone number (212) 836-8027 and fax number is (212) 836-6291;

(c) Kaye Scholer LLP;

(d) PETER B. SILVERMAN attended Fordham University School of Law and graduated therefrom in 2005;

(e) PETER B. SILVERMAN was admitted to the New York State Bar in 2007, registration no.4501086, the New York State 1st Department in 2007;

(f) PETER B. SILVERMAN is a member in good standing of all bars of which he is a member; PETER B. SILVERMAN is not under suspension or disbarment from any bar; a certificate of good standing has been requested from the New York State Bar and will be provided to the Court as soon as it is available; and

(g) PETER B. SILVERMAN does not reside in the eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

PETER B. SILVERMAN attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that he be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
PETER B. SILVERMAN

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2011, the foregoing document was delivered to the Clerk of Court for filing and transmittal of a Notice of Electronic Filing, and I sent a copy of the foregoing document via electronic mail to the following ECF registrants:

- **Steven M. Berezney**
  steve.berezney@huschblackwell.com
- **Kurt G. Calia**
  kcalia@cov.com
- **Matthew A. Campbell**
  macampbell@winston.com
- **Scott W. Clark**
  sclark@mwe.com,knappj@howrey.com
- **Joseph P. Conran**
  joe.conran@huschblackwell.com
- **Todd J. Ehlman**
  tehlman@winston.com
- **Anthony J. Franze**
  Anthony_Franze@aporter.com
- **Greg G. Gutzler**
  greg.gutzler@huschblackwell.com
- **Omri E. Praiss**
  omri.praiss@huschblackwell.com
- **John J. Rosenthal**
  jrosenthal@winston.com
- **Steven G. Spears**
  sspears@mwe.com,knappj@howrey.com,jordanc@howrey.com
- **Tamara M. Spicer**
  tamara.spicer@husch.com,jean.melenbrink@husch.com
- **Dan K. Webb**
  dwebb@winston.com

/s/ C. David Goerisch

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## PETER B. SILVERMAN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **April 17, 2007,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

February 1, 2011

Clerk of the Court

6282

# LEWIS RICE

### FINGERSH

Attorneys at Law

C. David Goerisch
dgoerisch@lewisrice.com
314.444.7710 *(direct)*
314.612.7710 *(fax)*

600 Washington Avenue
Suite 2500
St. Louis, Missouri 63101

www.lewisrice.com

February 3, 2011

Clerk
United States District Court
Eastern District of Missouri
111 S. 10th Street
St. Louis, Missouri 63102

      Re:    **Monsanto Company, et al. vs. E.I. DuPont de Nemours and Company, et al.
United States District Court
Eastern District of Missouri
Case No. 4:09-CV-00686-ERW**

Dear Sir or Madam:

On January 31, 2011, we filed the enclosed Verified Motion for Admission Pro Hac Vice on behalf of Peter Silverman. At the time of the filing, we did not have the required Certificate of Good Standing to file with the Verified Motion.

We have received the Certificate of Good Standing for Mr. Silverman, are enclosing same, and asking that the Certificate of Good Standing be included in the Verified Motion for Pro Hac Vice package, and that the completed Verified Motion package be filed with the Court.

If you have any questions or require anything further, please do not hesitate to call.

Very truly yours,

C. David Goerisch

CDG/ldj

Enclosures

*Established* 1909