UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and ) | |
| MONSANTO TECHNOLOGY LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:09-cv-00686-ERW |
| vs. ) | |
| ) | |
| E.I. DU PONT DE NEMOURS AND ) | |
| COMPANY and ) | |
| PIONEER HI-BRED INTERNATIONAL, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO FILE MONSANTO'S STATEMENT REGARDING THE ESI STIPULATION AND CERTAIN ATTACHMENTS UNDER SEAL

Plaintiffs, Monsanto Company and Monsanto Technology LLC (collectively "Monsanto"), respectfully move the Court for an order allowing Monsanto to file Monsanto's Response to Defendants' Memorandum Regarding the ESI Stipulation ("Monsanto's Response"), consisting of 17 pages, and for leave to file a complete, unredacted copy of Monsanto's Response and certain attachments, under seal. As grounds for this relief, Monsanto states:

1. During the previous hearing on Defendants' Second Motion to Compel, the court requested the parties to file supplemental briefs regarding the parties' positions with respect to the ESI Stipulation. The extra pages in Monsanto's Response are required to adequately address the issues raised in Defendants' Memorandum Regarding the ESI Stipulation.

2. This Court has previously allowed the parties to file various unredacted pleadings and confidential documents under seal. *See, e.g.*, Docket Text Orders entered May 20, 2009 and

1

June 17, 2009.  Further, the protective order entered herein provides for the filing of confidential information and documents under seal.

3. Portions of Monsanto's Response quote from or paraphrase hearing transcripts which have been filed under seal, from deposition testimony that is designated Restricted Confidential under the protective order, or are documents designated Restricted Confidential. Therefore, the unredacted version of Monsanto's Response, and those attachments, should be sealed.  Monsanto will also filed a redacted copy of Monsanto's Statement in the public record.

WHEREFORE, Monsanto respectfully requests the Court enter an order allowing Monsanto to file Monsanto's Response to Defendants' Memorandum Regarding the ESI Stipulation ("Monsanto's Response"), consisting of 17 pages, and for leave to file a complete, unredacted copy of Monsanto's Statement, and certain attachments, under seal.

Dated:  February 9, 2011

Respectfully submitted,

HUSCH BLACKWELL LLP

By: \_/s/ Joseph P. Conran_____ .
Joseph P. Conran, E.D.Mo. # 21635MO
joe.conran@huschblackwell.com
Omri E. Praiss, E.D.Mo. # 41850MO
omri.praiss@huschblackwell.com
Greg G. Gutzler, E.D.Mo. # 48893MO
greg.gutzler@huschblackwell.com
Tamara M. Spicer, E.D.Mo. # 54037MO
tamara.spicer@huschblackwell.com
Steven M. Berezney, E.D.Mo. # 56091MO
steve.berezney@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
(314) 480-1500 – telephone
(314) 480-1505 – facsimile

WINSTON & STRAWN LLP
Dan K. Webb
dwebb@winston.com
George C. Lombardi
glombardi@winston.com
Todd J. Ehlman
tehlman@winston.com
James M. Hilmert
jhilmert@winston.com
35 W. Wacker Drive, Suite 4200
Chicago, IL  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

John J. Rosenthal
jrosenthal@winston.com
Matthew A. Campbell
macampbell@winston.com
Jovial Wong
jwong@winston.com
1700 K Street, N.W.
Washington, DC  20006
(202) 282-5000 – telephone
(202) 282-5100 – facsimile

Gail J. Standish
gstandish@winston.com
333 South Grand Avenue
Los Angeles, CA 90071-1543
(213) 615-1700 – telephone
(213) 615-1750 – facsimile

MCDERMOTT WILL & EMERY
Steven G. Spears
sspears@mwe.com
Scott W. Clark
sclark@mwe.com
1000 Louisiana Street, Suite 3900
Houston, TX  77002-5005
(713) 653-1700 – telephone
(713) 739-7592 – facsimile

*Attorneys for Plaintiff Monsanto Company and Monsanto Technology LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 9th day of February, 2011, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, and was served by operation of that Court's electronic filing system, upon the following:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY  10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015

*Attorneys for Defendants*

  /s/ Joseph P. Conran    .