COURTROOM MINUTE SHEET

CAUSE NO. 4:09 CV 686 ERW          DATE: 2/11/2011

JUDGE: Webber

COURT REPORTER: D. Kriegshauser

DEPUTY CLERK: mgk

Monsanto Company et al.
                                vs.
E.I. Dupont

ATTY(S) FOR PLTF(S): Joseph Conran, Greg Gutzler, James Hilmert, George Lombardi, and John Rosenthal

ATTY(S) FOR DEFT(S): Cynthia Christian, Thomas Fleming, C. David Goerisch, Andrew Rothschild, and Peter Silverman.

PARTIES PRESENT FOR Motion Hrg. RE: Defendant's Second Motion to Compel [493]. Arguments heard. Court takes matter under submission.

ATTY(S) PRESENT: _____

COURTROOM TIME: 8:58 - 1:04