**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MONSANTO COMPANY and ) | |
| MONSANTO TECHNOLOGY LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| E.I. DU PONT DE NEMOURS AND ) | Case No.  4:09-cv-686 ERW |
| COMPANY and ) | |
| ) | |
| PIONEER HI-BRED INTERNATIONAL, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

To: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that Rebecca M. Ross hereby withdraws as counsel for Plaintiffs Monsanto Company and Monsanto Technology LLC (collectively "Monsanto") in the above styled cause.  Effective February 18, 2011, Ms. Ross will no longer be affiliated with Winston & Strawn LLP.  Monsanto will continue to be represented in this action by the counsel listed below.

Dated:  February 16, 2011

HUSCH BLACKWELL LLP

By: /s/ Joseph P. Conran .
Joseph P. Conran, E.D.Mo. # 21635MO
joe.conran@huschblackwell.com
Omri E. Praiss, E.D.Mo. # 41850MO
omri.praiss@huschblackwell.com
Greg G. Gutzler, E.D.Mo. # 48893MO
greg.gutzler@huschblackwell.com
Tamara M. Spicer, E.D.Mo. # 54037MO
tamara.spicer@huschblackwell.com
Steven M. Berezney, E.D.Mo. # 56091MO
steve.berezney@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500 – telephone
(314) 480-1505 – facsimile

WINSTON & STRAWN LLP
Dan K. Webb
dwebb@winston.com
George C. Lombardi
glombardi@winston.com
Todd J. Ehlman
tehlman@winston.com
James M. Hilmert
jhilmert@winston.com
35 W. Wacker Drive, Suite 4200
Chicago, IL 60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

John J. Rosenthal
jrosenthal@winston.com
Matthew A. Campbell
macampbell@winston.com
Jovial Wong
jwong@winston.com
1700 K Street, N.W.
Washington, DC 20006
(202) 282-5000 – telephone
(202) 282-5100 – facsimile

> Gail J. Standish
> gstandish@winston.com
> 333 South Grand Avenue
> Los Angeles, CA 90071-1543
> (213) 615-1700 – telephone
> (213) 615-1750 – facsimile
>
> MCDERMOTT WILL & EMERY
> Steven G. Spears
> sspears@mwe.com
> Scott W. Clark
> sclark@mwe.com
> 1000 Louisiana Street, Suite 3900
> Houston, TX 77002-5005
> (713) 653-1700 – telephone
> (713) 739-7592 – facsimile
>
> *Attorneys for Plaintiff Monsanto Company and Monsanto Technology LLCS*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 16th day of February, 2011, the foregoing was filed electronically with the Clerk of the Court for the United States District Court Eastern District of Missouri, Eastern Division, and was served by operation of that Court's electronic filing system, upon the following:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
500 N. Broadway, Suite 2000
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Donald L. Flexner, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY  10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015

*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　　　　　　　　  /s/ Joseph P. Conran                  .