# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>           Plaintiffs,<br><br>     v.<br><br>E.I. DU PONT DE NEMOURS AND CO. and<br>PIONEER HI-BRED INTERNATIONAL, INC.,<br><br>           Defendants. | Case No.  09-cv-0686 (ERW) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants E.I. du Pont de Nemours and Co. and Pioneer Hi-Bred International, Inc. (collectively, "Defendants") hereby move for an extension of time to file a Reply Memorandum in Support of their Third Motion to Compel (Dkt. # 543).  Monsanto filed its Response to Defendants' Third Motion to Compel on Wednesday, February 23, 2011 (Dkt. # 625), and Defendants' Reply is currently due on Monday, March 7, 2011.  Defendants seek leave to file their Reply by no later than Friday, March 11, 2011, an extension of four days.  Monsanto does not oppose the requested extension.

Dated:  February 25, 2011

Respectfully submitted,

**LEWIS RICE FINGERSH, L.C.**

By: /s/ C. David Goerisch
Andrew Rothschild, #4214
C. David Goerisch, #77207
600 Washington Ave., Suite 2500
St. Louis, Missouri  63101
(314) 444-7600
(314) 241-6056 (facsimile)

Leora Ben-Ami
Thomas F. Fleming
Christopher T. Jagoe
Howard S. Suh
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York  10022
(212) 836-8000
(212) 836-8689 (facsimile)

Donald L. Flexner
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue, 7th Fl.
New York, New York 10022
(212) 446-2300
(212) 446-2350 (facsimile)

James P. Denvir
Amy J. Mauser
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
(202) 237-2727
(202) 237-6131 (facsimile)

*Counsel for Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2011, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

- **Steven M. Berezney**
  steve.berezney@huschblackwell.com

- **Kurt G. Calia**
  kcalia@cov.com

- **Matthew A. Campbell**
  macampbell@winston.com

- **Scott W. Clark**
  sclark@mwe.com

- **Joseph P. Conran**
  joe.conran@huschblackwell.com

- **Todd J. Ehlman**
  tehlman@winston.com

- **Anthony J. Franze**
  Anthony.Franze@aporter.com

- **Greg G. Gutzler**
  greg.gutzler@huschblackwell.com

- **James M. Hilmert**
  jhilmert@winston.com

- **George C. Lombardi**
  glombardi@winston.com

- **Kurt A. Mathas**
  kmathas@winston.com

- **Eric J. Mersmann**
  emersmann@winston.com

- **Omri E. Praiss**
  omri.praiss@huschblackwell.com

- **John J. Rosenthal**
  jrosenthal@winston.com

- **Stephen R. Smerek**
  ssmerek@winston.com

- **Mark A. Smith**
  markasmith@winston.com

- **Steven G. Spears**
  sspears@mwe.com

- **Tamara M. Spicer**
  tamara.spicer@huschblackwell.com

- **Gail J. Standish**
  gstandish@winston.com

- **Dan K. Webb**
  dwebb@winston.com

- **Jovial Wong**
  jwong@winston.com

                                                 /s/ C. David Goerisch