**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | |
| E.I. DUPONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC., ) ) ) ) ) | Case No. 4:09-cv-00686-ERW |
| Defendants. ) | |

**JOINT MOTION TO AMEND PARAGRAPHS I.1, I.3, AND I.5 OF THE COURT'S
THIRD AMENDED CASE MANAGEMENT ORDER – PATENT**

Pursuant to the agreement of the parties, Defendants E.I. DuPont de Nemours and Co. and Pioneer Hi-Bred International, Inc. and Plaintiffs Monsanto Company and Monsanto Technology LLC hereby respectfully request that the Court amend Paragraphs I.1, I.3, and I.5 of the Court's Third Amended Case Management Order – Patent (Dkt. # 414) as follows:

| | **Present Deadline** | **New Stipulated Deadline** |
|---|---|---|
| Close of Fact Discovery | February 7, 2011 | March 24, 2011 |
| Disclose Opening Experts and Provide Opening Expert Reports | March 2, 2011 | April 11, 2011 |
| Disclose Rebuttal Experts and Provide Rebuttal Expert Reports | March 23, 2011 | May 2, 2011 |
| Complete Expert Depositions | April 22, 2011 | June 1, 2011 |
| Deadline for Filing Dispositive Motions | May 6, 2011 | June 15, 2011 |

The Parties request to extend the Close of Fact Discovery solely for the purpose of completing the depositions noticed before the original Close of Fact Discovery, and completing the discovery as may be ordered by the Court due to motions to compel. The extension shall not expand the scope of discovery, and, accordingly, neither Party shall be permitted as a result of

this stipulated extension to proceed with any depositions or written discovery first noticed or served after February 7, 2011, unless otherwise agreed to by the parties or ordered by the Court.

All other dates set forth in the Court's Third Amended Case Management Order remain as set forth therein.

Respectfully submitted this 1st day of March, 2011.

| **HUSCH BLACKWELL SANDERS, LLP** | **LEWIS RICE FINGERSH, L.C.** |
|---|---|
| By:  /s/ Greg G. Gutzler     (signed by filing counsel with permission) Joseph P. Conran, #21635MO Omri E. Praiss, #41850MO Greg G. Gutzler, #48893MO Tamara M. Spicer, #54037MO 190 Carondelet Plaza, Suite 600 St. Louis, MO 63105-3441 | By:  /s/ C. David Goerisch   Andrew Rothschild, #23145MO C. David Goerisch, #48418MO 600 Washington Avenue, Suite 2500 St. Louis, Missouri  63101 |
| Dan K. Webb George C. Lombardi Todd J. Ehlman James M. Hilmert **WINSTON & STRAWN LLP** 35 W. Wacker Drive, Suite 4200 Chicago, IL  60601 | Leora Ben-Ami Thomas F. Fleming Christopher T. Jagoe Howard S. Suh **KAYE SCHOLER LLP** 425 Park Avenue New York, New York  10022 |
| John J. Rosenthal Matthew A. Campbell Jovial Wong **WINSTON & STRAWN LLP** 1700 K Street, N.W. Washington, DC  20006 | Donald L. Flexner **BOIES, SCHILLER & FLEXNER LLP** 575 Lexington Avenue, 7th Fl. New York, New York 10022 |
| Steven G. Spears Scott W. Clark **McDERMOTT WILL & EMERY** 1000 Louisiana Street, Suite 3900 Houston, TX  77002-5005 | James P. Denvir Amy J. Mauser **BOIES, SCHILLER & FLEXNER LLP** 5301 Wisconsin Avenue, N.W. Washington, D.C. 20015 |
| *Counsel for Plaintiffs Monsanto Company and Monsanto Technology LLC* | *Counsel for Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.* |