UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MONSANTO COMPANY and
MONSANTO TECHNOLOGY LLC,

                       Plaintiffs,

       v.

E.I. DU PONT DE NEMOURS AND CO. and
PIONEER HI-BRED INTERNATIONAL, INC.,

                       Defendants.

Case No.  09-cv-0686 (ERW)

## UNOPPOSED MOTION FOR EXTENSION OF TIME

      Defendants E.I. du Pont de Nemours and Co. and Pioneer Hi-Bred International, Inc. (collectively, "Defendants") hereby move for a short additional extension of time to file their Responses to:  (a) Monsanto's Motion to Compel Production of Recalled Documents (Dkt. # 591); and (b) Monsanto's Fourth Motion to Compel (Dkt. # 596).  Defendants' Responses are currently due on Friday, March 4, 2011.  Defendants seek leave to file their Responses to these Motions by no later than Monday, March 7, 2011.  Monsanto does not oppose the requested extensions.

Dated:  March 3, 2011                  Respectfully submitted,

**LEWIS RICE FINGERSH, L.C.**

By:   /s/ C. David Goerisch
Andrew Rothschild, #4214
C. David Goerisch, #77207
600 Washington Ave., Suite 2500
St. Louis, Missouri  63101
(314) 444-7600
(314) 241-6056 (facsimile)

Leora Ben-Ami
Thomas F. Fleming
Christopher T. Jagoe
Howard S. Suh
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York  10022
(212) 836-8000
(212) 836-8689 (facsimile)

Donald L. Flexner
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue, 7th Fl.
New York, New York 10022
(212) 446-2300
(212) 446-2350 (facsimile)

James P. Denvir
Amy J. Mauser
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
(202) 237-2727
(202) 237-6131 (facsimile)

*Counsel for Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2011, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

- **Steven M. Berezney**
  steve.berezney@huschblackwell.com

- **Kurt G. Calia**
  kcalia@cov.com

- **Matthew A. Campbell**
  macampbell@winston.com

- **Scott W. Clark**
  sclark@mwe.com

- **Joseph P. Conran**
  joe.conran@huschblackwell.com

- **Todd J. Ehlman**
  tehlman@winston.com

- **Anthony J. Franze**
  Anthony.Franze@aporter.com

- **Greg G. Gutzler**
  greg.gutzler@huschblackwell.com

- **James M. Hilmert**
  jhilmert@winston.com

- **George C. Lombardi**
  glombardi@winston.com

- **Kurt A. Mathas**
  kmathas@winston.com

- **Eric J. Mersmann**
  emersmann@winston.com

- **Omri E. Praiss**
  omri.praiss@huschblackwell.com

- **John J. Rosenthal**
  jrosenthal@winston.com

- **Stephen R. Smerek**
  ssmerek@winston.com

- **Mark A. Smith**
  markasmith@winston.com

- **Steven G. Spears**
  sspears@mwe.com

- **Tamara M. Spicer**
  tamara.spicer@huschblackwell.com

- **Gail J. Standish**
  gstandish@winston.com

- **Dan K. Webb**
  dwebb@winston.com

- **Jovial Wong**
  jwong@winston.com

                                        /s/ C. David Goerisch

4