IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | |
| E.I. DUPONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC., | ) ) ) ) ) | Case No. 4:09-cv-00686-ERW |
| Defendants. | ) | |

**MONSANTO'S FIFTH MOTION TO COMPEL**

Plaintiffs Monsanto Company and Monsanto Technology LLC (collectively "Monsanto") respectfully move the Court for an order compelling Defendants, E.I. du Pont de Nemours and Company ("DuPont") and Pioneer Hi-Bred International, Inc. ("Pioneer") (collectively, "Defendants") to provide any and all documents and testimony, including attorney-client privileged communications with counsel, relating to Defendants' understanding of (i) stacking rights and restrictions under the 2002 Roundup Ready® License Agreements and (ii) stacking rights and restrictions as were negotiated by the parties under a September 2007 amendment to the YieldGard License Agreement. Monsanto incorporates by reference its memorandum in support as if fully stated herein.

Pursuant to Local Rule 37-3.04, counsel for the parties have met and conferred on several occasions in good faith attempts to resolve their discovery disputes, including as set forth in the deposition testimony cited in the memorandum in support, correspondence from Monsanto's counsel to Defendants' counsel dated February 25, 2011, and Defendants' response letter dated March 1, 2011. On January 7, 2011, Greg Gutzler and Gail Standish (Plaintiffs' counsel)

1

participated in a phone call with Leora Ben-Ami (Defendants' counsel) asking that Defendants produce these documents.  Notwithstanding these efforts, counsel have been unable to reach resolution of their disputes.

WHEREFORE, Monsanto respectfully requests that its Fifth Motion to Compel be GRANTED and Defendants be required to provide all previously withheld privileged documents and answer deposition questions (including re-producing witnesses) relating to Defendants' understanding of stacking restrictions under the License Agreements, including communications with legal counsel.  Defendants should also be compelled to provide all previously withheld privileged documents and answer deposition questions relating to Defendants' understanding of stacking rights under the September 2007 amendment to the YieldGard License Agreement, including communications with counsel.

Dated:  March 4, 2011

Respectfully submitted,

HUSCH BLACKWELL LLP

By:   /s/ Joseph P. Conran                           .
Joseph P. Conran, E.D.Mo. # 21635MO
joe.conran@huschblackwell.com
Omri E. Praiss, E.D.Mo. # 41850MO
omri.praiss@huschblackwell.com
Greg G. Gutzler, E.D.Mo. # 48893MO
greg.gutzler@huschblackwell.com
Tamara M. Spicer, E.D.Mo. # 54037MO
tamara.spicer@huschblackwell.com
Steven M. Berezney, E.D.Mo. # 56091MO
steve.berezney@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
(314) 480-1500 – telephone
(314) 480-1505 – facsimile

WINSTON & STRAWN LLP
Dan K. Webb
dwebb@winston.com
George C. Lombardi
glombardi@winston.com
Todd J. Ehlman
tehlman@winston.com
James M. Hilmert
jhilmert@winston.com
35 W. Wacker Drive, Suite 4200
Chicago, IL  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

John J. Rosenthal
jrosenthal@winston.com
Matthew A. Campbell
macampbell@winston.com
Jovial Wong
jwong@winston.com
1700 K Street, N.W.
Washington, DC  20006
(202) 282-5000 – telephone
(202) 282-5100 – facsimile

Gail J. Standish
gstandish@winston.com
333 South Grand Avenue
Los Angeles, CA 90071-1543
(213) 615-1700 – telephone
(213) 615-1750 – facsimile

MCDERMOTT WILL & EMERY
Steven G. Spears
sspears@mwe.com
1000 Louisiana Street, Suite 3900
Houston, TX  77002-5005
(713) 653-1700 – telephone
(713) 739-7592 – facsimile

*Attorneys for Plaintiff Monsanto Company and Monsanto Technology LLC*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 4th day of March, 2011, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, and was served by operation of that Court's electronic filing system, upon the following:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY  10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015

*Attorneys for Defendants*

                                                  /s/ Joseph P. Conran            .