UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>E.I. DUPONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC., )<br>)<br>Defendants. ) | Case No. 4:09CV00686 ERW |

## MEMORANDUM AND ORDER

The Court is aware of the Joint Motion to Amend Certain Case Management Order Deadlines [doc. #632] and Monsanto's Motion to Deem Defendants' Summary Judgment Motions as Filed on June 1, 2011 [doc. #648].

The Court is working to complete it's Order relating to Defendants' Second Motion to Compel [doc. #493] and will make no further rulings on other pending matters before issuing this Order. Until such ruling, the Court will not be considering other pending motions or suggestions for modification of the Third Amended Case Management Order.

So Ordered this 9th Day of March, 2011.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE