UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MONSANTO COMPANY and )
MONSANTO TECHNOLOGY LLC, )
)
Plaintiffs, )
)
vs. ) Case No. 4:09-CV-00686-ERW
)
E.I. DUPONT DE NEMOURS AND )
COMPANY and PIONEER HI-BRED )
INTERNATIONAL, INC., )
)
Defendants. )

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Oliver Bennett, move to be admitted pro hac vice to the bar of this court for the purpose of representing E.I. Du Pont de Nemours and Company ("DuPont") and Pioneer Hi-Bred International, Inc. ("Pioneer") in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Oliver Bennett;

(b) 425 Park Avenue, New York, NY 10022, telephone number (212) 836-7495 and fax number is (212) 836-6292;

(c) Kaye Scholer LLP;

(d) Oliver Bennett attended the Griffith University School of Law, Brisbane Australia and graduated in 1998 and the Harvard Law School, Cambridge MA and graduated in 2000 there from;

(e) Oliver Bennett was admitted to the New York State Bar on November 19, 2001, Registration No. 4006672 and the Southern District of New York on May 25, 2004;

    (f) Oliver Bennett is a member in good standing of all bars of which she is a member; Oliver Bennett is not under suspension or disbarment from any bar;

    (g) Oliver Bennett does not reside in the eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Oliver Bennett attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that he be admitted pr hac vice to the bar of the court to appear in the instant matter.

*/s/ Oliver Bennett*

OLIVER BENNETT

Dated: March 14, 2011

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By:   /s/ C. David Goerisch
       Andrew Rothschild, #23145MO
       C. David Goerisch, #48418MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri  63101
(314) 444-7600
(314) 241-6056 (facsimile)
arothschild@lewisrice.com
dgoerisch@lewisrice.com

Leora Ben-Ami
Thomas F. Fleming
Christopher T. Jagoe
Howard S. Suh
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York  10022
(212) 836-8000
(212) 836-8689 (facsimile)
lbenami@kayescholer.com
tfleming@kayescholer.com
cjagoe@kayescholer.com
hsuh@kayescholer.com

Donald L. Flexner
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue, 7th Fl.
New York, New York 10022
(212) 446-2300
(212) 446-2350 (facsimile)
dflexner@bsfllp.com

James P. Denvir
Amy J. Mauser
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
202-237-2727
202-237-6131 (facsimile)
jdenvir@bsfllp.com
amauser@bsfllp.com

*Counsel for Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2011, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

- **Leora Ben-Ami**
  lbenami@kayescholer.com
- **Steven M. Berezney**
  steve.berezney@huschblackwell.com
- **Matthew A. Campbell**
  macampbell@winston.com
- **Cynthia M. Christian**
  cchristian@bsfllp.com
- **Joseph P. Conran**
  joe.conran@huschblackwell.com
- **Robert M. Cooper**
  rcooper@bsfllp.com
- **James P. Denvir , III**
  jdenvir@bsfllp.com
- **Todd J. Ehlman**
  tehlman@winston.com
- **Thomas F. Fleming**
  tfleming@kayescholer.com
- **Donald L. Flexner**
  dflexner@bsfllp.com
- **C. David Goerisch**
  dgoerisch@lewisrice.com
- **Greg G. Gutzler**
  greg.gutzler@huschblackwell.com
- **Christopher L. Hayes**
  chayes@bsfllp.com
- **James M. Hilmert**
  jhilmert@winston.com
- **Christopher T. Jagoe**
  cjagoe@kayescholer.com
- **George C. Lombardi**
  glombardi@winston.com
- **Kurt A. Mathas**
  kmathas@winston.com
- **Amy J. Mauser**
  amauser@bsfllp.com
- **Eric J. Mersmann**
  emersmann@winston.com
- **Omri E. Praiss**
  omri.praiss@huschblackwell.com

- **John J. Rosenthal**
  jrosenthal@winston.com
- **Andrew Rothschild**
  arothschild@lewisrice.com
- **Jack A. Simms , Jr**
  jsimms@bsfllp.com
- **Stephen R. Smerek**
  ssmerek@winston.com
- **Mark A. Smith**
  markasmith@winston.com
- **Steven G. Spears**
  sspears@mwe.com
- **Tamara M. Spicer**
  tamara.spicer@huschblackwell.com
- **Gail J. Standish**
  gstandish@winston.com
- **Howard S. Suh**
  hsuh@kayescholer.com
- **Jeanna Wacker**
  jwacker@kayescholer.com
- **Hershel Wancjer**
  hwancjer@bsfllp.com
- **Dan K. Webb**
  dwebb@winston.com
- **Jovial Wong**
  jwong@winston.com

/s/ C. David Goerisch

5

Case: 4:09-cv-00686-ERW   Doc. #: 660   Filed: 03/14/11   Page: 6 of 6 PageID #: 22860

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## OLIVER CHRISTIAN BENNETT

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **November 19, 2001**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

January 31, 2011

_____
Clerk of the Court

6223