# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 4:09-cv-00686-ERW ) |
| E.I. DUPONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC., | ) ) ) ) ) |
| Defendants. | ) |

## JOINT MOTION FOR EXTENSION OF CERTAIN BRIEFING DEADLINES

Pursuant to the agreement of the parties, Plaintiffs Monsanto Company and Monsanto Technology LLC and Defendants E.I. DuPont de Nemours and Co. and Pioneer Hi-Bred International, Inc., hereby respectfully move the Court for extensions of time to file certain responses or replies to pending motions as follows:

| Brief to be Filed | Motion Dckt # | Extended Due Date |
|---|---|---|
| Defendant's Reply to Defendants' Motion to Compel Finding of Waiver | 613 | March 31, 2011 |
| Monsanto's Response to Defendants' Fifth Motion to Compel | 640 | March 31, 2011 |
| Monsanto's Reply to Monsanto's Motion to Compel Production of Recalled Documents | 591 | March 31, 2011 |
| Monsanto's Reply to Monsanto's Fourth Motion to Compel | 596 | March 31, 2011 |
| Defendants' Response to Monsanto's Fifth Motion to Compel | 638 | April 1, 2011 |
| Defendants' Response to Monsanto's Motion to Deem Summary Judgment Motions as Filed on June 1, 2011 | 648 | April 1, 2011 |
| Monsanto's Response to Defendants' Sixth Motion to Compel | 652 | April 1, 2011 |
| Monsanto's Response to Defendants' Motion to Compel Interrogatory Responses | 655 | April 4, 2011 |

1

Dated:  March 22, 2011                               Respectfully submitted,

| | |
|---|---|
| **HUSCH BLACKWELL LLP** | **LEWIS, RICE & FINGERSH, L.C.** |
| ___/s/ Joseph P. Conran_____ | /s/ C. David Goerisch_____ |
| Joseph P. Conran, E.D.Mo. # 21635MO | Andrew Rothschild, E.D.Mo. # 23145MO |
| Omri E. Praiss, E.D.Mo. # 41850MO | C. David Goerisch, E.D.Mo. # 48418MO |
| Greg G. Gutzler, E.D.Mo. # 48893MO | 500 N. Broadway, Suite 2000 |
| Tamara M. Spicer, E.D.Mo. # 54037MO | St. Louis, MO 63102 |
| Steven M. Berezney, E.D.Mo. # 56091MO | |
| 190 Carondelet Plaza, Suite 600 | Leora Ben-Ami |
| St. Louis, MO  63105 | Thomas F. Fleming |
| | Christopher T. Jagoe |
| Dan K. Webb | Howard S. Suh |
| George C. Lombardi | Jeanna Wacker |
| Todd J. Ehlman | **KAYE SCHOLER LLP** |
| James M. Hilmert | 425 Park Avenue |
| **WINSTON & STRAWN LLP** | New York, New York 10022 |
| 35 W. Wacker Drive, Suite 4200 | |
| Chicago, IL  60601 | Donald L. Flexner |
| | Hershel Wancjer |
| John J. Rosenthal | Cynthia Christian |
| Matthew A. Campbell | Robert M. Cooper |
| Jovial Wong | **BOIES, SCHILLER & FLEXNER LLP** |
| **WINSTON & STRAWN LLP** | 575 Lexington Avenue, 7th Fl. |
| 1700 K Street, N.W. | New York, New York 10022 |
| Washington, DC  20006 | |
| | James P. Denvir |
| Gail J. Standish | Amy J. Mauser |
| **WINSTON & STRAWN LLP** | **BOIES, SCHILLER & FLEXNER LLP** |
| 333 South Grand Avenue | 5301 Wisconsin Avenue, N.W. |
| Los Angeles, CA 90071-1543 | Washington, D.C. 20015 |
| | |
| Steven G. Spears | *Attorneys for E.I. du Pont de Nemours* |
| Scott W. Clark | *and Company and Pioneer Hi-Bred* |
| **MCDERMOTT WILL & EMERY** | *International, Inc.* |
| 1000 Louisiana Street, Suite 3900 | |
| Houston, TX  77002-5005 | |

*Attorneys for Plaintiff Monsanto Company and Monsanto Technology LLC*

2

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 22nd day of March, 2011, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, and was served by operation of that Court's electronic filing system, upon the following:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

*Attorneys for Defendants*

                                                        /s/ Joseph P. Conran       .