UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **MONSANTO COMPANY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 4:09-cv-00686 (ERW) |
| **E.I. DUPONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC.** | ) |
| **Defendants.** | ) |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE OF ANDREW E. SMITH

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Andrew E. Smith, move to be admitted *pro hac vice* to the bar of this Court for the purpose of representing Plaintiff, Monsanto Company in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a)   Andrew E. Smith;

(b)   1700 K Street, N.W., Washington, DC 20006-3817, telephone number is (202) 282-5713 and facsimile number is (202) 282-5100;

(c)   Winston & Strawn LLP;

(d)   Andrew E. Smith received his J.D. from Vanderbilt University Law School and graduated in 2009 therefrom;

(e)   Andrew E. Smith was admitted to the Virginia bar in 2009, registration No. 79070;

(f)     Andrew E. Smith is a member in good standing of all bars of which he is a member; Andrew E. Smith is not under suspension or disbarment from any bar;

(g)     Andrew E. Smith does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Andrew E. Smith attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that he be admitted *pro hac vice* to the bar of this court to appear in the instant matter.

_____
Andrew E. Smith

Dated: March 24, 2011

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed with the Clerk of Court in paper form and served by mailing the same, first class mail, postage prepaid, to all attorneys of record as indicated this 25th day of March, 2011:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63101

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

*Attorneys for Defendants*

*Jennifer A. Garner*