# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| E.I. DUPONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC., | ) ) ) ) ) |
| Defendants. | ) |

Case No. 4:09-cv-00686-ERW

## JOINT MOTION FOR EXTENSION OF CERTAIN BRIEFING DEADLINES

Pursuant to the agreement of the parties, Defendants E.I. DuPont de Nemours and Co. and Pioneer Hi-Bred International, Inc. and Plaintiffs Monsanto Company and Monsanto Technology LLC hereby respectfully move for extensions of time to file certain responses or replies to pending motions as follows:

| MOTION | Dkt. | New Due Date |
|---|---|---|
| Monsanto's Response to Defendants' Fifth Motion to Compel | 640 | April 5 |
| Monsanto's Response to Defendants' Sixth Motion to Compel | 652 | April 5 |
| Monsanto's Response to Defendants' Motion to Compel Interrogatory Responses [referred to by the Court as Defendants' Seventh Motion to Compel] | 655 | April 5 |
| Defendants' Reply re Defendants' Motion to Compel Finding of Waiver | 613 | April 6 |
| Defendants' Response to Monsanto's Fifth Motion to Compel | 638 | April 6 |
| Defendants' Response to Monsanto's Motion to Continue Briefing Deadlines on Defendants' Summary Judgment Motions | 648 | April 6 |

Respectfully submitted this 30th day of March, 2011.

| | |
|---|---|
| **HUSCH BLACKWELL SANDERS, LLP** | **LEWIS RICE FINGERSH, L.C.** |
| By:   /s/ Greg G. Gutzler | By:   /s/ C. David Goerisch |
| (signed by filing counsel with permission) | Andrew Rothschild, #23145MO |
| Joseph P. Conran, #21635MO | C. David Goerisch, #48418MO |
| Omri E. Praiss, #41850MO | 600 Washington Avenue, Suite 2500 |
| Greg G. Gutzler, #48893MO | St. Louis, Missouri  63101 |
| Tamara M. Spicer, #54037MO | |
| 190 Carondelet Plaza, Suite 600 | Leora Ben-Ami |
| St. Louis, MO 63105-3441 | Thomas F. Fleming |
| | Christopher T. Jagoe |
| Dan K. Webb | Howard S. Suh |
| George C. Lombardi | **KAYE SCHOLER LLP** |
| Todd J. Ehlman | 425 Park Avenue |
| James M. Hilmert | New York, New York  10022 |
| **WINSTON & STRAWN LLP** | |
| 35 W. Wacker Drive, Suite 4200 | Donald L. Flexner |
| Chicago, IL  60601 | **BOIES, SCHILLER & FLEXNER LLP** |
| | 575 Lexington Avenue, 7th Fl. |
| John J. Rosenthal | New York, New York 10022 |
| Matthew A. Campbell | |
| Jovial Wong | James P. Denvir |
| **WINSTON & STRAWN LLP** | Amy J. Mauser |
| 1700 K Street, N.W. | **BOIES, SCHILLER & FLEXNER LLP** |
| Washington, DC  20006 | 5301 Wisconsin Avenue, N.W. |
| | Washington, D.C. 20015 |
| Steven G. Spears | |
| Scott W. Clark | *Counsel for Defendants E.I. du Pont de* |
| **McDERMOTT WILL & EMERY** | *Nemours and Company and Pioneer Hi-Bred* |
| 1000 Louisiana Street, Suite 3900 | *International, Inc.* |
| Houston, TX  77002-5005 | |
| | |
| *Counsel for Plaintiffs Monsanto Company and Monsanto Technology LLC* | |