RECEIVED
APR 0 1 2011
U. S. DISTRICT COURT
EASTERN DISTRICT OF M.
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | )  Case No. 4:09-CV-00686-ERW ) |
| E.I. DUPONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC., | ) ) ) ) |
| Defendants. | ) ) |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Jonathan Sherman, move to be admitted *pro hac vice* to the bar of this Court for the purpose of representing Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc. in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Jonathan Sherman;

(b) 5301 Wisconsin Ave., N.W., Ste. 800, Washington, D.C., 20015, telephone number is (202) 237-2727 and facsimile number is (202) 237-6131;

(c) Boies, Schiller & Flexner LLP;

(d) Jonathan Sherman attended Stanford University Law School and graduated in 1991 therefrom;

(e) Jonathan Sherman was admitted to the District of Columbia Bar in 2000, registration no. 468539;

(f) Jonathan Sherman is a member in good standing of all bars of which he is a member; Jonathan Sherman is not under suspension or disbarment from any bar;

(g) Jonathan Sherman does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Jonathan Sherman attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that he be admitted *pro hac vice* to the bar of this court to appear in the instant matter.

_____
Jonathan Sherman



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

### JONATHAN H. SHERMAN

was on the 10TH day of JULY, 2000 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 24, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk