IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| E.I. DUPONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC., | ) ) ) ) ) | Case No. 4:09-cv-00686-ERW |
| Defendants. | ) ) | |

**CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiffs, Monsanto Company and Monsanto Technology LLC (collectively "Monsanto"), respectfully move for an extension of time to and including Tuesday, April 19, 2011, within which Monsanto shall file and serve Monsanto's Memorandum in Opposition to Defendants' two summary judgment motions filed on February 18, 2011 (Dkt. # 599 & 610).

In support of this Motion, Monsanto states that the requested extension is not being advanced for purposes of unnecessary delay, and that the requested extension will not impact on the scheduling of this matter. Counsel for Monsanto has conferred with counsel for Defendants, who have consented to the requested extension.

On March 8, 2011, Monsanto filed a motion to extend the date these two summary judgment were deemed to be filed to June 1, 2011, (Dkt. # 648), which would make Monsanto's oppositions due by July 1, 2011. Monsanto still requests the additional continuance sought in that motion, and respectfully requests an extension to April 19, 2011 pursuant to this Motion in the meantime.

1

Dated: April 5, 2011

 Respectfully submitted,

 HUSCH BLACKWELL LLP


 By: /s/ Joseph P. Conran    .
 Joseph P. Conran, E.D.Mo. # 21635MO
 joe.conran@huschblackwell.com
 Omri E. Praiss, E.D.Mo. # 41850MO
 omri.praiss@huschblackwell.com
 Greg G. Gutzler, E.D.Mo. # 48893MO
 greg.gutzler@huschblackwell.com
 Tamara M. Spicer, E.D.Mo. # 54037MO
 tamara.spicer@huschblackwell.com
 Steven M. Berezney, E.D.Mo. # 56091MO
 steve.berezney@huschblackwell.com
 190 Carondelet Plaza, Suite 600
 St. Louis, MO  63105
 (314) 480-1500 – telephone
 (314) 480-1505 – facsimile

 WINSTON & STRAWN LLP
 Dan K. Webb
 dwebb@winston.com
 George C. Lombardi
 glombardi@winston.com
 Todd J. Ehlman
 tehlman@winston.com
 James M. Hilmert
 jhilmert@winston.com
 35 W. Wacker Drive, Suite 4200
 Chicago, IL  60601
 (312) 558-5600 – telephone
 (312) 558-5700 – facsimile

 John J. Rosenthal
 jrosenthal@winston.com
 Matthew A. Campbell
 macampbell@winston.com
 Jovial Wong
 jwong@winston.com
 1700 K Street, N.W.
 Washington, DC  20006
 (202) 282-5000 – telephone
 (202) 282-5100 – facsimile

        Gail J. Standish
        gstandish@winston.com
        333 South Grand Avenue
        Los Angeles, CA 90071-1543
        (213) 615-1700 – telephone
        (213) 615-1750 – facsimile

        MCDERMOTT WILL & EMERY
        Steven G. Spears
        sspears@mwe.com
        1000 Louisiana Street, Suite 3900
        Houston, TX  77002-5005
        (713) 653-1700 – telephone
        (713) 739-7592 – facsimile

        *Attorneys for Plaintiff Monsanto Company and*
        *Monsanto Technology LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 5th day of April, 2011 the foregoing was filed electronically with the Clerk of the Court for the United States District Court Eastern District of Missouri, Eastern Division, and served by operation of that Court's electronic filing system upon the following counsel of record:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
500 N. Broadway, Suite 2000
St. Louis, MO  63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY  10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015

*Attorneys for Defendants*

                                                   /s/ Joseph P. Conran