**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC,<br><br>               Plaintiffs,<br>      v.<br><br>E.I. DU PONT DE NEMOURS AND CO. and PIONEER HI-BRED INTERNATIONAL, INC.,<br><br>               Defendants. | Case No.  09-cv-0686 (ERW) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants E.I. du Pont de Nemours and Co. and Pioneer Hi-Bred International, Inc. (collectively, "Defendants") hereby move for a short extension of time to file their Response to Monsanto's Fifth Motion to Compel (Dkt. #638). Defendants' Response is currently due on Wednesday April 6, 2011. Defendants seek leave to file their Response to this Motion by no later than Friday April 8, 2011. Monsanto does not oppose the requested extension.

| | |
|---|---|
| Dated:  April 6, 2011 | Respectfully submitted,<br><br>**LEWIS RICE FINGERSH, L.C.**<br><br>By:  /s/ C. David Goerisch<br>Andrew Rothschild, #4214<br>C. David Goerisch, #77207<br>600 Washington Ave., Suite 2500<br>St. Louis, Missouri  63101<br>(314) 444-7600<br>(314) 241-6056 (facsimile)<br><br>Leora Ben-Ami<br>Thomas F. Fleming<br>Christopher T. Jagoe<br>Howard S. Suh<br>**KAYE SCHOLER LLP**<br>425 Park Avenue<br>New York, New York  10022<br>(212) 836-8000<br>(212) 836-8689 (facsimile)<br><br>Donald L. Flexner<br>**BOIES, SCHILLER & FLEXNER LLP**<br>575 Lexington Avenue, 7th Fl.<br>New York, New York 10022<br>(212) 446-2300<br>(212) 446-2350 (facsimile)<br><br>James P. Denvir<br>Amy J. Mauser<br>**BOIES, SCHILLER & FLEXNER LLP**<br>5301 Wisconsin Avenue, N.W.<br>Washington, D.C. 20015<br>(202) 237-2727<br>(202) 237-6131 (facsimile)<br><br>*Counsel for Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 6, 2011, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

- **Steven M. Berezney**
steve.berezney@huschblackwell.com
- **Kurt G. Calia**
kcalia@cov.com
- **Matthew A. Campbell**
macampbell@winston.com
- **Scott W. Clark**
sclark@mwe.com
- **Joseph P. Conran**
joe.conran@huschblackwell.com
- **Todd J. Ehlman**
tehlman@winston.com
- **Anthony J. Franze**
Anthony.Franze@aporter.com
- **Greg G. Gutzler**
greg.gutzler@huschblackwell.com
- **James M. Hilmert**
jhilmert@winston.com
- **George C. Lombardi**
glombardi@winston.com
- **Kurt A. Mathas**
kmathas@winston.com
- **Omri E. Praiss**
omri.praiss@huschblackwell.com
- **John J. Rosenthal**
jrosenthal@winston.com
- **Mark A. Smith**
markasmith@winston.com
- **Steven G. Spears**
sspears@mwe.com,jjknapp@mwe.com
- **Tamara M. Spicer**
tamara.spicer@huschblackwell.com,jean.melenbrink@huschblackwell.com
- **Gail J. Standish**
gstandish@winston.com
- **Dan K. Webb**
dwebb@winston.com

                                                     /s/ C. David Goerisch