IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>E.I. DUPONT DE NEMOURS AND<br>COMPANY and<br>PIONEER HI-BRED INTERNATIONAL,<br>INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4:09-cv-00686-ERW<br>)<br>)<br>)<br>)<br>) |

## MONSANTO'S EIGHTH MOTION TO COMPEL
## (THIRD MOTION TO COMPEL PRODUCTION OF RECALLED DOCUMENTS)

Pursuant to Paragraphs 25-26 of the Protective Order entered June 28, 2010 (Docket No. 238), Plaintiffs, Monsanto Company and Monsanto Technology LLC (collectively "Monsanto"), respectfully move this Court to compel Defendants, E.I. du Pont de Nemours and Company ("DuPont") and Pioneer Hi-Bred International, Inc. ("Pioneer") (collectively "Defendants") to reproduce eighteen documents produced to Monsanto in redacted form in their entirety. In the alternative, Monsanto respectfully moves the Court to conduct an *in camera* review of Defendants' redactions of each of these documents and subsequently order Defendants to produce all documents in full which the Court determines to be non-privileged. Monsanto sets forth its grounds for relief in the Memorandum of Law in Support of said Motion with Exhibits A, B, C, and D filed concurrently herewith.

Pursuant to Local Rule 37-3.04, counsel for the parties have met and conferred in a good faith attempt to resolve their discovery disputes as follows:

- Monsanto wrote to Defendants on April 19, 2011 challenging their recall of each of these documents.

- Defendants responded on April 19, 2011, producing two of the eighteen documents in redacted form.

- Defendants replied again by letter on April 25, 2011, producing all of the documents in redacted form, making clear that they will not agree to produce the documents in their entirety.

WHEREFORE, Monsanto respectfully moves the Court for an Order compelling Defendants to produce documents in response to Monsanto's discovery requests identified in this Motion within 10 days of the Court's Order.

Dated:  May 3, 2011

Respectfully submitted,

HUSCH BLACKWELL LLP

By: /s/ Joseph P. Conran                .
Joseph P. Conran, E.D.Mo. # 21635MO
joe.conran@huschblackwell.com
Omri E. Praiss, E.D.Mo. # 41850MO
omri.praiss@huschblackwell.com
Greg G. Gutzler, E.D.Mo. # 48893MO
greg.gutzler@huschblackwell.com
Tamara M. Spicer, E.D.Mo. # 54037MO
tamara.spicer@huschblackwell.com
Steven M. Berezney, E.D.Mo. # 56091MO
steve.berezney@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
(314) 480-1500 – telephone
(314) 480-1505 – facsimile

WINSTON & STRAWN LLP
Dan K. Webb
George C. Lombardi
glombardi@winston.com
Todd J. Ehlman
tehlman@winston.com
James M. Hilmert
jhilmert@winston.com
35 W. Wacker Drive, Suite 4200
Chicago, IL  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

John J. Rosenthal
jrosenthal@winston.com
Matthew A. Campbell
macampbell@winston.com
Jovial Wong
jwong@winston.com
1700 K Street, N.W.
Washington, DC  20006
(202) 282-5000 – telephone
(202) 282-5100 – facsimile

Gail J. Standish
gstandish@winston.com
333 South Grand Avenue
Los Angeles, CA 90071-1543
(213) 615-1700 – telephone
(213) 615-1750 – facsimile

*Attorneys for Plaintiff Monsanto Company and Monsanto Technology LLC*

3

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 3rd day of May, 2011, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, and was served by operation of that Court's electronic filing system, upon the following:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY  10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015

*Attorneys for Defendants*

                                                          /s/ Joseph P. Conran          .