**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>E.I. DUPONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC.,<br><br>　　　　　　　Defendants. | Case No. 4:09-cv-00686 (ERW) |

**DEFENDANTS'**
**MOTION FOR ORAL ARGUMENT**

Pursuant to E.D. Mo. Local Rule 4.02(B), Defendants E.I. du Pont de Nemours and Company ("DuPont") and Pioneer Hi-Bred International, Inc. ("Pioneer") respectfully request the Court to set the following motions for oral argument:

1. **Defendants' Motion to Compel a Finding of Waiver Related to the Filing of U.S. Patent No. RE39,247** (Dkt. # 613)

2. **Monsanto's Fifth Motion to Compel** (Dkt. # 638)

Defendants request oral argument on these motions due to the importance of the issues raised therein relating to the attorney-client privilege and because they believe oral argument on these motions will assist the Court in resolving these issues.

Dated:  May 5, 2011

Respectfully submitted,

**LEWIS RICE FINGERSH, L.C.**

By:   /s/ C. David Goerisch
Andrew Rothschild, #23145MO
C. David Goerisch, #48418MO
600 Washington Ave., Suite 2500
St. Louis, Missouri  63101
arothschild@lewisrice.com
dgoerisch@lewisrice.com

Leora Ben-Ami
Thomas F. Fleming
Christopher T. Jagoe
Howard S. Suh
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York  10022
lbenami@kayescholer.com
tfleming@kayescholer.com
cjagoe@kayescholer.com

Donald L. Flexner
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue, 7th Fl.
New York, New York 10022
dflexner@bsfllp.com

James P. Denvir
Amy J. Mauser
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
jdenvir@bsfllp.com
amauser@bsfllp.com

*Counsel for Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.*

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 5, 2011, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

- **Steven M. Berezney**
  steve.berezney@huschblackwell.com

- **Kurt G. Calia**
  kcalia@cov.com

- **Matthew A. Campbell**
  macampbell@winston.com

- **Scott W. Clark**
  sclark@mwe.com,knappj@howrey.com

- **Joseph P. Conran**
  joe.conran@huschblackwell.com

- **Todd J. Ehlman**
  tehlman@winston.com

- **Anthony J. Franze**
  Anthony_Franze@aporter.com

- **Greg G. Gutzler**
  greg.gutzler@huschblackwell.com

- **Susan K. Knoll**
  sknoll@mwe.com

- **Omri E. Praiss**
  omri.praiss@huschblackwell.com

- **John J. Rosenthal**
  jrosenthal@winston.com

- **Steven G. Spears**
  sspears@mwe.com,knappj@howrey.com,jordanc@howrey.com

- **Tamara M. Spicer**
  tamara.spicer@husch.com,jean.melenbrink@husch.com

- **Dan K. Webb**
  dwebb@winston.com

- **Robert N. Weiner**
  Robert_Weiner@aporter.com

                                                                 /s/ C. David Goerisch