UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>    Plaintiffs/Counterclaim-Defendants,<br><br>vs.<br><br>E.I. DUPONT DE NEMOURS AND<br>COMPANY and<br>PIONEER HI-BRED INTERNATIONAL,<br>INC.,<br><br>    Defendants/Counterclaim-Plaintiffs. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 4:09-cv-00686-ERW<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION
TO AMEND THE DEADLINES FOR FACT DISCOVERY RELATED TO THE
ANTITRUST COUNTERCLAIMS AND FOR THE PRODUCTION OF
DOCUMENTS FROM THE SUPPLEMENTAL CUSTODIANS**

Defendants/Counterclaim-Plaintiffs E.I. du Pont de Nemours and Co. and Pioneer Hi-Bred International, Inc. and Plaintiffs/Counterclaim-Defendants Monsanto Company and Monsanto Technology LLC hereby respectfully request that the Court amend the fact discovery deadlines contained in Paragraph I.1 of the Court's Case Management Order – Antitrust Counterclaims ("CMO") (Dkt. # 421) and at page 3 of the Court's March 30, 2011 Memorandum and Order (Dkt. # 681) as follows:

| | **Present Deadline** | **New Stipulated Deadline** |
|---|---|---|
| Production of Documents from Supplemental Custodians | May 9, 2011 | June 3, 2011[1] |
| Close of Fact Discovery Relating to the Non-Stayed Antitrust Allegations | May 27, 2011 | November 11, 2011 |

---

[1]     Monsanto has indicated that there are a substantial number of documents to be reviewed for the five supplemental custodians designated by DuPont. The June 3, 2011 date was agreed to with the understanding that Monsanto may need to request additional time to complete the supplemental production. That additional time, however, should not impact the revised Close of Fact Discovery Relating to the Non-Stayed Antitrust Allegations.

The purpose of the extended deadline is to allow the parties to complete the production of documents from the supplemental custodians provided for in the ESI Protocol prior to the continuation of depositions in the antitrust portion of the case.  The limitations on the number of facts depositions and hours for Rule 30(b)(6) depositions remain unchanged.

All other deadlines set forth in the CMO governing the antitrust counterclaims remain the same, and the current deadlines in the CMO governing the patent and contact claims are now under review by the Court.  The parties may, at a later time, seek further modification of the other deadlines in the CMO governing the antitrust counterclaims after the Court amends the deadlines in the CMO governing the patent and contract claims.

Respectfully submitted this 9th day of May, 2011.

| | |
|---|---|
| **HUSCH BLACKWELL SANDERS, LLP** | **LEWIS RICE FINGERSH, L.C.** |

By:   /s/ Greg G. Gutzler
(signed by filing counsel with permission)
Joseph P. Conran, #21635MO
Omri E. Praiss, #41850MO
Greg G. Gutzler, #48893MO
Tamara M. Spicer, #54037MO
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441

Dan K. Webb
George C. Lombardi
Todd J. Ehlman
James M. Hilmert
**WINSTON & STRAWN LLP**
35 W. Wacker Drive, Suite 4200
Chicago, IL  60601

John J. Rosenthal
Matthew A. Campbell
Jovial Wong
**WINSTON & STRAWN LLP**
1700 K Street, N.W.
Washington, DC  20006

Steven G. Spears
Scott W. Clark
**McDERMOTT WILL & EMERY**
1000 Louisiana Street, Suite 3900
Houston, TX  77002-5005

*Counsel for Plaintiffs Monsanto Company and Monsanto Technology LLC*

By:   /s/ C. David Goerisch
Andrew Rothschild, #23145MO
C. David Goerisch, #48418MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri  63101

Leora Ben-Ami
Thomas F. Fleming
Christopher T. Jagoe
Howard S. Suh
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York  10022

Donald L. Flexner
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue, 7th Fl.
New York, New York 10022

James P. Denvir
Amy J. Mauser
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

*Counsel for Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.*