UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY, and<br>MONSANTO TECHNOLOGY LLC<br><br>      Plaintiffs,<br><br>      v.<br><br>E.I. DUPONT DE NEMOURS AND<br>COMPANY and PIONEER HI-BRED<br>INTERNATIONAL, INC.,<br><br>      Defendants. | Case No. 4:09-cv-00686(ERW) |

**MONSANTO'S OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MONSANTO'S NINTH MOTION TO COMPEL**

Defendants have been on notice since January 14, 2011 that Monsanto believed that Defendants were improperly using claims of privilege to withhold documents from production that were listed on Defendants' privilege logs. Since that time, Defendants have stalled resolution of this matter by slowly and strategically pulling thousands of documents off their log that should have been produced long ago – and certainly before most of the patent and contract depositions were taken. *See* Dkt. 751 at 3-7 (describing Defendants' delay tactics). Now Defendants are seeking two more weeks of delay.

The time has come for this matter to be before the Court and resolved. While it is true that the parties have granted each other extensions in this case, Monsanto cannot give its consent to an extension here. If the extension is granted, full briefing would not be completed until June 13, meaning the Court would not likely have a chance to rule on the documents until near the end of June at the earliest. This issue needs to be resolved as soon as possible so that discovery can

-1-

be finalized in the patent case and contract case, and that discovery can move forward in the antitrust case.

In response to Monsanto's repeated complaints, in recent weeks Defendants have grudgingly produced 14,089 documents from their privilege logs, totaling 143,242 pages. Thousands of those pages came from custodians that were already deposed, and their late production has denied Monsanto the opportunity to use these documents at all. The parties are currently scheduling the deposition of Defendants' corporate representatives for the next few weeks, which will likely conclude the patent and contract depositions in this case. An extension will permit Defendants to continue to withhold important, non-privileged documents until following the conclusion of all depositions in the patent and contract cases, and therefore seriously prejudice Monsanto.

That Defendants now purport to need additional time to examine their privilege logs after months of meet-and-confer communications demonstrates Defendants' ongoing abuse of the privilege log process. Defendants admit that they are reviewing their privilege log yet again based on Monsanto's Seventh Motion to Compel, and that the review "is likely to result in the downgrade of many documents" from the log, even though these documents should have been produced long ago. Dkt. 757 at 3. Yet Defendants have known the categories of improperly withheld documents that Monsanto is challenging for *months*.

Finally, the Court's May 17 Order does not justify an extension here. The Court's ruling regarding Defendants' privilege waiver does not resolve the instant motion, which seeks to address Defendants' abuse of the privilege process and obstruction of discovery. Indeed, Defendants have not even indicated whether they will opt to waive the privilege to the extent

they are continuing to rely on unilateral or mutual mistake on their reformation claim. Certainly, until Defendants' clearly state their decision to waive privilege, no delay is warranted.

      For all of the foregoing reasons, Defendants' Motion for an Extension of Time should be denied.

Dated: May 19, 2011                            Respectfully submitted,

                                                  HUSCH BLACKWELL LLP

By: /s/ Joseph P. Conran              .
Joseph P. Conran, E.D.Mo. # 21635MO
joe.conran@huschblackwell.com
Omri E. Praiss, E.D.Mo. # 41850MO
omri.praiss@huschblackwell.com
Greg G. Gutzler, E.D.Mo. # 48893MO
greg.gutzler@huschblackwell.com
Tamara M. Spicer, E.D.Mo. # 54037MO
tamara.spicer@huschblackwell.com
Steven M. Berezney, E.D.Mo. # 56091MO
steve.berezney@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500 – telephone
(314) 480-1505 – facsimile

WINSTON & STRAWN LLP
Dan K. Webb
dwebb@winston.com
George C. Lombardi
glombardi@winston.com
Todd J. Ehlman
tehlman@winston.com
James M. Hilmert
jhilmert@winston.com
35 W. Wacker Drive, Suite 4200
Chicago, IL 60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

John J. Rosenthal
jrosenthal@winston.com
Matthew A. Campbell
macampbell@winston.com
1700 K Street, N.W.
Washington, DC 20006
(202) 282-5000 – telephone
(202) 282-5100 – facsimile

Gail J. Standish
gstandish@winston.com
333 South Grand Avenue
Los Angeles, CA 90071-1543
(213) 615-1700 – telephone
(213) 615-1750 – facsimile

*Attorneys for Monsanto Company and Monsanto Technology LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of Court and served by operation of the Court's ECF System to all attorneys of record as indicated, this the 19th day of May, 2011:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY  10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015

*Attorneys for Defendants*

                                           /s/ Joseph P. Conran                       .