# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> E.I. DUPONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 4:09-CV-00686-ERW |

## DEFENDANTS' MOTION FOR LEAVE TO EXTEND PAGE LIMIT

Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc. (collectively "Defendants") respectfully request the Court for leave to file Defendants' Memorandum in Opposition to Monsanto's Ninth Motion to Compel and in Support of DuPont's and Pioneer's Cross-Motion to Compel in excess of the 15-page limit set forth in Local Rule 4.01(D). In order to respond adequately to the issues raised in Monsanto's Motion and to address briefly the issues raised in DuPont's and Pioneer's Cross-Motion to Compel, Defendants seek leave to file a Memorandum in Opposition not in excess of 21 pages.

| | |
|---|---|
| Dated:  May 27, 2011 | Respectfully submitted, |

                                                **LEWIS, RICE & FINGERSH, L.C.**

By:    /s/ C. David Goerisch
      Andrew Rothschild, #23145MO
      C. David Goerisch, #48418MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri  63101
(314) 444-7600
(314) 241-6056 (facsimile)
arothschild@lewisrice.com
dgoerisch@lewisrice.com

Leora Ben-Ami
Thomas F. Fleming
Christopher T. Jagoe
Howard S. Suh
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York  10022
(212) 836-8000
(212) 836-8689 (facsimile)
lbenami@kayescholer.com
tfleming@kayescholer.com
cjagoe@kayescholer.com
hsuh@kayescholer.com

Donald L. Flexner
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue, 7th Fl.
New York, New York 10022
(212) 446-2300
(212) 446-2350 (facsimile)
dflexner@bsfllp.com

James P. Denvir
Amy J. Mauser
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
202-237-2727
202-237-6131 (facsimile)
jdenvir@bsfllp.com
amauser@bsfllp.com

*Counsel for Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2011, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

- **Leora Ben-Ami**
  lbenami@kayescholer.com

- **Steven M. Berezney**
  steve.berezney@huschblackwell.com

- **Matthew A. Campbell**
  macampbell@winston.com

- **Cynthia M. Christian**
  cchristian@bsfllp.com

- **Joseph P. Conran**
  joe.conran@huschblackwell.com

- **Robert M. Cooper**
  rcooper@bsfllp.com

- **James P. Denvir , III**
  jdenvir@bsfllp.com

- **Todd J. Ehlman**
  tehlman@winston.com

- **Thomas F. Fleming**
  tfleming@kayescholer.com

- **Donald L. Flexner**
  dflexner@bsfllp.com

- **C. David Goerisch**
  dgoerisch@lewisrice.com

- **Greg G. Gutzler**
  greg.gutzler@huschblackwell.com

- **Christopher L. Hayes**
  chayes@bsfllp.com

- **James M. Hilmert**
  jhilmert@winston.com

- **Christopher T. Jagoe**
  cjagoe@kayescholer.com

- **George C. Lombardi**
  glombardi@winston.com

- **Kurt A. Mathas**
  kmathas@winston.com

- **Amy J. Mauser**
  amauser@bsfllp.com

- **Eric J. Mersmann**
  emersmann@winston.com

- **Omri E. Praiss**
  omri.praiss@huschblackwell.com

- **John J. Rosenthal**
  jrosenthal@winston.com

- **Andrew Rothschild**
  arothschild@lewisrice.com

- **Jack A. Simms , Jr**
  jsimms@bsfllp.com

- **Stephen R. Smerek**
  ssmerek@winston.com

- **Mark A. Smith**
  markasmith@winston.com

- **Steven G. Spears**
  sspears@mwe.com

- **Tamara M. Spicer**
  tamara.spicer@huschblackwell.com

- **Gail J. Standish**
  gstandish@winston.com

- **Howard S. Suh**
  hsuh@kayescholer.com

- **Jeanna Wacker**
  jwacker@kayescholer.com

- **Hershel Wancjer**
  hwancjer@bsfllp.com

- **Dan K. Webb**
  dwebb@winston.com

- **Jovial Wong**
  jwong@winston.com

          /s/ C. David Goerisch