IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| E.I. DUPONT DE NEMOURS AND<br>COMPANY and<br>PIONEER HI-BRED INTERNATIONAL,<br>INC., | ) | Case No. 4:09-cv-00686-ERW |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiffs, Monsanto Company and Monsanto Technology LLC (collectively "Monsanto"), respectfully move for a four-day extension of time, to and including Friday June 10, 2011, within which Monsanto shall file and serve Monsanto's Memorandum in Support of Its Ninth Motion to Compel and Monsanto's Opposition to DuPont's and Pioneer's Cross-Motion to Compel ("Monsanto's Responsive Brief").

In support of this motion, Monsanto states that Defendants filed and served their Cross-Motion to Compel (Dkt. 767), together with their Memorandum in Opposition to Monsanto's Ninth Motion to Compel and In Support of DuPont's and Pioneer's Cross-Motion to Compel ("Defendants' Memorandum") (Dkt. 769), with certain exhibits, on May 27, 2011. Due to technical difficulties, Defendants were unable to file and serve Exhibits 2 and 3 to Defendants' Memorandum until May 31, 2011 (Dkt. 770 and 771).

Counsel for the parties agree that the time for Monsanto to file and serve Monsanto's Responsive Brief to Defendants' Memorandum should run from May 31, 2011 when Defendants' filing was completed, so that Monsanto's Responsive Brief would be due on June

1

10, 2011.   Because Exhibits 2 and 3 are necessary in order for Monsanto to prepare its

Responsive Brief, Monsanto requests an extension to June 10 within which to file its Responsive

Brief.  The requested extension is not being advanced for purposes of unnecessary delay, and the

requested extension will not impact on the scheduling of this matter.  Counsel for Monsanto has

conferred with counsel for Defendants, who have consented to the requested response date of

June 10, 2011.

      Dated:  June 3, 2011

Respectfully submitted,

HUSCH BLACKWELL LLP

By:   /s/ Joseph P. Conran                                .
Joseph P. Conran, E.D.Mo. # 21635MO
joe.conran@huschblackwell.com
Omri E. Praiss, E.D.Mo. # 41850MO
omri.praiss@huschblackwell.com
Greg G. Gutzler, E.D.Mo. # 48893MO
greg.gutzler@huschblackwell.com
Tamara M. Spicer, E.D.Mo. # 54037MO
tamara.spicer@huschblackwell.com
Steven M. Berezney, E.D.Mo. # 56091MO
steve.berezney@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
(314) 480-1500 – telephone
(314) 480-1505 – facsimile

WINSTON & STRAWN LLP
Dan K. Webb
dwebb@winston.com
George C. Lombardi
glombardi@winston.com
Todd J. Ehlman
tehlman@winston.com
James M. Hilmert
jhilmert@winston.com
35 W. Wacker Drive, Suite 4200
Chicago, IL  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

John J. Rosenthal
jrosenthal@winston.com
Matthew A. Campbell
macampbell@winston.com
Jovial Wong
jwong@winston.com
1700 K Street, N.W.
Washington, DC  20006
(202) 282-5000 – telephone
(202) 282-5100 – facsimile

Gail J. Standish
gstandish@winston.com
333 South Grand Avenue
Los Angeles, CA 90071-1543
(213) 615-1700 – telephone
(213) 615-1750 – facsimile

MCDERMOTT WILL & EMERY
Steven G. Spears
sspears@mwe.com
Scott W. Clark
sclark@mwe.com
1000 Louisiana Street, Suite 3900
Houston, TX  77002-5005
(713) 653-1700 – telephone
(713) 739-7592 – facsimile

*Attorneys for Plaintiff Monsanto Company and
Monsanto Technology LLC*

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 3rd day of June, 2011 the foregoing was filed electronically with the Clerk of the Court for the United States District Court Eastern District of Missouri, Eastern Division, and served by operation of that Court's electronic filing system upon the following counsel of record:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
500 N. Broadway, Suite 2000
St. Louis, MO  63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY  10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015

*Attorneys for Defendants*

                    /s/ Joseph P. Conran           .