UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY, and ) <br> MONSANTO TECHNOLOGY LLC ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> E.I. DUPONT DE NEMOURS AND ) <br> COMPANY and PIONEER HI-BRED ) <br> INTERNATIONAL, INC., ) <br> ) <br> Defendants. ) | Case No. 4:09-cv-00686-ERW |

**<u>MONSANTO'S REPLY IN SUPPORT OF ITS MOTION FOR EXTENSION OF TIME</u>**

Most of the statements in Defendants' response to Monsanto's brief motion for extension of time are not germane to the instant request. When Monsanto and Defendants initially agreed to the June 3rd deadline, it was with the understanding that additional time may be required depending on the volume of the documents and the speed of the review. Based upon the current volume and speed, Monsanto needs two additional weeks to complete its production and asked Defendants in good faith for that simple courtesy. Unfortunately, Defendants declined to grant that request, forcing Monsanto to file the present Motion.[1] Monsanto continues to work diligently on completing its review and will finish its production by June 17, 2011.

Dated: June 6, 2011

---

[1] If the Court desires a response to any of the statements put forth in Defendants' brief, Monsanto will file one forthwith. At the present time, however, Monsanto believes any additional briefing on the matter is unnecessary.

Respectfully submitted,

HUSCH BLACKWELL LLP

By: /s/ Joseph P. Conran                              .
Joseph P. Conran, E.D.Mo. # 21635MO
joe.conran@huschblackwell.com
Omri E. Praiss, E.D.Mo. # 41850MO
omri.praiss@huschblackwell.com
Greg G. Gutzler, E.D.Mo. # 48893MO
greg.gutzler@huschblackwell.com
Tamara M. Spicer, E.D.Mo. # 54037MO
tamara.spicer@huschblackwell.com
Steven M. Berezney, E.D.Mo. # 56091MO
steve.berezney@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500 – telephone
(314) 480-1505 – facsimile

WINSTON & STRAWN LLP
Dan K. Webb
dwebb@winston.com
George C. Lombardi
glombardi@winston.com
Todd J. Ehlman
tehlman@winston.com
James M. Hilmert
jhilmert@winston.com
35 W. Wacker Drive, Suite 4200
Chicago, IL 60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

John J. Rosenthal
jrosenthal@winston.com
Matthew A. Campbell
macampbell@winston.com
Jovial Wong
jwong@winston.com
1700 K Street, N.W.
Washington, DC 20006
(202) 282-5000 – telephone
(202) 282-5100 – facsimile

Gail J. Standish
gstandish@winston.com
333 South Grand Avenue
Los Angeles, CA 90071-1543
(213) 615-1700 – telephone
(213) 615-1750 – facsimile

MCDERMOTT WILL & EMERY
Steven G. Spears
sspears@mwe.com
1000 Louisiana Street, Suite 3900
Houston, TX 77002-5005
(713) 653-1700 – telephone
(713) 739-7592 – facsimile

*Attorneys for Plaintiff Monsanto Company and Monsanto Technology LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of Court and served by operation of the Court's ECF System to all attorneys of record as indicated, this the 6th day of June, 2011:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY  10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015

*Attorneys for Defendants*

                                                /s/ Joseph P. Conran              .