UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY, and<br>MONSANTO TECHNOLOGY LLC<br><br>     Plaintiffs,<br><br>          v.<br><br>E.I. DUPONT DE NEMOURS AND<br>COMPANY and PIONEER HI-BRED<br>INTERNATIONAL, INC.,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)  Case No. 4:09-cv-00686 (ERW)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MONSANTO'S FOR RECONSIDERATION OF THE COURT'S
JUNE 7, 2011 ORDER ON MONSANTO'S MOTION FOR EXTENSION OF TIME**

Plaintiffs Monsanto Company and Monsanto Technology LLC (collectively "Monsanto") respectfully move for reconsideration of the Court's ruling on Monsanto's motion for extension of time of the supplemental production deadline. (Dkt. #781.)  Monsanto is appreciative of the Court providing additional time in its Order and has worked diligently over the past several days to avail itself of that extension.  Monsanto wishes to advise the Court, however, that it has been advised by its technical consultants that there is a possibility that Monsanto may not be able to complete its production by the current deadline of Monday, June 13th due to technical issues with the electronic processing of documents.

Monsanto has made great progress in its production efforts.  Its attorneys have completed their review of all the documents collected from the five additional custodians, and Monsanto will shortly be producing over 35,000 documents, estimated at this time to consist of roughly a million pages.  The possible delay concerns the technical process of converting the electronic documents into a format that can be produced to Defendants.  Once an electronic document is

1

identified as responsive and non-privileged, technical consultants must convert the document from its current format into what is known as a "TIFF" file format.  The converted document then must be reloaded into the database and stamped with bates numbers and confidentiality designations before they can be produced.  Monsanto's technical consultants have advised that given the current, slower-than-expected rate of conversion and the remaining volume to be converted, this process may not be completed by Monday, June 13th despite working through the weekend.  Monsanto sought alternatives to speed up the conversion process.  But the only available solution is to retain additional third-party vendors, which would require the materials to be pulled out the litigation support system and forwarded to several different vendors to speed the production process.  To accomplish this could add an *additional* $45,000 to the already substantial cost of the supplemental production.

Monsanto will use its best efforts to attempt to reach the June 13th deadline.  However, out of an abundance of caution and in order to avoid the need to file an emergency motion the day the production is due, Monsanto requests the Court for a two-day extension to assure that Monsanto can complete its production on time.[1]  Monsanto has conferred with Defendants, and they do not object to Monsanto's request.

Dated: June 10, 2011

---

[1] Alternatively, if the Court so desires, Monsanto is willing to provide the Court with a status update on Monday morning when it can better determine whether an extension is actually required.

Respectfully submitted,

HUSCH BLACKWELL LLP

By: /s/ Joseph P. Conran                    .
Joseph P. Conran, E.D.Mo. # 21635MO
joe.conran@huschblackwell.com
Omri E. Praiss, E.D.Mo. # 41850MO
omri.praiss@huschblackwell.com
Greg G. Gutzler, E.D.Mo. # 48893MO
greg.gutzler@huschblackwell.com
Tamara M. Spicer, E.D.Mo. # 54037MO
tamara.spicer@huschblackwell.com
Steven M. Berezney, E.D.Mo. # 56091MO
steve.berezney@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500 – telephone
(314) 480-1505 – facsimile

WINSTON & STRAWN LLP
Dan K. Webb
dwebb@winston.com
George C. Lombardi
glombardi@winston.com
Todd J. Ehlman
tehlman@winston.com
James M. Hilmert
jhilmert@winston.com
35 W. Wacker Drive, Suite 4200
Chicago, IL 60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

John J. Rosenthal
jrosenthal@winston.com
Matthew A. Campbell
macampbell@winston.com
Jovial Wong
jwong@winston.com
1700 K Street, N.W.
Washington, DC 20006
(202) 282-5000 – telephone
(202) 282-5100 – facsimile

Gail J. Standish
gstandish@winston.com
333 South Grand Avenue
Los Angeles, CA 90071-1543
(213) 615-1700 – telephone
(213) 615-1750 – facsimile

MCDERMOTT WILL & EMERY
Steven G. Spears
sspears@mwe.com
1000 Louisiana Street, Suite 3900
Houston, TX 77002-5005
(713) 653-1700 – telephone
(713) 739-7592 – facsimile
*Attorneys for Plaintiff Monsanto Company and Monsanto Technology LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of Court and served via the Court's ECF System to all attorneys of record as indicated, this the 10th day of June, 2011:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

*Attorneys for Defendants*

/s/ Joseph P. Conran