UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Monsanto Company et al.

Plaintiff(s),

v.

Case No. 4:09-cv-00686-ERW

E.I. DuPont de Nemours & Co. et al.

Defendant(s).

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office:

### Option 1

☐ An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for _____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case. All other extensions require court approval.*

### Option 2

☒ A final ADR conference was held on: February 22, 2011.

☒ All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

☐ The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on March 4, 2011. The parties [☐ did ☒ did not] achieve a settlement.
                                                              Check One

### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date 6/17/11   Neutral _____
                         Signature