UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>E.I. DUPONT DE NEMOURS AND<br>COMPANY and PIONEER HI-BRED<br>INTERNATIONAL, INC.,<br><br>　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　　Case No. 4:09CV00686 ERW<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiffs Monsanto Company and Monsanto Technology LLC's Eighth Motion to Compel (Third Motion to Compel Production of Recalled Documents) [doc. #733] is **DENIED, as moot**.  In their Notice filed on June 20, 2011 [doc. #795], Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc. represent that they have produced all of the documents at issue in Monsanto's Motion, thereby complying with the Court's June 13, 2011 Memorandum and Order [doc. #791].

　　Dated this 22nd Day of June, 2011.

　　　　　　　　　　　　　　　　　　　　　　_E. Richard Webber_
　　　　　　　　　　　　　　　　　　　　　　E. RICHARD WEBBER
　　　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE