UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Courtroom Minute Sheet – Civil Case

Date <u>July 18, 2011</u>   Judge  <u>E. RICHARD WEBBER</u>   Case No.  <u>4:09CV00686 ERW</u>

<u>MONSANTO COMPANY, et al.</u>  v.  <u>E.I. DUPONT DE NEMOURS AND COMPANY, et al.</u>

Court Reporter   <u>C. Simpson</u>                       Deputy Clerk <u>M. Berg</u>

Attorney(s) for Plaintiff(s)    <u>J. Conran, J. Rosenthal, K. McClain</u>

Attorney(s) for Defendant(s)   <u>L. Ben-Ami, A. Mauser, C. Hayes,, D. Goerisch, O. Bennett</u>

G Court Appoints _____   G Sealed Proceeding

**Proceedings:**

G Rule 16 Conference            G Pretrial Conference         G Oral Motion
G Status Conference             U In Chambers Conference
9 Motion Hearing                G Informal Matter
G Oral Arguments                G Settlement Conference

Parties present for hearing by <u>telephone conference to discuss [750} Ninth Motion to Compel and [767] Cross Motion to Compel.  Court and counsel heard regarding means of producing documents for in camera review. Following discussion in Chambers, the Court advises parties that all document production should be in both hard copy and pdf format.</u>

Next hearing date/time _____   Type of hearing _____

Bfore _____

Proceeding commenced      <u>10:00</u>        Proceeding concluded    <u>10:15</u>

Continued to _____

Q  **TERMINATE CASE REFERRAL**            G   **COPY TO DISTRICT JUDGE**