12/28/06

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Courtroom Minute Sheet – Civil Case

Date <u>July 22, 2011</u>   Judge <u>E. RICHARD WEBBER</u>   Case No. <u>4:09CV00686 ERW</u>

<u>MONSANTO COMPANY, et al.</u> v. <u>E.I. DUPONT DE NEMOURS AND COMPANY, et al.</u>

Court Reporter <u>Christine Simpson</u>   Deputy Clerk <u>MELANIE BERG</u>

Attorney(s) for Plaintiff(s) <u>Joseph P. Conran, John J. Rosenthal, Greg G. Gutzler, Kyle McClain</u>

Attorney(s) for Defendant(s) <u>Leora Ben-Ami, C. David Goerisch, Thomas Fleming, Amy J. Mauser, Jeanna Wacker, Christopher L. Hayes</u>

G Court Appoints ____   G Sealed Proceeding

**Proceedings:**

G Rule 16 Conference            G Pretrial Conference         G Oral Motion
G Status Conference             W In Chambers Conference
G Motion Hearing                G Informal Matter
G Oral Arguments                G Settlement Conference

Parties present for hearing on <u>by telephone to discuss production of documents for in camera review. Counsel heard. Order to follow.</u>

Next hearing date/time ____   Type of hearing ____

Before ____

Proceeding commenced <u>9:00 a.m.</u>   Proceeding concluded <u>9:30 a.m.</u>

Continued to ____

Q **TERMINATE CASE REFERRAL**          G **COPY TO DISTRICT JUDGE**