UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MONSANTO COMPANY and
MONSANTO TECHNOLOGY LLC,

        Plaintiffs,

v.

E.I. DU PONT DE NEMOURS AND CO. and
PIONEER HI-BRED INTERNATIONAL, INC.,

        Defendants.

Case No. 4:09-cv-0686 (ERW)

# EXHIBIT 4

## May 23, 2008 Monsanto Press Release

**MEMORANDUM IN SUPPORT OF DUPONT'S MOTION TO COMPEL TESTIMONY AND DOCUMENTS RELATED TO SYNGENTA'S ROUNDUP READY 1 LICENSE AND TESTIMONY RELATED TO SYNGENTA'S ROUNDUP READY 2 LICENSE AND DUPONT'S RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELATED TO SYNGENTA'S ROUNDUP READY 2 LICENSE**

Case: 4:09-cv-00686-ERW   Doc. #: 833-1   Filed: 08/17/11   Page: 2 of 4 PageID #: 40059

Monsanto and Syngenta Reach Royalty-Bearing Licensing Agreement on Roundup Ready 2 Yield... -- re> ST. LOUIS, May 23 /PRNewswire-FirstCall/ --                                                                                  8/10/11 11:18 AM



 PRINT THIS

# Monsanto and Syngenta Reach Royalty-Bearing Licensing Agreement on Roundup Ready 2 Yield Soybean Technology

Global business agreement provides broader farmer access and expands the market opportunity for Monsanto's second-generation herbicide-tolerant technology

```
     ST. LOUIS, May 23 /PRNewswire-FirstCall/ -- Monsanto today expanded the
potential commercial availability of its breakthrough Roundup Ready 2
Yield(TM) soybean technology by granting a global royalty-bearing license
to Syngenta for use across its soybean seed brands. Monsanto's Asgrow(R)
brand and American Seeds Inc. companies' brands are preparing for the
introduction of this higher-yielding soybean technology, and the company is
also broadly offering the technology to its Corn States customers to
further expand the reach at the time of introductory launch in 2009.

     With Syngenta's agreement to terms for a Roundup Ready 2 Yield license,
Monsanto now estimates a potential available acreage for the product of 45
million to 55 million acres in the United States, or an increase of more
than 10 percent over its original projection of 40 million to 50 million
acres. Monsanto believes that Roundup Ready 2 Yield ultimately could be
used on approximately seventy-five percent of an average of 60 million to
70 million soybean acres in the United States. Sales of Syngenta's brands
represented approximately 12 percent of total U.S. soybean sales in 2007.
Monsanto's Asgrow and American Seeds Inc. brands collectively represented
approximately 27 percent of total U.S. soybean sales in 2007.

     Monsanto's Roundup Ready 2 Yield soybeans will be introduced on 1
million to 2 million acres for the 2009 season as part of a controlled
commercial release, followed by a large-scale product launch of 5 million
to 6 million acres scheduled for 2010.

     "Roundup Ready 2 Yield will be the first of four game-changing
technologies that Monsanto plans to bring to farmers between now and the
middle of the next decade," said Brett Begemann, executive vice president
of Monsanto's global commercial business.

     "Roundup Ready 2 Yield will be the new platform in soybeans, and can
provide farmers with yield gains that have never been seen before in this
crop," said Begemann. "In the future, this product will also serve as
Monsanto's base technology for the next wave of soybean traits that enhance
oil content or take yields to higher levels."
```

Monsanto's second-generation soybean technology is poised to increase soybean yields for farmers allowing them to use the additive yield to support the world's growing food, feed and fuel needs. Four years of Monsanto research trials demonstrate that Roundup Ready 2 Yield soybeans provide a consistent yield advantage of 7 percent to 11 percent when compared with its predecessor, Roundup Ready(R) soybeans. The four-year average yield increase of Roundup Ready 2 Yield over its first-generation counterpart was 9 percent.

As part of today's announcement, Monsanto said that it has also reached a global business agreement with Syngenta that establishes cooperative arrangements that are expected to result in new technology options for farmers.

Under the agreement:
-- Monsanto receives a royalty-bearing license to Syngenta's enabling technology related to Monsanto's third-generation herbicide-tolerant technology, Dicamba tolerance.
-- Monsanto grants Syngenta a royalty-free license to its rights around specific herbicide-tolerant corn technology (GA21 event) and to its rights around specific insect-protected corn borer technology (Bt11).
-- Monsanto and Syngenta agreed to settle all patent, antitrust and commercial litigation between them and their subsidiaries. Some of these disputes include Syngenta's antitrust suit, Monsanto's patent infringement suit on herbicide-tolerant corn technologies, and a dispute between the parties on herbicide-tolerant soybean technology.
-- Monsanto and Syngenta agreed to cross-enable each other to develop and deliver innovative new herbicide-tolerant and Bt insect-protection products in corn, cotton and soybeans to compete for the business of farmers around the world.

"We're pleased that we were able to work with Syngenta to put farmer customers first and reach an agreement that offers them tremendous benefits and choice in the seasons ahead," said Begemann. "Our goal is to be the technology collaborator of choice within the agricultural industry."

Additional specific details of the agreement were not disclosed.

Monsanto Company (NYSE:   MON) is a leading global provider of technology- based solutions and agricultural products that improve farm productivity and food quality.

Note to editors:
-- Monsanto Company does not sell and has not authorized the commercial sale or use of Roundup Ready 2 Yield soybeans. Any product produced from a Roundup Ready 2 Yield soybean crop or seed may only be used, exported to, processed or sold in countries where regulatory approvals have been granted.  It is a violation of national and international law to move material containing biotech traits across boundaries into nations where import is not permitted.
-- Roundup Ready, Roundup Ready 2 Yield and Asgrow are trademarks of Monsanto Technology LLC.

Cautionary Statements Regarding Forward-Looking Information:

Certain statements contained in this release are "forward-looking statements," such as statements concerning the company's anticipated

Case: 4:09-cv-00686-ERW   Doc. #: 833-1   Filed: 08/17/11   Page: 4 of 4 PageID #: 40061

Monsanto and Syngenta Reach Royalty-Bearing Licensing Agreement on Roundup Ready 2 Yield... -- re> ST. LOUIS, May 23 /PRNewswire-FirstCall/ --      8/10/11 11:18 AM

financial results, current and future product performance, regulatory approvals, business and financial plans and other non-historical facts. These statements are based on current expectations and currently available information. However, since these statements are based on factors that involve risks and uncertainties, the company's actual performance and results may differ materially from those described or implied by such forward-looking statements. Factors that could cause or contribute to such differences include, among others: continued competition in seeds, traits and agricultural chemicals; the company's exposure to various contingencies, including those related to intellectual property protection, regulatory compliance and the speed with which approvals are received, and public acceptance of biotechnology products; the success of the company's research and development activities; the outcomes of major lawsuits; developments related to foreign currencies and economies; successful operation of recent acquisitions; fluctuations in commodity prices; compliance with regulations affecting our manufacturing; the accuracy of the company's estimates related to distribution inventory levels; the company's ability to fund its short-term financing needs and to obtain payment for the products that it sells; the effect of weather conditions, natural disasters and accidents on the agriculture business or the company's facilities; and other risks and factors detailed in the company's most recent reports on Forms 10-Q and 10-K. Undue reliance should not be placed on these forward-looking statements, which are current only as of the date of this release. The company disclaims any current intention or obligation to update any forward-looking statements or any of the factors that may affect actual results.

SOURCE Monsanto

Back to top

**Find this article at:**
http://www.prnewswire.com/news-releases/monsanto-and-syngenta-reach-royalty-bearing-licensing-agreement-on-roundup-ready-2-yield-soybean-technology-57287392.html

☐ Check the box to include the list of links referenced in the article.