UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and ) | |
| MONSANTO TECHNOLOGY LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:09CV00686 ERW |
| ) | |
| E.I. DUPONT DE NEMOURS AND ) | |
| COMPANY and PIONEER HI-BRED ) | |
| INTERNATIONAL, INC., ) | |
| ) | |
| Defendants. ) | |

### NOTICE TO PARTIES REGARDING IN-CAMERA REVIEW

The Court has completed in-camera review of DuPont's and Pioneer's Redacted Documents Volumes 1 thru 46.

**IT IS HEREBY ORDERED** that counsel for Defendants shall contact chambers and provide chambers with the name(s) of the individual(s) who will be retrieving these volumes from chambers. Said individual(s) must provide proof of identity at time of receiving such documents. Defendants' Redacted Documents Volumes 1 thru 46 may be removed from chambers at counsels' convenience.

So Ordered this 24th day of August, 2011.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE