UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC,<br><br>Plaintiffs/Counterclaim-Defendants,<br><br>vs.<br><br>E.I. DUPONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC.,<br><br>Defendants/Counterclaim-Plaintiffs. | Case No. 4:09-cv-00686 (ERW) |

**DEFENDANTS' MOTION TO ENTER FOURTH AMENDED
CASE MANAGEMENT ORDER–PATENT/CONTRACT CLAIMS**

Defendants E.I. du Pont de Nemours and Co. and Pioneer Hi-Bred International, Inc. (collectively, "Defendants") hereby move for the entry of a Fourth Amended Case Management–Patent/Contract Claims containing the following deadlines agreed to by the parties:

| | |
|---|---|
| **Close of Fact Discovery** | September 30, 2011 |
| **Service of Opening Expert Reports** | October 18, 2011 |
| **Service of Rebuttal Expert Reports** | November 22, 2011 |
| **Deadline for Completion of Expert Depositions** | December 30, 2011 |
| **Last Day for Filing Dispositive motions** | January 4, 2012 |
| **Opposing Submissions to Dispositive Motions** | January 30, 2012 |
| **Replies on Dispositive Motions** | February 14, 2012 |
| **Pretrial Conference** | April 5, 2012 |
| **Jury Trial Starts** | April 16, 2012 |

These dates are the result of discussions with Monsanto lasting well over a week, and Monsanto agreed to these dates this past Tuesday, August 23, 2011.  The instant motion is not being filed as a joint motion, however, because Defendants believe it is important to notify the Court at the earliest possible opportunity of the parties' agreed dates for the resolution of the patent/contract claims.

Defendants advise the Court that the parties are unable to reach agreement regarding the effect, if any, that the entry of the Fourth Amended Case Management Order – Patent/Contract Claims should have on the Case Management Order – Antitrust Claims (Dkt. 421).  Monsanto has taken the position that the parties' respective position statements regarding these issues should be submitted jointly to the Court in the same document advising the Court of the agreed dates on the patent/contract claims.  Monsanto, however, has failed to provide its position statement to Defendants for insertion into a joint filing, even though Defendants requested it days ago and informed Monsanto that they needed to make this submission to the Court today, and Defendants do not believe they can wait any longer to notify the Court of the dates on the patent/contract claims.

Defendants are prepared to make a joint filing or separate simultaneous filings regarding the effect, if any, that the entry of the Fourth Amended Case Management Order – Patent/Contract Claims should have on the Case Management Order – Antitrust Claims (Dkt. 421).

Dated:  August 25, 2011                          Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By:     /s/ C. David Goerisch
        Andrew Rothschild, #23145MO
        C. David Goerisch, #48418MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri  63101
(314) 444-7600
(314) 241-6056 (facsimile)
arothschild@lewisrice.com
dgoerisch@lewisrice.com

Leora Ben-Ami
Thomas F. Fleming
Christopher T. Jagoe
Howard S. Suh
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York  10022
(212) 836-8000
(212) 836-8689 (facsimile)
lbenami@kayescholer.com
tfleming@kayescholer.com
cjagoe@kayescholer.com
hsuh@kayescholer.com

Donald L. Flexner
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue, 7th Fl.
New York, New York 10022
(212) 446-2300
(212) 446-2350 (facsimile)
dflexner@bsfllp.com

James P. Denvir
Amy J. Mauser
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
202-237-2727
202-237-6131 (facsimile)
jdenvir@bsfllp.com
amauser@bsfllp.com

*Counsel for Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2011, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

- **Steven M. Berezney**
steve.berezney@huschblackwell.com
- **Kurt G. Calia**
kcalia@cov.com
- **Matthew A. Campbell**
macampbell@winston.com
- **Scott W. Clark**
sclark@mwe.com
- **Joseph P. Conran**
joe.conran@huschblackwell.com
- **Todd J. Ehlman**
tehlman@winston.com
- **Anthony J. Franze**
Anthony.Franze@aporter.com
- **Greg G. Gutzler**
greg.gutzler@huschblackwell.com
- **James M. Hilmert**
jhilmert@winston.com
- **George C. Lombardi**
glombardi@winston.com
- **Kurt A. Mathas**
kmathas@winston.com
- **Omri E. Praiss**
omri.praiss@huschblackwell.com
- **John J. Rosenthal**
jrosenthal@winston.com
- **Mark A. Smith**
markasmith@winston.com
- **Steven G. Spears**
sspears@mwe.com,jjknapp@mwe.com
- **Tamara M. Spicer**
tamara.spicer@huschblackwell.com,jean.melenbrink@huschblackwell.com
- **Gail J. Standish**
gstandish@winston.com
- **Dan K. Webb**

dwebb@winston.com

                                             /s/ C. David Goerisch