COURTROOM MINUTE SHEET

CAUSE NO. 4:09CV686ERW   DATE: 8-25-11
JUDGE: E. Richard Webber
COURT REPORTER: D. Kriegshauser
DEPUTY CLERK: M Berg

Monsanto Company, et al
vs.
E.I. Dupont et al

ATTY(S) FOR PLTF(S): John Rosenthal, Joe Conran
ATTY(S) FOR DEFT(S): David Goerisch

PARTIES PRESENT FOR telephone status conference re: in camera review.

ATTY(S) PRESENT:
COURTROOM TIME: 8:50 - 9:05