UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| E.I. DU PONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC., | ) ) ) ) |
| Defendants. | ) |

Case No. 4:09CV00686 ERW

## ORDER

**IT IS HEREBY ORDERED** that Defendants' Motion for Partial Summary Judgment of Anticipation of the Asserted Plant Genus Claims of the '247 RE Patent over PCT Application No. WO 92/04449 based on Acquiescence [ECF No. 599], Defendants' Motion for Partial Summary Judgment of Absolute Intervening Rights [ECF No. 610], the parties' Joint Motion to Amend Paragraphs I.1, I.3, and I.5 of the Court's Third Amended Case Management Order – Patent [ECF No. 632], and Monsanto's Motion to Deem Defendants' Summary Judgment Motions as Filed on June 1, 2011 [ECF No. 648] are **DENIED**.  The Court will issue a new Case Management Order after it has completed the ongoing *in camera* review of documents, at which point the parties will be permitted to re-file these Motions.

Dated this 29th Day of August, 2011.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE