RECEIVED
SEP 1 2 2011
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO.
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 4:09-CV-00686-ERW ) |
| E.I. DUPONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC., | ) ) ) ) |
| Defendants. | ) ) |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Robert J. Dwyer, move to be admitted *pro hac vice* to the bar of this Court for the purpose of representing Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc. in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Robert J. Dwyer;

(b) 575 Lexington Avenue, 7th Floor, New York, NY 10022, telephone number is (212) 303-3524 and facsimile number is (212)446-2350;

(c) Boies, Schiller & Flexner LLP;

(d) Robert J. Dwyer attended Harvard Law School and graduated in 1972 therefrom;

(e) Robert J. Dwyer was admitted to the New York Bar in 1973, registration no. 1473404;

#4644023767

(f) Robert J. Dwyer is a member in good standing of all bars of which he is a member; Robert J. Dwyer is not under suspension or disbarment from any bar;

(g) Robert J. Dwyer does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Robert J. Dwyer attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that he be admitted *pro hac vice* to the bar of this court to appear in the instant matter.

Dated: New York, NY
September 9, 2011

/s/ Robert J. Dwyer
Robert J. Dwyer

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ROBERT JEFFREY DWYER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **March 19, 1973**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

September 9, 2011

_Clerk of the Court_

3646