UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>E.I. DU PONT DE NEMOURS AND CO. and PIONEER HI-BRED INTERNATIONAL, INC.,<br><br>Defendants. | Case No.  09-cv-0686 (ERW) |

### DUPONT AND PIONEER'S MOTION TO WITHDRAW CERTAIN INDIVIDUAL COUNSEL

E.I. DuPont de Nemours and Company ("DuPont") and Pioneer Hi-Bred International, Inc. ("Pioneer") hereby request that this Court enter an Order withdrawing Terence P. Woodsome as counsel for DuPont and Pioneer in this matter.  Mr. Woodsome is no longer associated with the law firm of Kaye Scholer LLP, and he no longer participates in this litigation.  The law firms of Kaye Scholer LLP, Boies, Schiller & Flexner LLP, and Lewis, Rice & Fingersh, L.C. continue to represent DuPont and Pioneer in this litigation and all other counsel of record from these firms should remain on the Court's distribution list.  Accordingly, the Court should enter an Order withdrawing Mr. Woodsome as counsel for Pioneer and Dupont, and should also remove Mr. Woodsome from the Court's Electronic Mail Notice list for this case.

Dated:  September 13, 2011

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By:      /s/ C. David Goerisch
       Andrew Rothschild, #23145MO
       C. David Goerisch, #48418MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri  63101
(314) 444-7600
(314) 241-6056 (facsimile)
arothschild@lewisrice.com
dgoerisch@lewisrice.com

Leora Ben-Ami
Thomas F. Fleming
Christopher T. Jagoe
Howard S. Suh
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York  10022
(212) 836-8000
(212) 836-8689 (facsimile)
lbenami@kayescholer.com
tfleming@kayescholer.com
cjagoe@kayescholer.com
hsuh@kayescholer.com

Donald L. Flexner
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue, 7th Fl.
New York, New York 10022
(212) 446-2300
(212) 446-2350 (facsimile)
dflexner@bsfllp.com

James P. Denvir
Amy J. Mauser
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
202-237-2727
202-237-6131 (facsimile)
jdenvir@bsfllp.com
amauser@bsfllp.com

*Counsel for Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 13, 2011, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

- **Steven M. Berezney**
steve.berezney@huschblackwell.com
- **Kurt G. Calia**
kcalia@cov.com
- **Matthew A. Campbell**
macampbell@winston.com
- **Scott W. Clark**
sclark@mwe.com
- **Joseph P. Conran**
joe.conran@huschblackwell.com
- **Todd J. Ehlman**
tehlman@winston.com
- **Anthony J. Franze**
Anthony.Franze@aporter.com
- **Greg G. Gutzler**
greg.gutzler@huschblackwell.com
- **James M. Hilmert**
jhilmert@winston.com
- **George C. Lombardi**
glombardi@winston.com
- **Kurt A. Mathas**
kmathas@winston.com
- **Omri E. Praiss**
omri.praiss@huschblackwell.com
- **John J. Rosenthal**
jrosenthal@winston.com
- **Mark A. Smith**
markasmith@winston.com
- **Steven G. Spears**
sspears@mwe.com,jjknapp@mwe.com
- **Tamara M. Spicer**
tamara.spicer@huschblackwell.com,jean.melenbrink@huschblackwell.com
- **Gail J. Standish**
gstandish@winston.com
- **Dan K. Webb**
dwebb@winston.com

             /s/ C. David Goerisch