UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) )   Case No. 4:09CV00686 ERW ) |
| E.I. DUPONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC., | ) ) ) ) |
| Defendants. | ) |

## NOTICE TO PARTIES REGARDING IN-CAMERA REVIEW

The Court has completed in-camera review of Monsanto's Partially Privileged Redacted and Unredacted Documents Binders 1 thru 29 of each set, supplemental binder of August 4, 2011 and supplemental binder of Previously Produced Redacted Documents.

**IT IS HEREBY ORDERED** that counsel for Monsanto shall contact chambers and provide chambers with the name(s) of the individual(s) who will be retrieving these binders from chambers.  Said individual(s) must provide proof of identity at time of receiving such documents. Monsanto's Partially Privileged Redacted and Unredacted Documents Binders 1 thru 29 of each set, supplemental binder of August 4, 2011 and supplemental binder of Previously Produced Redacted Documents may be removed from chambers at counsels' convenience.

So Ordered this 21st day of September, 2011.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE