IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>E.I. DUPONT DE NEMOURS AND<br>COMPANY and PIONEER HI-BRED<br>INTERNATIONAL, INC.,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　　Case No. 4:09-cv-00686-ERW |

### **RESPONSE TO DEFENDANTS' SEPTEMBER 15, 2011 MOTION TO STRIKE**

In asking the Court to strike part of Monsanto's September 12, 2011 letter to the Court, Defendants seek controversy where none exists. Monsanto included its letter with the materials submitted to chambers to assist the Court in its *in camera* review of Defendants' privilege assertions—not to incite yet another round of briefing on these issues.

As the Court knows, its August 30, 2011 Order instructed the parties first to exchange any additional objections to each other's privilege assertions, then to meet and confer on those objections, and finally, if those objections could not be resolved, to file a notice with the Court identifying no more than 100 documents from the opposing party's log for the Court to review. (Dkt. 853 at 2). Monsanto filed its notice on September 12, 2011. (Dkt. 875). As part of its notice, Monsanto provided a letter to the Court briefly explaining the nature of its remaining challenges to Defendants' privilege log. Monsanto attached that letter and all supporting exhibits to its filing and served all of that information on Defendants.

Monsanto provided its letter solely to help the Court understand why Monsanto has challenged these particular 100 documents. Without the letter, the Court would only have the Defendants' own description of the privilege basis—not Monsanto's basis for concluding that

those privilege assertions are erroneous.  For example, as Monsanto noted in its letter, former DuPont and Pioneer in-house attorneys Daniel Jacobi and Jeff Rowe have transitioned to business positions within DuPont and Pioneer.  Monsanto has challenged certain purportedly privileged communications with those two individuals that took place after they had moved to non-legal positions.  This information would not likely have been apparent to the Court during its *in camera* review.  Monsanto's letter was simply an effort to provide the Court that information.

In short, Monsanto's letter was solely intended to assist the Court.  Monsanto is confident that the Court, in its own discretion, can decide whether such information is indeed helpful or whether it should be stricken.

Dated:  September 26, 2011	Respectfully submitted,

HUSCH BLACKWELL LLP

By:  /s/ Joseph P. Conran                              .
Joseph P. Conran, E.D.Mo. # 21635MO
joe.conran@huschblackwell.com
Omri E. Praiss, E.D.Mo. # 41850MO
omri.praiss@huschblackwell.com
Greg G. Gutzler, E.D.Mo. # 48893MO
greg.gutzler@huschblackwell.com
Dutro E. Campbell, E.D.Mo. # 47942MO
bruce.campbell@huschblackwell.com
Tamara M. Spicer, E.D.Mo. # 54037MO
tamara.spicer@huschblackwell.com
Steven M. Berezney, E.D.Mo. # 56091MO
steve.berezney@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
(314) 480-1500 – telephone
(314) 480-1505 – facsimile

WINSTON & STRAWN LLP
Dan K. Webb
dwebb@winston.com
George C. Lombardi
glombardi@winston.com
Todd J. Ehlman
tehlman@winston.com
James M. Hilmert
jhilmert@winston.com
35 W. Wacker Drive, Suite 4200
Chicago, IL  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

John J. Rosenthal
jrosenthal@winston.com
Matthew A. Campbell
macampbell@winston.com
Jovial Wong
jwong@winston.com
Andrew E. Smith
aesmith@winson.com
Erica E. Stauffer
estauffer@winston.com
Zachary L. Spencer
zspencer@winston.com
Adam S. Nadelhaft
anadelhaft@winston.com
1700 K Street, N.W.
Washington, DC  20006
(202) 282-5000 – telephone
(202) 282-5100 – facsimile

Gail J. Standish
gstandish@winston.com
333 South Grand Avenue
Los Angeles, CA 90071-1543
(213) 615-1700 – telephone
(213) 615-1750 – facsimile

MCDERMOTT WILL & EMERY
Steven G. Spears
sspears@mwe.com
1000 Louisiana Street, Suite 3900
Houston, TX  77002-5005
(713) 653-1700 – telephone
(713) 739-7592 – facsimile
*Attorneys for Plaintiffs Monsanto Company and Monsanto Technology LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 26th day of September, 2011, the foregoing was served by electronic mail pursuant to agreement of counsel, upon the following:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Jack G. Stern, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY  10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Jonathan H. Sherman, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015

*Attorneys for Defendants*

   /s/ Joseph P. Conran