# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br>　　　　　　　　　　Plaintiffs,<br>　　　　v.<br>E.I. DU PONT DE NEMOURS AND CO. and<br>PIONEER HI-BRED INTERNATIONAL, INC.,<br>　　　　　　　　　　Defendants. | Case No.  09-cv-0686 (ERW) |

## MOTION FOR REEXAMINATION OF DOCUMENTS
## HELD NOT PRIVILEGED IN SEPTEMBER 22, 2011 ORDER

Pursuant to the Court's Order dated September 22, 2011 (Dkt. 894), Defendants DuPont and Pioneer hereby request that the Court reexamine the following 18 documents determined by the Court to be not privileged:

| Tab | Item ID | Family Location | Tab | Item ID | Family Location |
|---|---|---|---|---|---|
| 1 | 318098 | Volume 1, Tab 10 | 10 | 2588923 | Volume 22, Tab 1 |
| 2 | 1588981 | Volume 2, Tab 10 | 11 | 2588887 | Volume 23, Tab 1 |
| 3 | 1588982 | Volume 2, Tab 10 | 12 | 2588918 | Volume 23, Tab 1 |
| 4 | 1588987 | Volume 2, Tab 10 | 13 | 2588921 | Volume 23, Tab 1 |
| 5 | 18297981 | Volume 6, Tab 16 | 14 | 3010320 | Volume 28, Tab 10 |
| 6 | 2588884 | Volume 22, Tab 1 | 15 | 3010322 | Volume 28, Tab 10 |
| 7 | 2588893 | Volume 22, Tab 1 | 16 | 3010452 | Volume 28, Tab 11 |
| 8 | 2588896 | Volume 22, Tab 1 | 17 | 3010454 | Volume 28, Tab 11 |
| 9 | 2588907 | Volume 22, Tab 1 | 18 | 15768056 | Volume 36, Tab 7 |

Concurrently herewith, DuPont & Pioneer submit for *in camera* review a binder containing materials supporting the requests for reexamination as instructed in the Court's September 22, 2011 Order.  For the reasons set forth in these materials, the Court should reexamine each of these 18 documents[1] and find them to be privileged.

---

　　　　[1]  The documents at Tabs 2-4 and 6-18 are duplicates or close variants of each other.

Dated: October 3, 2011

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By: /s/ C. David Goerisch
      Andrew Rothschild, #23145MO
      C. David Goerisch, #48418MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
(314) 444-7600
(314) 241-6056 (facsimile)
arothschild@lewisrice.com
dgoerisch@lewisrice.com

Leora Ben-Ami
Thomas F. Fleming
Christopher T. Jagoe
Howard S. Suh
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York 10022
(212) 836-8000
(212) 836-8689 (facsimile)
lbenami@kayescholer.com
tfleming@kayescholer.com
cjagoe@kayescholer.com
hsuh@kayescholer.com

Donald L. Flexner
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue, 7th Fl.
New York, New York 10022
(212) 446-2300
(212) 446-2350 (facsimile)
dflexner@bsfllp.com

James P. Denvir
Amy J. Mauser
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
202-237-2727
202-237-6131 (facsimile)
jdenvir@bsfllp.com
amauser@bsfllp.com

*Counsel for Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 3, 2011, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

- **Steven M. Berezney**
steve.berezney@huschblackwell.com
- **Kurt G. Calia**
kcalia@cov.com
- **Matthew A. Campbell**
macampbell@winston.com
- **Scott W. Clark**
sclark@mwe.com
- **Joseph P. Conran**
joe.conran@huschblackwell.com
- **Todd J. Ehlman**
tehlman@winston.com
- **Anthony J. Franze**
Anthony.Franze@aporter.com
- **Greg G. Gutzler**
greg.gutzler@huschblackwell.com
- **James M. Hilmert**
jhilmert@winston.com
- **George C. Lombardi**
glombardi@winston.com
- **Kurt A. Mathas**
kmathas@winston.com
- **Omri E. Praiss**
omri.praiss@huschblackwell.com
- **John J. Rosenthal**
jrosenthal@winston.com
- **Mark A. Smith**
markasmith@winston.com
- **Steven G. Spears**
sspears@mwe.com,jjknapp@mwe.com
- **Tamara M. Spicer**
tamara.spicer@huschblackwell.com,jean.melenbrink@huschblackwell.com
- **Gail J. Standish**
gstandish@winston.com
- **Dan K. Webb**
dwebb@winston.com

                                          /s/ C. David Goerisch