UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY, ) <br> MONSANTO TECHNOLOGY LLC ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> E.I. DUPONT DE NEMOURS AND ) <br> COMPANY and PIONEER HI-BRED ) <br> INTERNATIONAL, INC., ) <br> ) <br> Defendants. ) | Case No. 4:09-cv-00686(ERW) |

**MONSANTO'S MOTION FOR REEXAMINATION
OF THE COURT'S PRIVILEGE DETERMINATIONS**

Pursuant to the Court's Order of September 22, 2011, Plaintiffs Monsanto Company and Monsanto Technology LLC (collectively "Monsanto") respectfully request that the Court reexamine the following twenty documents that the Court determined to be non-privileged in whole or in part:

| Tab | Document Number | Tab | Document Number |
|---|---|---|---|
| 1 | MOGAT1441311 | 11 | MOGAT1456809 |
| 2 | MOGAT1453618 | 12 | MOGAT1459744 |
| 3 | MOGAT1453644 | 13 | MOGAT1460097 |
| 4 | MOGAT1453718 | 14 | MOGAT1461342 |
| 5 | MOGAT1453758 | 15 | MOGAT1441271 |
| 6 | MOGAT1453901 | 16 | MOGAT1441459 |
| 7 | MOGAT1454864 | 17 | MOGAT1443311 |
| 8 | MOGAT1455092 | 18 | MOGAT1444415 |
| 9 | MOGAT1455584 | 19 | MOGAT1446056 |
| 10 | MOGAT1455653 | 20 | MOGAT1454957 |

*See* Dkt. 894. As instructed by the Court, Monsanto has delivered a binder containing both redacted and unredacted copies of each document listed above, as well as individualized

statements explaining why Monsanto believes each of the documents is privileged. *See id.* at 7. Monsanto relies upon these statements in support of this motion.[1] A declaration containing additional information that substantiates Monsanto's assertions of privilege is included in the binder as Exhibit A.

Dated: October 3, 2011

                                             Respectfully submitted,

                                             HUSCH BLACKWELL LLP

                                             By:  /s/ Joseph P. Conran
                                             Joseph P. Conran, E.D.Mo. # 21635MO
                                             joe.conran@huschblackwell.com
                                             Omri E. Praiss, E.D.Mo. # 41850MO
                                             omri.praiss@huschblackwell.com
                                             Greg G. Gutzler, E.D.Mo. # 48893MO
                                             greg.gutzler@huschblackwell.com
                                             Dutro E. Campbell, E.D.Mo. # 47942MO
                                             bruce.campbell@huschblackwell.com
                                             Tamara M. Spicer, E.D.Mo. # 54037MO
                                             tamara.spicer@huschblackwell.com
                                             Steven M. Berezney, E.D.Mo. # 56091MO
                                             steve.berezney@huschblackwell.com
                                             190 Carondelet Plaza, Suite 600
                                             St. Louis, MO  63105
                                             (314) 480-1500 – telephone
                                             (314) 480-1505 – facsimile

---

[1] Some of Monsanto's memoranda in support of this motion also request reexamination of documents bearing redactions identical to those identified in the above list.

2

WINSTON & STRAWN LLP
Dan K. Webb
dwebb@winston.com
George C. Lombardi
glombardi@winston.com
Todd J. Ehlman
tehlman@winston.com
James M. Hilmert
jhilmert@winston.com
35 W. Wacker Drive, Suite 4200
Chicago, IL  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

John J. Rosenthal
jrosenthal@winston.com
Matthew A. Campbell
macampbell@winston.com
Jovial Wong
jwong@winston.com
Andrew E. Smith
aesmith@winson.com
Erica E. Stauffer
estauffer@winston.com
Zachary L. Spencer
zspencer@winston.com
Adam S. Nadelhaft
anadelhaft@winston.com
1700 K Street, N.W.
Washington, DC  20006
(202) 282-5000 – telephone
(202) 282-5100 – facsimile

Gail J. Standish
gstandish@winston.com
333 South Grand Avenue
Los Angeles, CA 90071-1543
(213) 615-1700 – telephone
(213) 615-1750 – facsimile

MCDERMOTT WILL & EMERY
Steven G. Spears
sspears@mwe.com
1000 Louisiana Street, Suite 3900
Houston, TX  77002-5005
(713) 653-1700 – telephone
(713) 739-7592 – facsimile

*Attorneys for Plaintiff Monsanto Company and Monsanto Technology LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 3rd day of October, 2011, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, and was served by operation of that Court's electronic filing system, upon the following:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Jack G. Stern, Esq.
Robert J. Dwyer, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY  10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Jonathan H. Sherman, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015

*Attorneys for Defendants*

                                                                /s/ Joseph P. Conran