Binder 1 - Monsanto's Fully Privileged Documents

x = no redaction

| TAB | PRIVMOGAT PRODUCTION NUMBER | PRIVILEGE | SOURCE | CHALLENGE # | COURT RULING |
|---|---|---|---|---|---|
| 1 | 0025105 | AC | Carrato, Tom; Hamilton, Nancy; Hansen, Myles; Degroot, Tom | 1 | P |
|   | 0025106 | AC | Carrato, Tom; Hamilton, Nancy; Hansen, Myles; Degroot, Tom |   | P |
| 2 | 0025110 | AC | Snively, David | 2 | P |
| 3 | 0025114 | AC | Mariani, Randy | 3 | P |
| 4 | 0025115 | AC | Rands, Todd; Roman, Robert; Hoerner, Dennis | 4 | P |
|   | 0025116 | AC | Rands, Todd |   | P |
| 5 | 0025117 | AC | Stater, Stacey | 5 | P |
|   | 0025118 | AC | Stater, Stacey |   | P |
|   | 0025119 | AC | Stater, Stacey |   | P |
| 6 | 0025120 | AC | Bancum, Scott | 6 | P |
|   | 0025121 | AC | Bancum, Scott |   | P |

| | | | | | |
|---|---|---|---|---|---|
| 7 | 0025122 | AC | Li, Chunping; DeCamp, Michael; Mariani, Randy; Hoerner, Dennis | 7 | P |
| | 0025123 | AC | Li, Chunping; DeCamp, Michael; Mariani, Randy; Hoerner, Dennis | | P |
| | 0025124 | AC | Li, Chunping; DeCamp, Michael; Mariani, Randy; Hoerner, Dennis | | P |
| | 0025125 | AC | Li, Chunping; DeCamp, Michael; Mariani, Randy; Hoerner, Dennis | | P |
| | 0025126 | AC | DeCamp, Michael; Li, Chunping; Mariani, Randy; Hoerner, Dennis | | P |
| 8 | 0025131 | AC | Mariani, Randy; Hoerner, Dennis; DeCamp; Michael | 8 | P |
| 9 | 0025137 0025138[1] | AC | Hoerner, Dennis | 9 | P |
| 10 | 0025141 | AC | Roman, Robert | 10 | P |
| 11 | 0025168 0025169 0025170 | AC AC AC | Roman, Robert Roman, Robert Roman, Robert | 11 | P P P |
| 12 | 0025171 0025172 0025173 | AC AC AC | Roman, Robert Roman, Robert Roman, Robert | 12 | P P P |
| 13 | 0025174 | AC | Hoerner, Dennis; Mariani, Randy; Roman, Robert | 13 | P |
| 14 | 0025175 | AC | Mariani, Randy; Hansen, Myles; Roman, Robert | 14 | P |

[1]Blank page.

| 15 | 0025204 | AC | Hoerner, Dennis | 15 | P |
|----|---------|-----|-----------------|-----|-----|
| 16 | 0025205 | AC | Carrato, Tom | 16 | P |
| 17 | 0025212<br>0025213<br>0025214<br>0025215<br>0025216<br>0025217<br>0025218<br>0025219<br>0025220<br>0025221<br>0025222<br>0025223<br>0025224 | | | 17 | NP: 1, 3<br>NP: 1, 3<br>NP: 1, 3<br>NP: 1, 3<br>NP: 1, 3<br>NP: 1, 3<br>NP: 1, 3<br>NP: 1, 3<br>NP: 1, 3<br>NP: 1, 3<br>NP: 1, 3<br>NP: 1, 3<br>NP: 1, 3 |

| 18 | 0025225 | | | 18 | NP: 1, 3 |
|---|---|---|---|---|---|
| | 0025226 | | | | NP: 1, 3 |
| | 0025227 | | | | NP: 1, 3 |
| | 0025228 | | | | NP: 1, 3 |
| | 0025229 | | | | NP: 1, 3 |
| | 0025230 | | | | NP: 1, 3 |
| | 0025231 | | | | NP: 1, 3 |
| | 0025232 | | | | NP: 1, 3 |
| | 0025233 | | | | NP: 1, 3 |
| | 0025234 | | | | NP: 1, 3 |
| | 0025235 | | | | NP: 1, 3 |
| | 0025236 | | | | NP: 1, 3 |
| | 0025237 | | | | NP: 1, 3 |
| | 0025238 | | | | NP: 1, 3 |
| | 0025239 | | | | NP: 1, 3 |
| | 0025240 | | | | NP: 1, 3 |
| | 0025241 | | | | NP: 1, 3 |
| | 0025242 | | | | NP: 1, 3 |
| | 0025243 | | | | NP: 1, 3 |
| | 0025244 | | | | NP: 1, 3 |
| | 0025245 | | | | NP: 1, 3 |
| | 0025246 | | | | NP: 1, 3 |
| | 0025247 | | | | NP: 1, 3 |
| | 0025248 | | | | NP: 1, 3 |
| | 0025249 | | | | NP: 1, 3 |
| | 0025250 | | | | NP: 1, 3 |
| | 0025251 | | | | NP: 1, 3 |
| | 0025252 | | | | NP: 1, 3 |
| | 0025253 | | | | NP: 1, 3 |
| | 0025254 | | | | NP: 1, 3 |
| | 0025255 | | | | NP: 1, 3 |
| | 0025256 | | | | NP: 1, 3 |
| | 0025257 | | | | NP: 1, 3 |
| | 0025258 | | | | NP: 1, 3 |
| | 0025259 | | | | NP: 1, 3 |
| | 0025260 | | | | NP: 1, 3 |
| | 0025261 | | | | NP: 1, 3 |
| | 0025262 | | | | NP: 1, 3 |
| | 0025263 | | | | NP: 1, 3 |
| | 0025264 | | | | NP: 1, 3 |
| | 0025265 | | | | NP: 1, 3 |
| | 0025266 | | | | NP: 1, 3 |
| | 0025267 | | | | NP: 1, 3 |
| | 0025268 | | | | NP: 1, 3 |

| | | | | | |
|---|---|---|---|---|---|
| 18 (cont.) | 0025269 | | | 18 (cont.) | NP: 1, 3 |
| | 0025270 | | | | NP: 1, 3 |
| | 0025271 | | | | NP: 1, 3 |
| | 0025272 | | | | NP: 1, 3 |
| | 0025273 | | | | NP: 1, 3 |
| | 0025274 | | | | NP: 1, 3 |
| | 0025275 | | | | NP: 1, 3 |
| | 0025276 | | | | NP: 1, 3 |
| | 0025277 | | | | NP: 1, 3 |
| | 0025278 | | | | NP: 1, 3 |
| | 0025279 | | | | NP: 1, 3 |
| | 0025280 | | | | NP: 1, 3 |
| | 0025281 | | | | NP: 1, 3 |
| | 0025282 | | | | NP: 1, 3 |
| | 0025283 | | | | NP: 1, 3 |
| | 0025284 | | | | NP: 1, 3 |
| | 0025285 | | | | NP: 1, 3 |
| | 0025286 | | | | NP: 1, 3 |
| | 0025287 | | | | NP: 1, 3 |
| | 0025288 | | | | NP: 1, 3 |
| | 0025289 | | | | NP: 1, 3 |
| | 0025290 | | | | NP: 1, 3 |
| | 0025291 | | | | NP: 1, 3 |
| | 0025292 | | | | NP: 1, 3 |
| | 0025293 | | | | NP: 1, 3 |
| | 0025294 | | | | NP: 1, 3 |
| 19 | 0025298 | AC | DeCamp, Michael; Snively. David; Rands, Todd; Hoerner, Dennis Duros, Karen | 19 | P |
| | 0025299 | AC | DeCamp, Michael; Snively, David; Hoerner, Dennis; Rands, Todd; Duros, Karen | | P |
| 20 | 0025300 | AC | Stater, Stacey; Hoerner, Dennis; Hansen, Myles | 20 | P |

| 21 | 0025313[2] | AC | Degroot, Tom; Shelton, Reuben; Knoll, Susan; Bond, Gary; Orlet, Joe; Heineman, Ken | 21 | P |
| --- | --- | --- | --- | --- | --- |
| 22 | 0025314 | AC | Bond, Gary | 22 | P |
|    | 0025315 | AC | Bond, Gary; Hoerner, Dennis; Knoll, Susan |    | P |
| 23 | 0025316 | AC | Bond, Gary; Hoerner, Dennis; Knoll, Susan | 23 | P |
|    | 0025317 | AC | Bond, Gary; Hoerner, Dennis; Knoll, Susan |    | P |
| 24 | 0025318 | AC | Bond, Gary; Knoll, Susan; Patterson, Melinda | 24 |   |
| 25 | 0025319 | AC | Bond, Gary; Knoll, Susan; Patterson, Melinda | 25 | P |
| 26 | 0025320 | AC | Clark, Scott; Hoerner, Dennis; Lavin, Larry; Spears, Steven | 26 | P |
|    | 0025321 | AC | Clark, Scott; Hoerner, Dennis; Lavin, Larry; Spears, Steven |    | P |
| 27 | 0025322 | AC | Rands, Todd; Hoerner, Dennis; Bond, Gary; Roth, Michael | 27 | P |
| 28 | 0025323 | AC | Bonner, Grace | 38 | P |
| 29 | 0025324 | AC | Bonner, Grace | 29 | P |

---

[2] Ken Heineman is not listed on the attorney list, but is an attorney.

| 30 | 0025325 | AC | Rands, Todd; Bonner, Grace; Patterson, Melinda; Wuellner, Gail | 30 | P |
|---|---|---|---|---|---|
| 31 | 0025326 | AC | Bonner, Grace | 31 | P |
| 32 | 0025327 | AC | Bonner, Grace | 32 | P |
| 33 | 0025328 | AC | Bonner, Grace | 33 | P |
| 34 | 0025329 | AC | Bonner, Grace | 34 | P |
| 35 | 0025330 | AC | Bonner, Grace | 35 | P |
| 36 | 0025331 | AC | Patterson, Melinda; Lawson, Cliff; Bonner, Grace | 36 | P |
| 37 | 0025332 | AC | Lawson, Cliff | 37 | P |
| 38 | 0025333[3] | | | 38 | *see fn 3* |
| 39 | 0025334 | AC | Degroot, Tom; Hoerner, Dennis; Snively, David | 39 | P |
| 40 | 0025337 | AC | Mariani, Randy; Hoerner, Dennis | 40 | P |

---

[3]Document 0025333 is an incomplete document.  Plaintiffs are ordered to supply the other page(s) so the Court can complete its examination of this document.  Complete document shall be supplied to the Court within five (5) days of receipt of this Order.

| 41 | 0025341 | | | 41 | NP: 1, 3 |
|----|---------|---|---|----|----------|
|    | 0025342 | | |    | NP: 1, 3 |
|    | 0025343 | | |    | NP: 1, 3 |
|    | 0025344 | | |    | NP: 1, 3 |
|    | 0025345 | | |    | NP: 1, 3 |
|    | 0025346 | | |    | NP: 1, 3 |
|    | 0025347 | | |    | NP: 1, 3 |
|    | 0025348 | | |    | NP: 1, 3 |
|    | 0025349 | | |    | NP: 1, 3 |
|    | 0025350 | | |    | NP: 1, 3 |
|    | 0025351 | | |    | NP: 1, 3 |
|    | 0025352 | | |    | NP: 1, 3 |
|    | 0025353 | | |    | NP: 1, 3 |
|    | 0025354 | | |    | NP: 1, 3 |
|    | 0025355 | | |    | NP: 1, 3 |
|    | 0025356 | | |    | NP: 1, 3 |
|    | 0025357 | | |    | NP: 1, 3 |
|    | 0025358 | | |    | NP: 1, 3 |
|    | 0025359 | | |    | NP: 1, 3 |
|    | 0025360 | | |    | NP: 1, 3 |
|    | 0025361 | | |    | NP: 1, 3 |
|    | 0025362 | | |    | NP: 1, 3 |
|    | 0025363 | | |    | NP: 1, 3 |
|    | 0025364 | | |    | NP: 1, 3 |
|    | 0025365 | | |    | NP: 1, 3 |
| 42 | 0025366 | | Purk, Joan | 42 | NP: 1 |

| | | | | | |
|---|---|---|---|---|---|
| 43 | 0025397 | AC | Snively, David; DeCamp, Michael; Partridge, Scott; Hansen, Myles; Hoerner, Dennis; McClain, Kyle | 43 | P |
| | 0025398 | AC | DeCamp, Michael; Snively, David; Partridge, Scott; Hansen, Myles; Hoerner, Dennis; McClain, Kyle | | P |
| | 0025399 | AC | Snively, David; Partridge, Scott; DeCamp, Michael; Hoerner, Dennis; Hansen, Myles; McClain, Kyle | | P |
| | 0025400 | AC | Mariani, Randy; Partridge, Scott | | P |
| 44 | 0025401 0025402 0025403 0025404 0025405 0025406 0025407 0025408 0025409 0025410 0025411 0025412 0025413 0025414 0025415 0025416 0025417 0025418 | | | 44 | NP: 1, 3 NP: 1, 3 NP: 1, 3 NP: 1, 3 NP: 1, 3 NP: 1, 3 NP: 1, 3 NP: 1, 3 NP: 1, 3 NP: 1, 3 NP: 1, 3 NP: 1, 3 NP: 1, 3 NP: 1, 3 NP: 1, 3 NP: 1, 3 NP: 1, 3 NP: 1, 3 |
| 45 | 0025419 0025420 0025421 | AC AC AC | Roman, Robert Roman, Robert Roman, Robert | 45 | P P P |

| 46 | 0025473 | AC | McClain, Kyle; Conran, Joe; Mariani, Randy; Knoll,Susan; Gutzler, Greg; Hamilton, Nancy; Patridge, Scott | 46 | P |
| --- | --- | --- | --- | --- | --- |
|  | 0025474 | AC | Conran, Joe; Mariani, Randy; Knoll, Susan; McClain, Kyle; Gutzler, Greg |  | P |
|  | 0025475 | AC | Mariani, Randy; Conran, Joe; McClain, Kyle; Knoll, Susan; Gutzler, Greg |  | P |
|  | 0025476 | AC | Mariani, Randy; Conran, Joe; McClain,Kyle; Knoll, Susan; Gutzler, Greg |  | P |
|  | 0025477 | AC | McClain, Kyle; Conran, Joe; Knoll, Susan; Gutzler, Greg; Partridge, Scott; Mariani, Randy |  | P |
|  | 0025478 | AC | McClain, Kyle |  | P |
| 47 | 0025482 | AC | Hoerner, Dennis; Mariani, Randy; Degroot, Tom | 47 | P |
| 48 | 0025483 | AC | Hoerner, Dennis; Mariani, Randy | 48 | P |
| 49 | 0025484 | AC | Spears, Steven; Hoerner, Dennis; Mariani, Randy; Partridge, Scott | 49 | P |

| 50 | 0025493 | AC | Conran, Joe; Partridge, Scott; Mariani, Randy; Knoll, Susan | 50 | P |
| --- | --- | --- | --- | --- | --- |
|    | 0025494 | AC |  |    | NP: 1, 3 |
| 51 | 0025501 | AC; WP | Conran, Joe; Partridge, Scott; Mariani, Randy; Hoerner, Dennis | 51 | P |
| 52 | 0025515 | AC; WP | Conran, Joe; Mariani, Randy; Partridge, Scott; Hoerner, Dennis | 52 | P |
|    | 0025516 | AC; WP | Conran, Joe; Partridge, Scott; Hoerner, Dennis; Knoll, Susan |    | P |
|    | 0025517 | AC; WP | Conran, Joe; Partridge, Scott; Hoerner, Dennis; Knoll, Susan |    | P |
| 53 | 0025519 | AC; WP | Conran, Joe; Mariani, Randy; Partridge, Scott; Hoerner, Dennis; Knoll, Susan | 53 | P |
|    | 0025520 | AC | Hoerner, Dennis; Partridge, Scott; Conran, Joe; Mariani, Randy; Knoll, Susan |    | P |
|    | 0025521[4] |    |    |    | *see fn 4* |
| 54 | 0025522 | AC | Patterson, Melinda; Hoerner, Dennis; Mariani, Randy; Partridge, Scott; Conran, Joe; Gutzler, Greg | 54 | P |

---

[4]Document 0025521 is a continuation from document 0025520 concerning standard warnings for use of the internet.  - NP: 1, 3, 6, 8.

| 55 | 0025539 | AC; WP | Replogle, Michelle; Partridge, Scott; Conran, Joe; Mariani, Randy; Hoerner, Dennis; Hansen, Myles; Gutzler, Greg | 55 | P |
|---|---|---|---|---|---|
| 56 | 0025558 | AC; WP | Conran, Joe; Partridge, Scott; Mariani, Randy; Hansen, Myles; McClain, Kyle | 56 | P |
| 57 | 0025572 | AC | Mariani, Randy | 57 | P |
| 58 | 0025575 | AC | Mariani, Randy | 58 | P |
| 59 | 0025578 | AC | Mariani, Randy; Hoerner, Dennis; Hansen, Myles | 59 | P |
| 60 | 0025579 | AC | DeCamp, Michael; Mariani, Randy; Partridge, Scott | 60 | P |
|    | 0025580 | AC | DeCamp, Michael; Mariani, Randy; Partridge, Scott |    | P |
| 61 | 0025583 | AC | Mariani, Randy; Hoerner, Dennis | 61 | P |
|    | 0025584 | AC | Mariani, Randy; Hoerner, Dennis |    | P |
|    | 0025585 | AC | Mariani, Randy; Hoerner, Dennis |    | P |

| 62 | 0025586 | AC | Mariani, Randy; Hamilton, Nancy; Snively, David; Hoerner, Dennis; Woods, Jennifer; Partridge, Scott | 62 | P |
| | 0025587 | AC | Mariani, Randy; Hamilton, Nancy; Snively, David; Hoerner, Dennis; Woods, Jennifer; Partridge, Scott | | P |
| 63 | 0025588 | AC | Mariani, Randy; Snively, David; Partridge, Scott | 63 | P |
| 64 | 0025591 | AC | Mariani, Randy; Snively, David; Partridge, Scott | 64 | P |
| 65 | 0025596 | AC | Rands, Todd; Hoerner, Dennis; Mariani, Randy; Hansen, Myles | 65 | P |
| | 0025597 | AC | Hansen, Myles; Mariani, Randy | | P |
| | 0025598 | AC | Hansen, Myles | | P |
| 66 | 0025599 | | | 66 | NP: 1, 3 |
| | 0025600 | | | | NP: 1, 3 |
| | 0025601 | | | | NP: 1, 3 |
| | 0025602 | | | | NP: 1, 3 |
| | 0025603 | | | | NP: 1, 3 |
| | 0025604 | | | | NP: 1, 3 |
| | 0025605 | | | | NP: 1, 3 |
| | 0025606 | | | | NP: 1, 3 |
| | 0025607 | | | | NP: 1, 3 |
| | 0025608 | | | | NP: 1, 3 |
| | 0025609 | | | | NP: 1, 3 |

| | | | | | |
|---|---|---|---|---|---|
| 67 | 0025610 0025611 0025612 0025613 0025614 0025615 0025616 0025617 0025618 0025619 0025620 | | | 67 | NP: 1, 3 NP: 1, 3 NP: 1, 3 NP: 1, 3 NP: 1, 3 NP: 1, 3 NP: 1, 3 NP: 1, 3 NP: 1, 3 NP: 1, 3 NP: 1, 3 |
| 68 | 0025621 | AC | Snively, David; Hoerner, Dennis; Mariani, Randy | 68 | P |
| 69 | 0025622 | AC | Snively, David; Partridge, Scott; Mariani, Randy | 69 | P |
| 70 | 0025623 | AC | Mariani, Randy; Hoerner, Dennis; DeCamp, Michael | 70 | P |
| | 0025624 | AC | Mariani, Randy; Hoerner, Dennis; DeCamp, Michael | | P |
| | 0025625 | AC | Mariani, Randy; Hoerner, Dennis; DeCamp, Michael | | P |
| | 0025626 | AC | Mariani, Randy; DeCamp, Michael | | P |
| 71 | 0025627 | AC | Snively, David; Mariani, Randy; Hoerner, Dennis | 71 | P |
| 72 | 0025628 | AC | Gutzler, Greg; Partridge, Scott; McClain, Kyle; Mariani, Randy | 72 | P |
| 73 | 0025644 | AC | Mariani, Randy; Hoerner, Dennis | 73 | P |

| 74 | 0025675 | AC | Li, Chunping; Mariani, Randy; Hoerner, Dennis; Lavin, Larry; Snively, David | 74 | P |
|---|---|---|---|---|---|
|  | 0025676[5] | AC |  |  | *see fn 5* |
|  | 0025677 |  |  |  | NP: 1, 3 |
|  | 0025678 |  |  |  | NP: 1, 3 |
| 75 | 0025681 | AC | Mariani, Randy; Hoerner, Dennis | 75 | P |
| 76 | 0025682 | AC | Mariani, Randy; Partridge, Scott | 76 | P |
| 77 | 0025704[6] |  |  | 77 | *see fn 6* |
| 78 | 0025705[7] |  |  | 78 | *see fn 7* |
| 79 | 0025706 | AC | Mariani, Randy; Partridge, Scott; Hoerner, Dennis; Hansen, Myles; DeCamp, Michael | 79 | P |
| 80 | 0025710 | AC | Roman, Robert; Hansen, Myles | 80 | P |
| 81 | 0025753 | AC | Snively, David | 81 | P |
|  | 0025754 | AC | Snively, David |  | P |

---

[5]February 7, 2007 email at 6:56 p.m. - NP: 1, 3.
 Document 0025675 February 8, 2007 email at 6:24 a.m continues onto document 0025676. That part of this message that continues down to the February 7, 2007 email at 6:56 p.m. is privileged with same source as in the message on 0025675.

[6]There is insufficient information to identify the source of the information, without speculating. Plaintiffs must supply additional information linking the first names to this document within five (5) days or it will be ruled NP: 1.

[7]There is insufficient information to identify the source of the information, without speculating. Plaintiffs must supply additional information linking the first names to this document within five (5) days or it will be ruled NP: 1.

| 82 | 0025755 | AC | Snively, David; Partridge, Scott; | 82 | P |
|---|---|---|---|---|---|
|  | 0025756 | AC | Partridge, Scott; Snively, David |  | P |
|  | 0025757 | AC | Partridge, Scott; Snively, David |  | P |
|  | 0025758 | AC | Partridge, Scott; Snively, David |  | P |
| 83 | 0025759 | AC | Partridge, Scott; DeCamp, Michael; Ugarte, Mike; Hansen, Myles; Mariani, Randy | 83 | P |
|  | 0025760 | AC | Partridge, Scott; DeCamp, Michael; Ugarte, Mike; Hansen, Myles; Mariani, Randy |  | P |
| 84 | 0025765 | AC | DeCamp, Michael; Martin, Chris; Bunning-Stevens, B.; Stater, Stacey; Hoerner, Dennis | 84 | P |
|  | 0025766 | AC | DeCamp, Michael; Martin, Chris; Bunning-Stevens, B.; Stater, Stacey; Hoerner, Dennis |  | P |
| 85 | 0025780 | AC | Partridge, Scott | 85 | P |
| 86 | 0025784 | AC | Shelton, Reuben; McBridge, Tom; Bond, Gary; Bonner, Grace; Patterson Melinda | 86 | P |
| 87 | 0025785 | WP | Bonner, Grace | 87 | P |
|  | 0025786 | AC; WP | Bonner, Grace |  | P |
| 88 | 0025787 | AC | Hoerner, Dennis; Lawson, Cliff | 88 | P |
|  | 0025788 | AC | Hoerner, Dennis; Lawson, Cliff |  | P |

| 89 | 0025789 | AC | Hoerner, Dennis; Bonner, Grace; Heineman, Ken; Shelton, Reuben; Orlet, Joe; Patterson, Melinda | 89 | P |
| --- | --- | --- | --- | --- | --- |
|    | 0025790 | AC | Conran, Joe; Orlet, Joe; Patterson, Melinda; Shelton, Reuben |    | P |
| 90 | 0025791 | AC; WP | Baucum, Scott; Hoerner, Dennis; Heineman, Ken; Bonner, Grace; Shelton, Reuben; Orlet, Joe | 90 | P |
|    | 0025792 | AC | Hoerner, Dennis; Shelton, Reuben; Bonner, Grace; Heineman, Ken; Patterson, Melinda |    | P |
|    | 0025793 | AC | Shelton, Reuben; Patterson, Melinda; Orlet, Joe |    | P |
|    | 0025794 | AC | Orlet, Joe |    | P |
| 91 | 0025795 | AC WP | Bonner, Grace | 91 |   |
| 92 | 0025810 | AC | Hoerner, Denis; Bonner, Grace; Heineman, Ken; Shelton, Reuben; Patterson, Melinda; Orlet, Joe | 92 | P |
|    | 0025811 | AC | Orlet, Joe |    | P |
| 93 | 0025812[8] |    |    | 93 | *see fn 8* |

---

[8]There is a message to R. Hernandez. There is a Karen Hernandez listed as "in house counsel." If that is the same person the message is privileged. - P. If R. Hernandez from the Howery firm is not a lawyer, the message is not privileged. - NP: 1, 3.

| 94 | 0025817 | AC | Hoerner, Dennis; Bonner, Grace; Roman, Robert | 94 | P |
| --- | --- | --- | --- | --- | --- |
|  | 0025818 | AC | Hoerner, Dennis; Bonner, Grace; Roman, Robert; Hansen, Myles |  | P |
|  | 0025819 | AC | Hoerner, Dennis; Bonner, Grace; Roman, Robert; Hansen, Myles |  | P |
|  | 0025820 | AC | Hoerner, Dennis; Bonner, Grace; Roman, Robert; Hansen, Myles |  | P |
|  | 0025821 | AC | Hoerner, Dennis; Bonner, Grace; Roman, Robert; Hansen, Myles |  | P |
|  | 0025822 | AC | Hoerner, Dennis; Bonner, Grace; Roman, Robert; Hansen, Myles |  | P |
| 95 | 0025844 | AC | Roman, Robert; Baucum, Scott; Mariani, Randy; Rands, Todd | 95 | P |

Binder 2 - Monsanto's Partially Privileged Redacted Documents

| TAB | MOGAT PRODUCTION NUMBER | PRIVILEGE | SOURCE | CHALLENGE # | COURT RULING |
|---|---|---|---|---|---|
| 96 | 1385204 | AC | Rands, Todd; Bond, Gary | 96 | P |
|  | 1385205 | AC | Roth, Michael; Rands, Todd; Bond, Gary |  | P |
|  | 1385206 | AC | Rands, Todd; Roth, Michael; Bond, Gary |  | P |
|  | 1385207 | AC | Roth, Michael; Rands, Todd; Hoerner, Dennis |  | P |
|  | 1385208 | AC | Roth, Michael; Hoerner, Dennis; Rands, Todd; Bond, Gary |  | P |
|  | 1385209 | AC | Roth, Michael; Bond, Gary |  | P |
|  | 1385210 | AC | Rands, Todd; Roth, Michael; Bond, Gary |  | P |
|  | 1385211 | AC | Rands, Todd; Bond, Gary |  | P |
|  | 1385212-x 1385213-x |  |  |  |  |

| 97 | 1385263 | AC | Rands, Todd; Bond, Gary; Roth, Michael | 97 | P |
| --- | --- | --- | --- | --- | --- |
|  | 1385264 | AC | Roth, Michael; Rands, Todd; Bond, Gary |  | P |
|  | 1385265 | AC | Roth, Michael; Hoerner, Dennis; Rands, Todd; Bond, Gary |  | P |
|  | 1385266 | AC | Hoerner, Dennis; Roth, Michael; Rands, Todd |  | P |
|  | 1385267 | AC | Roth, Michael; Hoerner, Dennis; Rands, Todd; Bond, Gary |  | P |
|  | 1385268 | AC | Rands, Todd; Roth, Michael; Bond, Gary |  | P |
|  | 1385269 | AC | Rands, Todd; Bond, Gary |  | P |
|  | 1385270-x 1385271-x |  |  |  |  |
| 98 | 1385362 | AC | Shelton, Reuben; Orlet, Joe; Hoerner, Dennis; Patterson, Melinda | 98 | P |
|  | 1385363 | AC | Shelton, Reuben; Orlet, Joe; Patterson, Melinda |  | P |
| 99 | 1433046 | AC | Hoerner, Dennis; Roth, Michael; Bond, Gary; Rands, Todd | 99 | P |
| 100 | 1433130 | AC | Bond, Gary | 100 | P |