Volume 1 of 1 - Defendants' Redacted Documents - September 12, 2011 Production

x = no redaction

| TAB | BATES START or ITEM ID | PRIVILEGE | SOURCE | CHALLENGE # | COURT RULING |
|---|---|---|---|---|---|
| 1 | 05037428 05037429-x 05037430 461583 | Atty-Client Atty-Client Non-Privileged Atty-Client | Jacobi, Dan Jacobi, Dan  Jacobi, Dan; Cosgrove, Dan | 31 | P NP NP (confessed) P |
| 2 | 03190875 | Atty-Client | Cosgrove, Dan | 84 | P |
| 3 | 03190876  03190877  03190878 | Atty-Client  Atty-Client  Atty-Client | Jacobi, Dan; Cosgrove, Dan Jacobi, Dan; Cosgrove, Dan Jacobi, Dan; Cosgrove, Dan | 85 | P  P  P |
| 4 | 03191261  03191262 | Atty-Client; Work Product Atty-Client; Work Product | Jacobi, Dan  Jacobi, Dan | 87 | P; NWP  P; NWP |
| 5 | 03851860  03851861  03851862 | Atty-Client; Work Product Atty-Client; Work Product Atty-Client; Work Product | Estrin, Barry; Jacobi, Dan Estrin, Barry; Jacobi, Dan Estrin, Barry; Jacobi, Dan | 88 | P  P  P |
| 6 | 05002937-x 05002938 | Atty-Client Atty-Client | Cosgrove, Dan Cosgrove, Dan | 89 | NP P |
| 7 | 05034646  05034647 | Atty-Client; Work Product Atty-Client; Work Product | Cosgrove, Dan  Cosgrove, Dan | 90 | P  P |
| 8 | 05034733 05034734  - 05034773 | Atty-Client Non-Privileged | Jacobi, Dan | 91 | P |

| 9 | 05034774[1]<br>05034775 | Atty-Client<br>Atty-Client | Rice, Vernon<br>Rice, Vernon | 92 | *see fn 1* |
|---|---|---|---|---|---|
| 10 | 05037065<br><br>05037066 | Atty-Client;<br>Work Product<br>Non-Privileged | Estrin, Barry | 93 | P; NWP |
| 11 | 05037067 | Atty-Client;<br>Work Product | Estrin, Barry | 94 | P; NWP |
| 12 | 05037068<br><br>05037069-x<br><br>05037070<br>05037071<br>05037072 | Atty-Client;<br>Work Product<br>Atty-Client;<br>Work Product<br>Non-Privileged<br>Non-Privileged<br>Non-Privileged | Estrin, Barry<br><br>Estrin, Barry | 95 | P; NWP<br><br>NP; NWP |
| 13 | 05037426<br>05037427<br>461390 | Atty-Client<br>Non-Privileged<br>Atty-Client | Jacobi, Dan<br><br>Jacobi, Dan;<br>Costrove, Dan | 96 | NP: 1<br><br>P |
| 14 | 62476047<br>62476048<br>62476049<br>62476050<br>62476051<br>62476052<br>62476053 | Non-Privileged<br>Non-Privileged<br>Atty-Client<br>Atty-Client<br>Atty-Client<br>Atty-Client<br>Atty-Client | <br><br>Jacobi, Dan<br>Jacobi, Dan<br>Jacobi, Dan<br>Jacobi, Dan<br>Jacobi, Dan | 97 | <br><br>NP: 1<br>NP: 1<br>NP: 1<br>NP: 1<br>NP: 1 |
| 15 | 62495834<br>62495835<br>62495836 | Non-Privileged<br>Atty-Client<br>Atty-Client | <br>Cosgrove, Dan<br>Cosgrove, Dan | 100 | <br>P<br>P |

---

[1]Document No. 05034774 - P.
 March 16, 2002 email at 7:04 p.m. - P.
 March 18, 2002 email at 2:39 p.m. - NP: 1.

Volume 1 of 2 - Defendants' Privileged Documents - September 12, 2011 Production

| TAB | FAMILY ID | PRIVILEGE | SOURCE | CHALLENGE # | COURT RULING |
|---|---|---|---|---|---|
| 1 | 14141 | Atty-Client | Morrissey, Bruce | 1 | P |
| 2 | 15024 | Atty-Client; Work Product | Mohr, Dean | 2 | P |
| 3 | 13677 | Atty-Client | Holley, Dana | 3 | NP: 1, 3 |
| 4 | 49605 | Atty-Client | Foutch, Louise | 4 | P |
| 5 | 90017 | Atty-Client | Johnson, Chad | 5 | P |
| 6 | 240853[1] | Atty-Client | Jacobi, Daniel | 6 | *see fn 1* |
| 7 | 265377 | Atty-Client | Callistein, Steve | 7 | P |
| 8 | 265656 | Atty-Client | Foutch, Steve | 8 | P |
| 9 | 355021 | Atty-Client | Foutch, Louise | 9 | P |
| 10 | 355054 | Atty-Client | Cosgrove, Dan | 10 | P |
| 11 | 355109 | Atty-Client | Miller, Justin | 11 | P |
| 12 | 355203 | Atty-Client | Estrin, Barry | 12 | P |
| 13 | 355392 | Atty-Client | Jacobi, Daniel | 13 | P |
| 14 | 355414 | Atty-Client | Cosgrove, Dan | 14 | P |
| 15 | 355421 | Atty-Client | Cosgrove, Dan | 15 | P |
| 16 | 355439 | Atty-Client | Cosgrove, Dan | 16 | P |
| 17 | 355468 | Atty-Client | Cosgrove, Dan | 17 | P |
| 18 | 355498 | Atty-Client | Jacobi, Daniel | 18 | P |
| 19 | 355519 | Atty-Client | Cosgrove, Dan | 19 | P |
| 20 | 356425 | Atty-Client | Miller, Justin | 20 | P |

---

[1]Defendants must provide additional information as to Document No. 240853. "Attachments" include "Corn Analysis - Feb 2002.xls; Soybean Analysis - Feb. 2002.xls." The other single attachment is Document No. 291325 which obviously only applies to corn. Unless Defendants can show that Document No. 291325 is the document mentioned in the "Attachments," the court will conclude that Document No. 240853 is not privileged. NP: 1.

| 21 | 359079 | Atty-Client | Schoenthal, Allison | 21 | P |
| 22 | 364789 | Atty-Client | Cosgrove, Dan | 22 | P |
| 23 | 364803 | Atty-Client | Cosgrove, Dan | 23 | P |
| 24 | 364826 | Atty-Client | Cosgrove, Dan | 24 | P |
| 25 | 366856 | Atty-Client | Cosgrove, Dan | 25 | P |

Volume 2 of 2 - Defendants' Privileged Documents - September 12, 2011 Production

| TAB | FAMILY ID | PRIVILEGE | SOURCE | CHALLENGE # | COURT RULING |
|---|---|---|---|---|---|
| 26 | 383791 | Atty-Client | Cosgrove, Dan | 26 | P |
| 27 | 413716 | Atty-Client | Foutch, Louise | 27 | P |
| 28 | 438185[1] | Atty-Client | Cosgrove, Dan | 28 | *see fn 1* |
| 29 | 438188 | Atty-Client | Gorsche, Jim | 29 | P |
| 30 | 438220 | Atty-Client | Edgar, Cassie | 30 | P |
| 31 | 480153 | Atty-Client | Jacobi, Dan | 32 | P |
| 32 | 548098 | Atty-Client | Jacobi, Dan | 33 | P |
| 33 | 549379 | Atty-Client | Cosgrove, Dan | 34 | P |
| 34 | 551226 | Atty-Client | Mohr, Dean | 35 | P |
| 35 | 551227 | Atty-Client | Mohr, Dean | 36 | P |
| 36 | 551832 | Atty-Client | Foutch, Louise | 37 | P |
| 37 | 567260 | Atty-Client | Jacobi, Dan | 38 | P |
| 38 | 574094[2] | Atty-Client | Jacobi, Dan | 39 | *see fn 2* |
| 39 | 576256 | Atty-Client | Jacobi, Dan | 40 | P |
| 40 | 585747 | Atty-Client | Cosgrove, Daniel | 41 | P |
| 41 | 620092 | Atty-Client | Jacobi, Dan | 42 | P |
| 42 | 623933 | Atty-Client; Work Product | Estrin, Barry | 43 | P |

---

[1]The January 9, 2009 email is privileged. - P.
  Attached documents 463467 and 463468 are privileged. - P.
  Document No. 463469 is in a different format not identified in the subject as an attachment.  Defendants must offer proof to the Court within ten (10) days that this document was originally part of the e-mail chain or it will be ruled not privileged.

[2]The February 24, 2009 email is privileged. - P.
  It does not appear that Document No. 588779 is the intended attached number, based on information contained on that document as referenced by the email and the page reference. The attachment 588779 is ruled not privileged. - NP.

| 43 | 623948 | Atty-Client | Jacobi, Dan | 44 | P |
|---|---|---|---|---|---|
| 44 | 623958 | Atty-Client | Jacobi, Dan | 45 | P |
| 45 | 624086 | Atty-Client | Estrin, Barry | 46 | P |
| 46 | 624554 | Atty-Client | Cosgrove, Daniel | 47 | P |
| 47 | 627741 | Atty-Client | Rowe, Jeff | 48 | NP: 1 |
| 48 | 656515 | Atty-Client | Jacobi, Dan | 49 | P |
| 49 | 670230 | Atty-Client; Work Product | Jacobi, Dan | 50 | P |
| 50 | 670237 | Atty-Client | Jacobi, Dan | 51 | P |
| 51 | 673864³ | Atty-Client | Jacobi, Dan | 52 | *see fn 3* |
| 52 | 680981 | Atty-Client; Work Product | Cosgrove, Daniel | 53 | P NWP |
| 53 | 680987 | Atty-Client | Jacobi, Dan | 54 | P |
| 54 | 1072979 | Atty-Client | Mohr, Dean | 55 | P |
| 55 | 1074672 | Atty-Client | Mohr, Dean | 56 | P |
| 56 | 1276299 | Atty-Client | Jacobi, Dan | 57 | NP: 1, 3 |
| 57 | 1534813 | Atty-Client | Cosgrove, Dan | 58 | P |
| 58 | 1678054 | Atty-Client | Jacobi, Dan | 59 | NP: 1, 3 |
| 59 | 1939670 | Atty-Client | Foutch, Louise | 60 | P |
| 60 | 1944913 | Atty-Client | Smith, Steven | 61 | P |
| 61 | 15417⁴ | Atty-Client | Jacobi, Dan | 62 | *see fn 4* |
| 62 | 94696 | Atty-Client | Mohr, Dean | 63 | P |
| 63 | 2708141 | Atty-Client | Johnson, Chad | 64 | P |

---

³March 29, 2008 email at 2:24 p.m. - NP 1, 3.
March 30, 2008 email at 10:07:41 - P.
March 30, 2008 email at 11:46 a.m. - P.
March 30, 2008 email at 6:10 p.m. - P.

⁴February 28, 2008 email at 5:35 a.m. - NP: 1, 3.
February 28, 2008 email at 2:21 p.m. - P.

| 64 | 2760079 | Atty-Client | Johnson, Chad | 65 | P |
| --- | --- | --- | --- | --- | --- |
| 65 | 2958761 | Atty-Client | Foutch, Louise | 66 | P |
| 66 | 2959984 | Atty-Client | Cosgrove, Dan | 67 | P |
| 67 | 298892[5] | Atty-Client | Jacobi, Dan | 68 | *see fn 5* |
| 68 | 3054361 | Atty-Client | Rowe, Jeff | 69 | P |
| 69 | 3560044[6] | Atty-Client | Foutch, Louise | 70 | *see fn 6* |
| 70 | 11961684 | Atty-Client | Edgar, Cassie | 71 | P |
| 71 | 11966629 | Atty-Client | Mohr, Dean | 72 | NP: 1 |
| 72 | 11966804 | Atty-Client | Edgar, Cassie | 73 | P |
| 73 | 12054166 | Atty-Client; Work Product | Cosgrove, Dan | 74 | P |
| 74 | 12054231 | Atty-Client | Cosgrove, Dan | 75 | P |
| 75 | 12373527 | Atty-Client; Work Product | Edgar, Cassie | 76 | P |
| 76 | 12517524[7] | Atty-Client | Foutch, Louise | 77 | *see fn 7* |
| 77 | 14540540 | Atty-Client | Sager, Thomas | 78 | P |
| 78 | 14559501 | Atty-Client | Jacobi, Dan | 79 | NP: 1, 3 |
| 79 | 24706910 | Atty-Client | Edgar, Cassie | 80 | P |

---

[5]March 29, 2008 email at 2:24 p.m. - NP: 1, 3.
 March 30, 2008 email at 10:07:41 - P.
 March 30, 2008 email at 11:46 a.m. - P.
 March 30, 2008 email at 1:10 p.m. - P.
 March 30, 2008 email at 11:26 p.m. - P.

[6]January 17, 2008 email at 1:31 p.m. - NP: 1, 3.
 January 17, 2008 email at 2:33 p.m. - NP: 1, 3.
 February 11, 2008 email at 8:59 a.m. - P.
 February 11, 2008 email at 3:12 p.m. - P.

[7]March 15, 2002 email at 8:19 a.m. - NP: 1, 3.
 March 15, 2002 email at 8:45 a.m. - NP: 1, 3.
 March 15, 2002 email at 9:51 a.m. - P.
 March 15, 2002 email at 5:42 p.m. - P.

| 80 | MONP0003480 | Atty-Client | Pioneer Legal | 81 | NP: 1, 3 |
| 81 | MONP0146183 | Atty-Client | Cosgrove, Daniel | 82 | NP: 1 |
| 82 | 344828 | Atty-Client | Cosgrove, Daniel | 83 | P |
| 83 | 673862[8] | Atty-Client | Jacobi, Dan | 86 | *see fn 8* |
| 84 | 1968705 | Atty-Client | Pioneer Legal | 98 | NP: 1, 3 |
| 85 | 3055727 | Atty-Client | Cosgrove, Dan | 99 | NP: 1 |

---

[8]March 29, 2008 email at 2:24 p.m. - NP: 1, 3.
 March 30, 2008 email at 10:07:41 - P.
 March 30, 2008 email at 4:45:56 - P.