UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and <br> MONSANTO TECHNOLOGY LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> E.I. DUPONT DE NEMOURS AND <br> COMPANY and PIONEER HI-BRED <br> INTERNATIONAL, INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 4:09CV00686 ERW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER REGARDING MONSANTO'S NOTICE TO COURT'S OCTOBER 4, 2011 ORDER IN-CAMERA REVIEW

On October 4 ,2011, this Court issued its Memorandum and Order [ECF No. 910] regarding Monsanto's September 12, 2011 Production of Documents of In-Camera Review [ECF No. 875]. In that Order, this Court requested additional information concerning four documents (See Monsanto's Notice ECF No. 920).

Based on the Court's subsequent review of claimed fully privileged documents, the Court concludes the following:

1. PRIVMOGAT0025333 has been voluntarily produced by Monsanto to Defendants.

2. PRIVMOGAT0025704 is privileged, P.
   PRIVMOGAT0025705 is an identical document to PRIVMOGAT0025704 and is privileged, P.

3. PRIVMOGAT0025812 is privileged, P.

So Ordered this 31st day of October, 2011.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE