UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, <br><br> Plaintiffs, <br> v. <br><br> E.I. DU PONT DE NEMOURS AND CO. and PIONEER HI-BRED INTERNATIONAL, INC., <br><br> Defendants. | Case No.  09-cv-0686 (ERW) |

## AMENDED JOINT MOTION FOR EXTENSION OF TIME

Plaintiffs Monsanto Company and Monsanto Technology LLC and Defendants E.I. du Pont de Nemours and Co. and Pioneer Hi-Bred International, Inc. hereby move for an extension of time to exchange lists identifying documents created by the opposing party (including any documents created by party employees, officers, agents, or persons otherwise controlled by the party when the documents were created), and produced from the files of the opposing party, which the proffering party regards as potential exhibits for summary judgment proceedings or at trial in the patent/contract portion of this matter.  The current deadline for the parties to exchange these lists is November 21, 2011 pursuant to the Consent Order Regarding Authentication of Party-Produced and Created Documents for Use in the Patent/Contract Case ("Consent Order") submitted by the parties (Dkt. No. 940) and approved by the Court (Dkt. No. 941).  The parties are requesting an extension of this deadline until December 2, 2011.  The parties are not seeking modification of any other deadlines in the Consent Order at this time, and this requested extension is not being made for purposes of unnecessary delay.

Dated:  November 18, 2011

**HUSCH BLACKWELL LLP**

/s/ Greg G. Gutzler
*(signed by filing attorney with permission)*
Joseph P. Conran, E.D.Mo. # 21635MO
Omri E. Praiss, E.D.Mo. # 41850MO
Greg G. Gutzler, E.D.Mo. # 48893MO
Steven M. Berezney, E.D.Mo. # 56091MO
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
(314) 480-1500
(314) 480-1505 (facsimile)
joe.conran@huschblackwell.com
omri.praiss@huschblackwell.com
greg.gutzler@huschblackwell.com
steve.berezney@huschblackwell.com

Dan K. Webb
George C. Lombardi
Todd J. Ehlman
James M. Hilmert
**WINSTON & STRAWN LLP**
35 W. Wacker Drive, Suite 4200
Chicago, IL  60601

John J. Rosenthal
Matthew A. Campbell
Jovial Wong
**WINSTON & STRAWN LLP**
1700 K Street, N.W.
Washington, DC  20006

Gail J. Standish
**WINSTON & STRAWN LLP**
333 South Grand Avenue
Los Angeles, CA 90071-1543

Steven G. Spears
Scott W. Clark
**MCDERMOTT WILL & EMERY**
1000 Louisiana Street, Suite 3900
Houston, TX  77002-5005

*Attorneys for Plaintiffs Monsanto Company and Monsanto Technology LLC*

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

/s/ C. David Goerisch
Andrew Rothschild, E.D.Mo. # 23145MO
C. David Goerisch, E.D.Mo. # 48418MO
500 N. Broadway, Suite 2000
Louis, MO 63102
(314) 444-7600
(314) 241-6056 (facsimile)
arothschild@lewisrice.com
dgoerisch@lewisrice.com

Leora Ben-Ami
Thomas F. Fleming
Christopher T. Jagoe
Howard S. Suh
Jeanna Wacker
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York 10022

Donald L. Flexner
Hershel Wancjer
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue, 7th Fl.
New York, New York 10022

James P. Denvir
Amy J. Mauser
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

*Attorneys for Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.*