UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) Case No. 4:09CV00686 ERW ) |
| E.I. DUPONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC., | ) ) ) ) |
| Defendants. | ) ) |

### NOTICE TO PARTIES REGARDING IN-CAMERA REVIEW

Orders have been issued by this Court relating to the Parties' In-Camera Review Documents submitted on August 1, 2011; September 12, 2011; and October 3, 2011.  The Court is in the possession of 12 boxes from Monsanto and 17 boxes from Defendants. These documents are now available to be returned to the submitting parties and are available in chambers for pick up.

**IT IS HEREBY ORDERED** that counsel for Monsanto and Defendants shall contact chambers and provide chambers with the name(s) of the individual(s) who will be retrieving these boxes from chambers.  Sais individual(s) must provide proof of identity at time of retrieval.

So Ordered this 22nd day of November, 2011.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE