# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI

### COURTROOM MINUTE SHEET
### CIVIL PROCEEDINGS

**Date** 10/06/2011  **Judge** Hon. E. Richard Webber  **Case No.** 4:09CV686 ERW

Monsanto Company et al.  v.  E.I. Dupont De Nemours and Company et al.

**Court Reporter** S. Moran  **Deputy Clerk** C. Long

**Attorneys for Plaintiff(s)** Joseph Conran, Steven Berezney, Gret Gutzler, George Lombardi, John Rosenthal

**Attorneys for Defendant(s)** Leora Bon-Ami, Peter Silverman, Thomas Fleming, David Goerisch, Andrew Rothschild

**Parties present for** motion hearing on [864] Plaintiff's Motion for Sanctions.  Arguments heard.  Motion taken under submission.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that

Pltf. Witness _____   Deft. Witness _____

Pltf. Witness _____   Deft. Witness _____

Pltf. Exhibits: _____

Pltf. Exhibits: _____

Deft. Exhibits: _____

Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced  9:00 a.m. - 12:15 p.m.
Proceedings concluded  1:06 p.m. - 2:18 p.m.