# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

MONSANTO COMPANY and   )
MONSANTO TECHNOLOGY LLC,  )
              )
  Plaintiffs,        )
              )
  vs.          )
              )
E.I. DU PONT DE NEMOURS AND  )  Case No.  4:09-cv-686 ERW
COMPANY and      )
              )
              )
PIONEER HI-BRED INTERNATIONAL, )
INC.,           )
              )
  Defendants.      )

## PLAINTIFFS' MOTION TO STRIKE TESTIMONY OF LOUIS P. BERNEMAN

Plaintiffs, Monsanto Company and Monsanto Technology LLC (collectively "Monsanto"), by and through its counsel of record, respectfully move this Court for the entry of an order striking the testimony of Louis P. Berneman, expert witness for Defendants, E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc. (collectively "Defendants").   In support of this Motion, Monsanto hereby incorporates its memorandum in support as if fully stated herein.

Immediate relief is proper and should be granted before the parties are required to spend resources to obtain additional discovery concerning Mr. Berneman's opinions (such as a deposition) because it is black letter law that offering the opinions contained in his report is improper and inadmissible.  *See Eniva Corp. v. Global Water Solutions, Inc.*, 440 F. Supp. 2d 1042, 1052 (D. Minn. 2006) (stating motion to exclude expert filed before expert's deposition was not premature because expert report requirement "is intended to allow the opposing party, if he or she chooses, to dispense with the expert's deposition"); *Beck v. Pride Int'l, Inc.*, No. G-07-

0270, 2008 WL 5068704, at *2 (S.D. Tex. Nov. 21, 2008) (denying request for additional time to depose expert as deposition "would have been an unjustified waste of time and expense because she would not be allowed to testify as an expert in this case").

WHEREFORE, Monsanto respectfully requests that this Court grant Monsanto's motion to strike Mr. Berneman's anticipated expert testimony, award Monsanto all of its attorneys' fees and expenses in filing and arguing this Motion, and grant such other and further relief that the Court deems just and proper.

Dated:  December 16, 2011                    Respectfully submitted,

HUSCH BLACKWELL LLP

By:   /s/ Joseph P. Conran                            .
Joseph P. Conran, E.D.Mo. # 21635MO
joe.conran@huschblackwell.com
Omri E. Praiss, E.D.Mo. # 41850MO
omri.praiss@huschblackwell.com
Dutro E. Campbell, E.D.Mo. # 47942MO
bruce.campbell@huschblackwell.com
Greg G. Gutzler, E.D.Mo. # 48893MO
greg.gutzler@huschblackwell.com
Tamara M. Spicer, E.D.Mo. # 54037MO
tamara.spicer@huschblackwell.com
Steven M. Berezney, E.D.Mo. # 56091MO
steve.berezney@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
(314) 480-1500 – telephone
(314) 480-1505 – facsimile

WINSTON & STRAWN LLP
Dan K. Webb
dwebb@winston.com
George C. Lombardi
glombardi@winston.com
Todd J. Ehlman
tehlman@winston.com
James M. Hilmert
jhilmert@winston.com
35 W. Wacker Drive, Suite 4200
Chicago, IL  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

John J. Rosenthal
jrosenthal@winston.com
Matthew A. Campbell
macampbell@winston.com
Jovial Wong
jwong@winston.com
Andrew E. Smith
aesmith@winson.com
Erica E. Stauffer
estauffer@winston.com
Zachary L. Spencer
zspencer@winston.com
Adam S. Nadelhaft
anadelhaft@winston.com
1700 K Street, N.W.
Washington, DC  20006
(202) 282-5000 – telephone
(202) 282-5100 – facsimile

Gail J. Standish
gstandish@winston.com
333 South Grand Avenue
Los Angeles, CA 90071-1543
(213) 615-1700 – telephone
(213) 615-1750 – facsimile

3

MCDERMOTT WILL & EMERY
Steven G. Spears
sspears@mwe.com
1000 Louisiana Street, Suite 3900
Houston, TX  77002-5005
(713) 653-1700 – telephone
(713) 739-7592 – facsimile

*Attorneys for Plaintiff Monsanto Company and
Monsanto Technology LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 16th day of December, 2011, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, and was served by operation of that Court's electronic filing system, upon the following:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63101

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Jack G. Stern, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY  10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Jonathan H. Sherman, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015

*Attorneys for Defendants*

 /s/ Joseph P. Conran               .

5