UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

**Date** January 4, 2012  **Judge** E. Richard Webber  **Case No.** 4:09cv686 ERW

Monsanto Company  v.  E.I Dupont De Nemours and Company et al

**Court Reporter** D. Kriegshauser  **Deputy Clerk** B. Porter

**Attorneys for Plaintiff(s)** George Lombardi, Eric Mersmann, Gail Standish, Greg Gutzler

**Attorneys for Defendant(s)** Thomas Fleming, Christopher Jagoe, Peter Silverman, C. David Goerisch

**Parties present for** Motion Hearing regarding Plaintiff's Motion to Strike [doc. 930] and Emergency Motion to Strike [doc. 963]. Attorneys George Lombardi and Gail Standish present argument for Plaintiffs. Attorneys David Goerisch, Christopher Jagoe, and Thomas Fleming present argument on behalf of the Defendants. The Court advises that an Order will be issued shortly following the hearing but advises that both motions are denied. The Court will consider motions for additional time to depose experts. The Court further advises that the trial date is concrete.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that _____

Pltf. Witness _____   Deft. Witness _____

Pltf. Witness _____   Deft. Witness _____

Pltf. Exhibits: _____

Pltf. Exhibits: _____

Deft. Exhibits: _____

Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced  8:30   A.M.
Proceedings concluded  12:10  A.M.