UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and ) <br> MONSANTO TECHNOLOGY LLC, ) <br>     Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> E.I. DU PONT DE NEMOURS AND ) <br> COMPANY and PIONEER HI-BRED ) <br> INTERNATIONAL, INC., ) <br>     Defendants. ) | Case No. 4:09CV00686 ERW |

**MEMORANDUM AND ORDER**

In an October 28, 2011 Order [ECF No. 937], the Court granted in part and denied in part Defendants E.I. Du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.'s (collectively, "Defendants") Motion to Compel Testimony and Documents Related to Syngenta's Roundup Ready 1 License and Testimony Related to Syngenta's Roundup Ready 2 License, and Defendants' Renewed Motion to Compel Production of Documents Related to Syngenta's Roundup Ready 2 License.  The Court ordered Monsanto to produce redacted and unredacted versions of "the executed Syngenta Roundup Ready® and Roundup Ready 2 Yield® license(s) and amendment(s) thereto in effect between January 1, 2001 and the present" for *in camera* review.

The Court has conducted its review and finds the redactions reasonable and calculated to protect sensitive financial information.  Moreover, the Court concludes that these redactions are irrelevant to this case.  Therefore, the Court orders Plaintiffs Monsanto Company and Monsanto Technology LLC (collectively, "Monsanto") to produce the redacted documents to Defendants.

Accordingly,

**IT IS HEREBY ORDERED** that Monsanto shall produce to the Defendants the redacted version of the Monsanto-Syngenta license agreements and amendments previously produced to the Court within ten (10) days of this Order.

Dated this  10th   day of January, 2012.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE