UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MONSANTO COMPANY, and<br>MONSANTO TECHNOLOGY LLC | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| | ) | Case No. 4:09-cv-00686 ERW |
| v. | )<br>) | |
| E.I. DUPONT DE NEMOURS AND<br>COMPANY and PIONEER HI-BRED<br>INTERNATIONAL, INC., | )<br>)<br>)<br>) | |
| Defendants. | ) | |

**CONSENT MOTION TO AMEND FOURTH AMENDED CASE
MANAGEMENT ORDER – PATENT (DOCKET NO. 935)**

The parties, through their respective counsel of record, hereby jointly move that the Court enter the following stipulation as an order of the Court:

**STIPULATION**

1. The parties are entering into this Stipulation to facilitate expert discovery following entry of the Court's Memorandum and Order dated January 5, 2012. [Dkt No. 1001]

2. The parties jointly stipulate and move the Court to extend the expert discovery and dispositive motion deadlines by four weeks, ordering the following modifications to the Fourth Amended Case Management Order. These proposed changes take advantage of the approximately one month extension to the original proposed trial date in the Court's proposed Fourth Amended Case Management Order [Dkt No. 914] (proposing trial commence June 11, 2012) and the final date set in the Fourth Amended Case Management Order [Dkt No. 935] (setting trial to commence July 9, 2012).

a.      The parties shall disclose all rebuttal expert witnesses and shall provide the reports required by Rule 26(a)(2) no later than **February 13, 2012**.  If secondary considerations reports are disclosed in rebuttal to Defendants' expert reports addressing obviousness, Defendants shall have the opportunity to submit reply reports on the issues of secondary considerations no later than **March 12, 2012**.

b.      The parties shall make all expert witnesses available for depositions, and have all such depositions completed, no later than **March 19, 2012**.

c.      Any motions to dismiss, motions for judgment on the pleadings, and motions for summary judgment must be filed no later than **March 30, 2012**.

3.      The Trial date, and all other dates reflected in the Fourth Amended Case Management Order, including the dates set by the Court for the Final Pretrial Conference and Jury Selection, shall remain unchanged.

4.      The parties further stipulate that the Consent Order regarding Authentication of Documents [Dkt No. 941] be modified to extend to **February 3, 2012** the date by which the parties must indicate any documents identified pursuant to Paragraph 1 of that Order.

5.      In view of the Court's January 5, 2012 Order [Dkt No. 1001], Defendants agree to withdraw their Motion to Strike Monsanto's Newly Raised Evidence and Contentions First Disclosed in Expert Reports [Dkt  No. 985], unless Monsanto attempts to renew its motion [Dkt No. 963] later in this action.  Defendants, however, specifically reserve the right to file motion(s) seeking to exclude any of Monsanto's expert opinions due in any way to the failure to satisfy the requirements for expert testimony set forth in Fed. R. Evid. 702, or any other substantive grounds.

Dated:  January 10, 2012

**HUSCH BLACKWELL LLP**

   /s/ Joseph P. Conran
Joseph P. Conran, E.D.Mo. # 21635MO
Omri E. Praiss, E.D.Mo. # 41850MO
Greg G. Gutzler, E.D.Mo. # 48893MO
Tamara M. Spicer, E.D.Mo. # 54037MO
Steven M. Berezney, E.D.Mo. # 56091MO
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
(314) 480-1500
(314) 480-1505 (facsimile)
joe.conran@huschblackwell.com
omri.praiss@huschblackwell.com
greg.gutzler@huschblackwell.com
tamara.spicer@huschblackwell.com
steve.berezney@huschblackwell.com

Dan K. Webb
George C. Lombardi
Todd J. Ehlman
James M. Hilmert
**WINSTON & STRAWN LLP**
35 W. Wacker Drive, Suite 4200
Chicago, IL  60601

John J. Rosenthal
Matthew A. Campbell
Jovial Wong
Andrew E. Smith
Zachary L. Spencer
Adam S. Nadelhaft
**WINSTON & STRAWN LLP**
1700 K Street, N.W.
Washington, D.C.  20006

Gail J. Standish
Stephen R. Smerek
**WINSTON & STRAWN LLP**
333 South Grand Avenue
Los Angeles, CA 90071-1543

Steven G. Spears
**MCDERMOTT WILL & EMERY**
1000 Louisiana Street, Suite 3900
Houston, TX  77002-5005

*Attorneys for Plaintiffs Monsanto Company and Monsanto Technology LLC*

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

   /s/ C. David Goerisch (with consent)
Andrew Rothschild, E.D.Mo. # 23145MO
C. David Goerisch, E.D.Mo. # 48418MO
500 N. Broadway, Suite 2000
St. Louis, MO  63102
(314) 444-7600
(314) 241-6056 (facsimile)
arothschild@lewisrice.com
dgoerisch@lewisrice.comSt.

Leora Ben-Ami
Thomas F. Fleming
Christopher T. Jagoe
Howard S. Suh
Jeanna Wacker
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York  10022

Donald L. Flexner
Hershel Wancjer
Cynthia Christian
Robert M. Cooper
Jack G. Stern
Robert J. Dwyer
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue, 7th Fl.
New York, New York  10022

James P. Denvir
Amy J. Mauser
Jonathan H. Sherman
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

*Attorneys for Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.*

SO ORDERED:

_____
E. Richard Webber, Judge

Dated:  _____

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 10th day of January, 2012, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, and was served by operation of that Court's electronic filing system, upon the following:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Jack G. Stern, Esq.
Robert J. Dwyer, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY  10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Jonathan H. Sherman, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015

*Attorneys for Defendants*

                                                                         /s/ Joseph P. Conran             .