UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, | ) ) ) |
| Plaintiffs, | ) Case No. 09-cv-0686 (ERW) |
| vs. | ) ) ) |
| E.I. DUPONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC., | ) ) ) ) |
| Defendants | ) |

## ENTRY OF APPEARANCE

Now comes Robert T. Haar of Haar & Woods, LLP, and enters his appearance as additional counsel on behalf of Defendants E.I. Du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc. in the above case.

Dated: January 12, 2012                              HAAR & WOODS, LLP


                                                                /s/ Robert T. Haar
                                                     Robert T. Haar, #30044 MO
                                                     Lisa A. Pake, #39397 MO
                                                     1010 Market Street, Suite 1620
                                                     St. Louis, Missouri 63101
                                                     Telephone: 314-241-2224
                                                     Facsimile: 314-241-2227
                                                     roberthaar@haar-woods.com
                                                     lpake@haar-woods.com


                                                     Attorneys for E.I. du Pont de
                                                     Nemours and Company and
                                                     Pioneer Hi-Bred International, Inc.

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 12th day of January, 2012, a copy of the foregoing was served on all counsel of record via electronic service.

                                                    /s/ Robert T. Haar