UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MONSANTO COMPANY and MONSANTO : 
TECHNOLOGY LLC, :
 :
          Plaintiffs/Counterclaim-Defendants, : Case No. 4:09-cv-686 ERW
 :
v. :
 :
E.I. DU PONT DE NEMOURS AND COMPANY and :
PIONEER HI-BRED INTERNATIONAL, INC., :
 :
          Defendants/Counterclaim-Plaintiffs. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT

      Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc. (collectively, "DuPont") respectfully request the Court for leave to file DuPont's Opposition to Monsanto's Motion to Unseal the December 21, 2011 Memorandum and Order in excess of the 15-page limit set forth in Local Rule 4.01(D). Defendants seek leave to file a memorandum not in excess of 20 pages.

Dated:  January 27, 2012	Respectfully submitted,

**HAAR & WOODS, LLP**


By:    /s/ Robert T. Haar
Robert T. Haar, #30044 MO
Lisa A. Pake, #39397 MO
1010 Market Street, Suite 1620
St. Louis, Missouri  63101
(314) 241-2224
(314) 241-2227 (facsimile)
roberthaar@haar-woods.com
lpake@haar-woods.com

Andrew Rothschild, #4214
C. David Goerisch, #77207
**LEWIS, RICE & FINGERSH, L.C.**
600 Washington Ave., Suite 2500
St. Louis, Missouri  63101
(314) 444-7710
(314) 612-7710 (facsimile)
arothschild@lewisrice.com
dgoerisch@lewisrice.com

*Of Counsel:*

Leora Ben-Ami, *pro hac vice*
Thomas F. Fleming, *pro hac vice*
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York  10022
(212) 836-8000
(212) 836-8689 (facsimile)
lbenami@kayescholer.com
tfleming@kayescholer.com

Donald L. Flexner, *pro hac vice*
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue, 7th Fl.
New York, New York 10022
(212) 446-2300
(212) 446-2350 (facsimile)
dflexner@bsfllp.com

        James P. Denvir, *pro hac vice*
        Amy J. Mauser, *pro hac vice*
        **BOIES, SCHILLER & FLEXNER LLP**
        5301 Wisconsin Avenue, N.W.
        Washington, D.C. 20015
        202-237-2727
        202-237-6131 (facsimile)
        jdenvir@bsfllp.com
        amauser@bsfllp.com

        ***Counsel for Defendants E. I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2012, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

- **Steven M. Berezney**
steve.berezney@huschblackwell.com
- **Matthew A. Campbell**
macampbell@winston.com
- **Joseph P. Conran**
joe.conran@huschblackwell.com
- **Todd J. Ehlman**
tehlman@winston.com
- **Greg G. Gutzler**
greg.gutzler@huschblackwell.com
- **James M. Hilmert**
jhilmert@winston.com
- **George C. Lombardi**
glombardi@winston.com
- **Kurt A. Mathas**
kmathas@winston.com
- **Omri E. Praiss**
omri.praiss@huschblackwell.com
- **John J. Rosenthal**
jrosenthal@winston.com
- **Mark A. Smith**
markasmith@winston.com
- **Steven G. Spears**
sspears@mwe.com,jjknapp@mwe.com
- **Tamara M. Spicer**
tamara.spicer@huschblackwell.com,jean.melenbrink@huschblackwell.com
- **Gail J. Standish**
gstandish@winston.com
- **Dan K. Webb**
dwebb@winston.com

            /s/ Robert T. Haar