RECEIVED
FEB -9 2012
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>E.I. DUPONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4:09-cv-00686-ERW<br>)<br>)<br>)<br>)<br>) |

**VERIFIED MOTION FOR ADMISSION PRO HAC VICE OF PETER E. PERKOWSKI**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Peter E. Perkowski, move to be admitted *pro hac vice* to the bar of this court for the purpose of representing plaintiffs Monsanto Company and Monsanto Technology LLC in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a)  My full name is Peter E. Perkowski;

(b)  My address, telephone number, fax number and e-mail address are as follows:
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
telephone: 213-615-1700
facsimile: 213-615-1750
e-mail: pperkowski@winston.com

(c)  I am a partner in the law firm of Winston & Strawn LLP.

(d)  I graduated from George Washington University Law School in 1998.

#26592

(e) Below are the dates and jurisdiction in which I have been admitted to practice law:

a) Supreme Court of the State of California; admitted December 8, 1998

b) United States Supreme Court; admitted October 2008

c) United States Court of Appeals for the Federal Circuit; admitted August 28, 2009

d) United States Court of Appeals for the Third Circuit; admitted January 2006

e) United States Court of Appeals for the Ninth Circuit; admitted June 2002

f) United States Court of Appeals for the Armed Forces; admitted July 13, 2009

g) United States District Court for the Central District of California; admitted December 1998

h) United States District Court for the Southern District of California; admitted November 2007

i) United States District Court for the Eastern District of Michigan; admitted March 2008

j) United States District Court for the Eastern District of Texas; admitted July 13, 2010

(f) I am a member in good standing of all bars of which I am member; I am not under suspension or disbarment from any bar; I have attached to this motion a certificate of good standing in the bar of the jurisdiction in which I reside or regularly employed as an attorney.

(g) I do not reside in the Eastern District of Missouri, am not regularly employed in this district and am not regularly engaged in the practice of law in this district.

I further attest under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

Respectfully submitted,

WINSTON & STRAWN LLP

By: _____
Peter E. Perkowski
Winston & Strawn LLP
333 S. Grand Avenue
Los Angeles, CA 90071-1543
telephone: 213-615-1819
facsimile: 213-615-1750
e-mail: pperkowski@winston.com

**ATTORNEY FOR DEFENDANTS**
**MONSANTO COMPANY AND MONSANTO**
**TECHNOLOGY LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of February, 2012, the foregoing was served by electronic mail pursuant to agreement of counsel, upon the following:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Jack G. Stern, Esq.
Robert J. Dwyer, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Jonathan H. Sherman, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

Robert T. Haar, Esq.
Lisa A. Pake, Esq.
Haar & Woods, LLP
1010 Market Street, Suite 1620
St. Louis, MO 63101

*Attorneys for Defendants*

/s/ Lisa M. Schroeder



# Supreme Court of California

**FREDERICK K. OHLRICH**
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### PETER EDWARD PERKOWSKI

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that Peter Edward Perkowski was on the 8th day of December, 1998 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 6th day of February, 2012.*

FREDERICK K. OHLRICH
*Clerk of the Supreme Court*

By: _____
Nicole Benavidez
*Deputy Clerk*