RECEIVED

FEB 14 2012

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST L

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) Case No. 4:09-CV-00686-ERW ) |
| E.I. DUPONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC., | ) ) ) ) ) |
| Defendants. | ) |

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Elliott M. Seiden, move to be admitted *pro hac vice* to the bar of this Court for the purpose of representing Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc. in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Elliott M. Seiden;

(b) 5301 Wisconsin Ave., N.W., Ste. 800, Washington, D.C., 20015, telephone number is (202) 237-2727 and facsimile number is (202) 237-6131;

(c) Boies, Schiller & Flexner LLP;

(d) Elliott M. Seiden attended the New York University School of Law and graduated in 1970 therefrom;

(e) Elliott M. Seiden was admitted to the District of Columbia Bar in 1979, registration no. 260331 ;

(f) Elliott M. Seiden is a member in good standing of all bars of which he is a member; Elliott M. Seiden is not under suspension or disbarment from any bar;

(g) Elliott M. Seiden does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Elliott M. Seiden attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that he be admitted *pro hac vice* to the bar of this court to appear in the instant matter.

_____
Elliott M. Seiden



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

ELLIOTT M. SEIDEN

was on the 23RD day of FEBRUARY, 1979

duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 10, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk