IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and <br> MONSANTO TECHNOLOGY LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> E.I. DUPONT DE NEMOURS AND COMPANY and <br> PIONEER HI-BRED INTERNATIONAL, INC., <br><br> Defendants. | Case No. 4:09-cv-00686-ERW |

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiffs, Monsanto Company and Monsanto Technology LLC and Defendants, E.I. du Pont de Nemours and Co. and Pioneer Hi-Bred International, Inc. (collectively "the parties"), respectfully move for an extension of time, to and including Monday, March 12, 2012, within which Monsanto shall file and serve its Opposition to Defendants' Motion for Leave to File Third Amended Answer and Counterclaims (Dkt. # 1044), and an extension of time, to and including Thursday, April 5, 2012, within which DuPont/Pioneer shall file and serve its corresponding Reply in Support.

In support of this Motion, the parties state that the requested extensions are not being advanced for purposes of unnecessary delay, and that the requested extensions will not impact the scheduling of this matter.

Dated:  February 27, 2012                             Respectfully submitted,

1

| | |
|---|---|
| **HUSCH BLACKWELL LLP** | **LEWIS, RICE** & **FINGERSH, L.C.** |

**HUSCH BLACKWELL LLP**

  /s/ Joseph P. Conran
Joseph P. Conran, E.D.Mo. # 21635MO
Omri E. Praiss, E.D.Mo. # 41850MO
Greg G. Gutzler, E.D.Mo. # 48893MO
Dutro E. Campbell, E.D.Mo. # 47942MO
Tamara M. Spicer, E.D.Mo. # 54037MO
Steven M. Berezney, E.D.Mo. # 56091MO
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
 (314) 480-1500
(314) 480-1505 – facsimile
joe.conran@huschblackwell.com
omri.praiss@huschblackwell.com
greg.gutzler@huschblackwell.com
bruce.campbell@huschblackwell.com
tamara.spicer@huschblackwell.com
steve.berezney@huschblackwell.com

**WINSTON & STRAWN LLP**
Dan K. Webb
George C. Lombardi
Todd J. Ehlman
James M. Hilmert
35 W. Wacker Drive, Suite 4200
Chicago, IL  60601

John J. Rosenthal
Matthew A. Campbell
Jovial Wong
Andrew E. Smith
Erica E. Stauffer
Zachary L. Spencer
Adam S. Nadelhaft
1700 K Street, N.W.
Washington, DC  20006

Gail J. Standish
Peter E. Perkowski
pperkowski@winston.com
333 South Grand Avenue
Los Angeles, CA 90071-1543

**MCDERMOTT WILL & EMERY**
Steven G. Spears
1000 Louisiana Street, Suite 3900
Houston, TX  77002-5005

*Attorneys for Plaintiff Monsanto Company and Monsanto Technology LLC*

**LEWIS, RICE** & **FINGERSH, L.C.**

  /s/ C. David Goerisch (with consent)
Andrew Rothschild, E.D.Mo. # 23145MO
C. David Goerisch, E.D.Mo. # 48418MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri  63101
(314) 444-7600
(314) 241-6056 (facsimile)
arothschild@lewisrice.com
dgoerisch@lewisrice.comSt.

Robert T. Haar, #30044 MO
Lisa A. Pake, #39397 MO
**HAAR & WOODS, LLP**
1010 Market Street, Suite 1620
St. Louis, Missouri  63101
(314) 241-2224
(314) 241-2227 (facsimile)

Leora Ben-Ami
Thomas F. Fleming
Christopher T. Jagoe
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York 10022

Donald L. Flexner
**BOIES, SCHILLER** & **FLEXNER LLP**
575 Lexington Avenue, 7th Fl.
New York, New York 10022

James P. Denvir
Amy J. Mauser
**BOIES, SCHILLER** & **FLEXNER LLP**
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

*Attorneys for Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.*

2

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on the 27th day of February, 2012, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, and was served by operation of that Court's electronic filing system, upon the following:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Jack G. Stern, Esq.
Robert J. Dwyer, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY  10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Jonathan H. Sherman, Esq.
Elliott M. Seiden, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015

Robert T. Haar, Esq.
Lisa A. Pake, Esq.
Haar & Woods, LLP
1010 Market Street, Suite 1620
St. Louis, MO 63101

*Attorneys for Defendants*

                  /s/ Joseph P. Conran                      .