**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

|  |  |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>　　　　Plaintiffs/Counterclaim<br>　　　　Defendants,<br><br>　　　　v.<br><br>E.I. DU PONT DE NEMOURS AND CO. and<br>PIONEER HI-BRED INTERNATIONAL, INC.,<br><br>　　　　Defendants/Counterclaim<br>　　　　Plaintiffs. | Case No. 09-cv-0686 (ERW)<br><br>**ANTITRUST CASE** |

**DUPONT'S MOTION TO RECONSIDER APPROVAL OF CERTAIN**
**REDACTIONS TO SYNGENTA'S ROUNDUP READY 2 YIELD LICENSE**

E. I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc. (together "DuPont") respectfully request the Court to reconsider its January 10, 2012 Order (Dkt. 1005) approving certain redactions to Monsanto's Roundup Ready 2 Yield license with Syngenta because the redacted material is directly relevant to DuPont's antitrust counterclaims.  DuPont requests that the Court order Monsanto to produce a copy of Monsanto's executed Syngenta Roundup Ready 2 Yield Soybean License Agreement with certain redactions removed, as detailed in the memorandum in support filed concurrently herewith.

Dated:  March 2, 2012          Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By:    /s/ C. David Goerisch
         Andrew Rothschild, #23145MO
         C. David Goerisch, #48418MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri  63101
(314) 444-7600
(314) 241-6056 (facsimile)
arothschild@lewisrice.com
dgoerisch@lewisrice.com

Robert T. Haar, #30044 MO
Lisa A. Pake, #39397 MO
HAAR & WOODS, LLP
1010 Market Street, Suite 1620
St. Louis, Missouri 63101
(314) 241-2224
(314) 241-2227 (facsimile)
roberthaar@haar-woods.com
lpake@haar-woods.com

Leora Ben-Ami
Thomas F. Fleming
Christopher T. Jagoe
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York  10022
(212) 836-8000
(212) 836-8689 (facsimile)
lbenami@kayescholer.com
tfleming@kayescholer.com
cjagoe@kayescholer.com
hsuh@kayescholer.com

Donald L. Flexner
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue, 7th Fl.
New York, New York 10022
(212) 446-2300
(212) 446-2350 (facsimile)
dflexner@bsfllp.com

James P. Denvir
Amy J. Mauser
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
202-237-2727
202-237-6131 (facsimile)
jdenvir@bsfllp.com
amauser@bsfllp.com

*Counsel for Defendants E.I. du Pont de Nemours and*
*Company and Pioneer Hi-Bred International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2012, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

- **Steven M. Berezney**
  steve.berezney@huschblackwell.com
- **Kurt G. Calia**
  kcalia@cov.com
- **Matthew A. Campbell**
  macampbell@winston.com
- **Scott W. Clark**
  sclark@mwe.com
- **Joseph P. Conran**
  joe.conran@huschblackwell.com
- **Todd J. Ehlman**
  tehlman@winston.com
- **Anthony J. Franze**
  Anthony.Franze@aporter.com
- **Greg G. Gutzler**
  greg.gutzler@huschblackwell.com
- **James M. Hilmert**
  jhilmert@winston.com
- **George C. Lombardi**
  glombardi@winston.com
- **Kurt A. Mathas**
  kmathas@winston.com
- **Omri E. Praiss**
  omri.praiss@huschblackwell.com

- **John J. Rosenthal**
jrosenthal@winston.com
- **Mark A. Smith**
markasmith@winston.com
- **Steven G. Spears**
sspears@mwe.com,jjknapp@mwe.com
- **Tamara M. Spicer**
tamara.spicer@huschblackwell.com,jean.melenbrink@huschblackwell.com
- **Gail J. Standish**
gstandish@winston.com
- **Dan K. Webb**
dwebb@winston.com

        /s/ C. David Goerisch