IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>    Plaintiffs,<br><br>    vs.<br><br>E.I. DUPONT DE NEMOURS AND<br>COMPANY and<br>PIONEER HI-BRED INTERNATIONAL,<br>INC.,<br><br>    Defendants. | Case No. 4:09-cv-00686-ERW |

**CONSENT MOTION FOR EXTENSION OF TIME**

    Plaintiffs, Monsanto Company and Monsanto Technology LLC (collectively "Monsanto"), respectfully move for an extension of time, to and including Wednesday, March 21, 2012, within which Monsanto shall file and serve its Opposition to Defendants' Motion for Leave to File Third Amended Answer and Counterclaims (Dkt. # 1044).

    In support of this Motion, Monsanto states that the requested extension is not being advanced for purposes of unnecessary delay, and that the requested extension will not impact the scheduling of this matter. Counsel for Monsanto has conferred with counsel for Defendants, who have consented to the requested extension.

    Dated: March 9, 2012

Respectfully submitted,

HUSCH BLACKWELL LLP

By:  /s/ Joseph P. Conran               .
Joseph P. Conran, E.D.Mo. # 21635MO
joe.conran@huschblackwell.com
Omri E. Praiss, E.D.Mo. # 41850MO
omri.praiss@huschblackwell.com
Greg G. Gutzler, E.D.Mo. # 48893MO
greg.gutzler@huschblackwell.com
Dutro E. Campbell, E.D.Mo. # 47942MO
bruce.campbell@huschblackwell.com
Tamara M. Spicer, E.D.Mo. # 54037MO
tamara.spicer@huschblackwell.com
Steven M. Berezney, E.D.Mo. # 56091MO
steve.berezney@huschblackwell.com
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
(314) 480-1500 – telephone
(314) 480-1505 – facsimile

WINSTON & STRAWN LLP
Dan K. Webb
dwebb@winston.com
George C. Lombardi
glombardi@winston.com
Todd J. Ehlman
tehlman@winston.com
James M. Hilmert
jhilmert@winston.com
35 W. Wacker Drive, Suite 4200
Chicago, IL  60601
(312) 558-5600 – telephone
(312) 558-5700 – facsimile

        John J. Rosenthal
        jrosenthal@winston.com
        Matthew A. Campbell
        macampbell@winston.com
        Jovial Wong
        jwong@winston.com
        Andrew E. Smith
        aesmith@winson.com
        Erica E. Stauffer
        estauffer@winston.com
        Zachary L. Spencer
        zspencer@winston.com
        Adam S. Nadelhaft
        anadelhaft@winston.com
        1700 K Street, N.W.
        Washington, DC  20006
        (202) 282-5000 – telephone
        (202) 282-5100 – facsimile

        Gail J. Standish
        gstandish@winston.com
        Peter E. Perkowski
        pperkowski@winston.com
        333 South Grand Avenue
        Los Angeles, CA 90071-1543
        (213) 615-1700 – telephone
        (213) 615-1750 – facsimile

        MCDERMOTT WILL & EMERY
        Steven G. Spears
        sspears@mwe.com
        1000 Louisiana Street, Suite 3900
        Houston, TX  77002-5005
        (713) 653-1700 – telephone
        (713) 739-7592 – facsimile

        *Attorneys for Plaintiff Monsanto Company and*
        *Monsanto Technology LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of March, 2012, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, and was served by operation of that Court's electronic filing system, upon the following:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington, Suite 2500
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Howard S. Suh, Esq.
Jeanna Wacker, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Donald L. Flexner, Esq.
Hershel Wancjer, Esq.
Cynthia Christian, Esq.
Robert M. Cooper, Esq.
Jack G. Stern, Esq.
Robert J. Dwyer, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY  10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Jonathan H. Sherman, Esq.
Elliott M. Seiden, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015

Robert T. Haar, Esq.
Lisa A. Pake, Esq.
Haar & Woods, LLP
1010 Market Street, Suite 1620
St. Louis, MO 63101

*Attorneys for Defendants*

                                                 /s/ Joseph P. Conran              .