UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br>     Plaintiffs,<br><br>  vs.<br><br>E.I. DU PONT DE NEMOURS AND<br>COMPANY and PIONEER HI-BRED<br>INTERNATIONAL, INC.,<br>     Defendants. | Case No. 4:09CV00686 ERW |

**ORDER**

Consent Motion for Extension of Time [ECF No. 1059] is **GRANTED**.  Monsanto's Response to Defendants' Motion for Leave to File Third Amended Answer and Counterclaims [ECF No. 1044] shall be filed no later than **March 21, 2012.**

So ordered.

Dated this   12th   day of March, 2012.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE