UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

---

MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC,

    Plaintiffs/Counterclaim-Defendants,

v.

E.I. DU PONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC.,

    Defendants/Counterclaim-Plaintiffs.

Case No. 4:09-cv-686 ERW

ANTITRUST CASE

---

## DEFENDANTS' MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITATION

Defendants E. I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc. (collectively "DuPont") respectfully request the Court for leave to file the Memorandum in Support of DuPont's Motion to Compel Monsanto to Use Additional Antitrust Search Terms in excess of the 15-page limit set forth in Local Rule 4.01(D). Defendants seek leave to file their Memorandum in Support not in excess of 22 pages. In support of this motion, DuPont states that the additional pages are necessary to adequately address a critical issue regarding antitrust discovery in this case concerning Monsanto's demonstrably inadequate use of license-related search terms, which has denied DuPont discovery related to its communications, both internal and external, concerning Monsanto's Roundup Ready ("RR1") and Roundup Ready 2 Yield ("RR2") licenses and their key provisions and restrictions. DuPont respectfully requests that this Motion be granted.

Dated:  March 16, 2012                             Respectfully submitted,

                                                           **LEWIS, RICE & FINGERSH, L.C.**

By:     /s/ C. David Goerisch
       Andrew Rothschild, #23145MO
       C. David Goerisch, #48418MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri  63101
(314) 444-7600
(314) 241-6056 (facsimile)
arothschild@lewisrice.com
dgoerisch@lewisrice.com

Robert T. Haar, #30044 MO
Lisa A. Pake, #39397 MO
HAAR & WOODS, LLP
1010 Market Street, Suite 1620
St. Louis, Missouri 63101
(314) 241-2224
(314) 241-2227 (facsimile)
roberthaar@haar-woods.com
lpake@haar-woods.com

Leora Ben-Ami
Thomas F. Fleming
Christopher T. Jagoe
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York  10022
(212) 836-8000
(212) 836-8689 (facsimile)
lbenami@kayescholer.com
tfleming@kayescholer.com
cjagoe@kayescholer.com
hsuh@kayescholer.com

Donald L. Flexner
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue, 7th Fl.
New York, New York 10022
(212) 446-2300
(212) 446-2350 (facsimile)
dflexner@bsfllp.com

James P. Denvir
Amy J. Mauser
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
202-237-2727
202-237-6131 (facsimile)
jdenvir@bsfllp.com
amauser@bsfllp.com

*Counsel for Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2012, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

- **Steven M. Berezney**
steve.berezney@huschblackwell.com
- **Kurt G. Calia**
kcalia@cov.com
- **Matthew A. Campbell**
macampbell@winston.com
- **Scott W. Clark**
sclark@mwe.com
- **Joseph P. Conran**
joe.conran@huschblackwell.com
- **Todd J. Ehlman**
tehlman@winston.com
- **Anthony J. Franze**
Anthony.Franze@aporter.com
- **Greg G. Gutzler**
greg.gutzler@huschblackwell.com
- **James M. Hilmert**
jhilmert@winston.com
- **George C. Lombardi**
glombardi@winston.com
- **Kurt A. Mathas**
kmathas@winston.com
- **Omri E. Praiss**
omri.praiss@huschblackwell.com
- **John J. Rosenthal**
jrosenthal@winston.com

3

- **Mark A. Smith**
markasmith@winston.com
- **Steven G. Spears**
sspears@mwe.com,jjknapp@mwe.com
- **Tamara M. Spicer**
tamara.spicer@huschblackwell.com,jean.melenbrink@huschblackwell.com
- **Gail J. Standish**
gstandish@winston.com
- **Dan K. Webb**
dwebb@winston.com

            /s/ C. David Goerisch