UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC,

    Plaintiffs/Counterclaim-Defendants,

    v.

E.I. DU PONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC.,

    Defendants/Counterclaim-Plaintiffs.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 4:09-cv-686 ERW

**ANTITRUST CASE**

**JOINT MOTION FOR EXTENSION OF TIME**

Plaintiffs/Counterclaim-Defendants Monsanto Company and Monsanto Technology LLC and Defendants/Counterclaim-Plaintiffs E. I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc. (collectively "the parties") respectfully move for the following extensions of time:

- Monsanto shall file and serve its Opposition to DuPont's Motion to Compel Monsanto to Use Additional Antitrust Search Terms (Dkt. 1063) by April 2, 2012;

- DuPont/Pioneer shall file and serve its Reply in Support of its Motion to Compel Monsanto to Use Additional Antitrust Search Terms by April 18, 2012; and

- DuPont/Pioneer shall file and serve its Reply in Support of its Motion for Leave to File Third Amended Answer and Counterclaims (Dkt. 1044) by April 16, 2012.

In support of this Motion, the parties state that the requested extensions are not being advanced for purposes of unnecessary delay, and that the requested extensions will not impact the scheduling of this matter.

Dated: March 21, 2012

**HUSCH BLACKWELL SANDERS, LLP**

By:     /s/ Joseph P. Conran
(signed by filing counsel with permission)
Joseph P. Conran, E.D.Mo. #21635MO
Omri E. Praiss, E.D.Mo. #41850MO
Greg G. Gutzler, E.D.Mo. #48893MO
Dutro E. Campbell, E.D.Mo. #47942MO
Tamara M. Spicer, E.D.Mo. #54037MO
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441

**WINSTON & STRAWN LLP**
Dan K. Webb
George C. Lombardi
Todd J. Ehlman
James M. Hilmert
35 W. Wacker Drive, Suite 4200
Chicago, IL  60601

John J. Rosenthal
Matthew A. Campbell
Jovial Wong
Andrew E. Smith
Erica E. Stauffer
Zachary L. Spencer
Adam S. Nadelhaft
1700 K Street, N.W.
Washington, DC  20006

Gail J. Standish
Peter E. Perkowski
333 South Grand Avenue
Los Angeles, CA 90071-1543

**McDERMOTT WILL & EMERY**
Steven G. Spears
1000 Louisiana Street, Suite 3900
Houston, TX  77002-5005

*Counsel for Monsanto Company and Monsanto Technology LLC*

Respectfully submitted,

**LEWIS RICE FINGERSH, L.C.**

By:     /s/ C. David Goerisch
Andrew Rothschild, #23145MO
C. David Goerisch, #48418MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri  63101
(314) 444-7600
(314) 241-6056 (facsimile)

Robert T. Haar, #30044 MO
Lisa A. Pake, #39397 MO
**HAAR & WOODS, LLP**
1010 Market Street, Suite 1620
St. Louis, Missouri 63101
(314) 241-2224
(314) 241-2227 (facsimile)

Leora Ben-Ami
Thomas F. Fleming
Christopher T. Jagoe
Howard S. Suh
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York  10022

Donald L. Flexner
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue, 7th Fl.
New York, New York 10022

James P. Denvir
Amy J. Mauser
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

*Counsel for E. I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.*