UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MONSANTO COMPANY and | ) | |
| MONSANTO TECHNOLOGY, LLC | ) | |
|     Plaintiffs, | ) | |
| | ) | |
|   vs. | ) | Case No. 4:09CV00686 ERW |
| | ) | |
| E.I. DU PONT DE NEMOURS AND | ) | |
| COMPANY and PIONEER HI-BRED | ) | |
| INTERNATIONAL, INC., | ) | |
|     Defendants. | ) | |

## ORDER

Consent Motion for Extension of Time [ECF No. 1078] is **GRANTED**. The following filing deadlines are changed to the following:

- Monsanto shall file and serve its Opposition to Defendants' Motion to Compel Monsanto to Use Additional Antitrust Search Terms [ECF No.1063] no later than **April 2, 2012**;

- Defendants shall file and serve its Reply in Support of its Motion to Compel Monsanto to Use Additional Antitrust Search Terms no later than **April 18, 2012**; and

- Defendants shall file and serve its Reply in Support of its Motion for Leave to File Third Amended Answer and Counterclaims [ECF No. 1044] no later than **April 16, 2012.**

So ordered.

Dated this   22nd   day of March, 2012.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE