UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY, <br> MONSANTO TECHNOLOGY LLC <br><br> Plaintiffs, <br><br> v. <br><br> E.I. DUPONT DE NEMOURS AND <br> COMPANY and PIONEER HI-BRED <br> INTERNATIONAL, INC., <br><br> Defendants. | Case No. 4:09-cv-00686(ERW) |

**CONSENT MOTION TO AMEND FIFTH AMENDED CASE MANAGEMENT ORDER – PATENT (DOCKET NO. 1008)**

The parties, through their respective counsel of record, hereby jointly move that the court enter the following stipulation as order of the Court:

**STIPULATION**

1. The parties are entering into this Stipulation to allow for the completion of expert discovery, before the deadline for filing motions for summary judgment.  As detailed below, the proposed amended schedule extends the opening deadline for the parties to file motions for summary judgment by one week, extends the deadline to file oppositions by one week, but does not change the date for reply briefs.  .

2. The parties jointly stipulate and move the Court to amend the Fifth Amended Case Management Order, and extend the summary judgment deadlines, as follows:

   a. Any motions contemplated by paragraph I.2 of the Court's current CMO (dkt. 1008) such as motions to dismiss, motions for judgment on the pleadings, and motions

for summary judgment must be filed no later than **April 6, 2012** (the previous date was March 30, 2012).

      b.  Briefs in opposition shall be filed no later than 30 days after the initial briefs are filed and served.

      c.  Reply briefs shall be filed no later than 30 days after the opposition briefs are filed and served, or **May 30, 2012**, which ever is earlier (this deadline to complete briefing for all dispositive motions remains unchanged from the Fifth Amended Case Management Order).

    3.    Except as expressly detailed above, all other dates reflected in the Fifth Amended Case Management Order, including the dates set by the Court for the Final Pretrial Conference and Jury Selection, shall remain unchanged.

Dated:  March 27, 2012                        Respectfully submitted,

| | |
|---|---|
| **HUSCH BLACKWELL LLP** | **LEWIS, RICE & FINGERSH, L.C.** |
| /s/ Joseph P. Conran | /s/ C. David Goerisch |
| (signed by filing attorney with permission) | Andrew Rothschild, E.D.Mo. # 23145MO |
| Joseph P. Conran, E.D.Mo. # 21635MO | C. David Goerisch, E.D.Mo. # 48418MO |
| Omri E. Praiss, E.D.Mo. # 41850MO | 500 N. Broadway, Suite 2000 |
| Greg G. Gutzler, E.D.Mo. # 48893MO | Louis, MO 63102 |
| Tamara M. Spicer, E.D.Mo. # 54037MO | (314) 444-7600 |
| Steven M. Berezney, E.D.Mo. # 56091MO | (314) 241-6056 (facsimile) |
| 190 Carondelet Plaza, Suite 600 | arothschild@lewisrice.com |
| St. Louis, MO 63105 | dgoerisch@lewisrice.comSt. |
| (314) 480-1500 | |
| (314) 480-1505 (facsimile) | Robert T. Haar, #30044 MO |
| joe.conran@huschblackwell.com | Lisa A. Pake, #39397 MO |
| omri.praiss@huschblackwell.com | HAAR & WOODS, LLP |
| greg.gutzler@huschblackwell.com | 1010 Market Street, Suite 1620 |
| tamara.spicer@huschblackwell.com | St. Louis, Missouri 63101 |
| steve.berezney@huschblackwell.com | (314) 241-2224 |
| | (314) 241-2227 (facsimile) |
| Dan K. Webb | roberthaar@haar-woods.com |
| George C. Lombardi | lpake@haar-woods.com |
| Todd J. Ehlman | |
| James M. Hilmert | Leora Ben-Ami |
| **WINSTON & STRAWN LLP** | Thomas F. Fleming |
| 35 W. Wacker Drive, Suite 4200 | Christopher T. Jagoe |
| Chicago, IL 60601 | Jeanna Wacker |
| | **KAYE SCHOLER LLP** |
| John J. Rosenthal | 425 Park Avenue |
| Matthew A. Campbell | New York, New York 10022 |
| Jovial Wong | |
| **WINSTON & STRAWN LLP** | Donald L. Flexner |
| 1700 K Street, N.W. | Robert M. Cooper |
| Washington, DC 20006 | **BOIES, SCHILLER & FLEXNER LLP** |
| | 575 Lexington Avenue, 7th Fl. |
| Gail J. Standish | New York, New York 10022 |
| Stephen R. Smerek | |
| **WINSTON & STRAWN LLP** | James P. Denvir |
| 333 South Grand Avenue | Amy J. Mauser |
| Los Angeles, CA 90071-1543 | **BOIES, SCHILLER & FLEXNER LLP** |
| | 5301 Wisconsin Avenue, N.W. |
| *Attorneys for Plaintiffs Monsanto Company and Monsanto Technology LLC* | Washington, D.C. 20015 |
| | *Attorneys for Defendants E. I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.* |