UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>E. I. DU PONT DE NEMOURS AND CO. and PIONEER HI-BRED INTERNATIONAL, INC.,<br><br>Defendants. | Case No. 4:09-cv-0686 (ERW) |

### NOTICE OF WITHDRAWAL OF JACK A. SIMMS JR. AS COUNSEL FOR DUPONT AND PIONEER

PLEASE TAKE NOTICE that Jack A. Simms Jr. hereby withdraws as counsel for Defendants/Counterclaim-Plaintiffs E. I. du Pont de Nemours and Company ("DuPont") and Pioneer Hi-Bred International, Inc. ("Pioneer") in the above-captioned case. DuPont and Pioneer will continue to be represented in this action by the other attorneys identified below who have entered an appearance on their behalf.

Dated:  April 11, 2012.

Respectfully submitted,

**BOIES, SCHILLER & FLEXNER LLP**

By:   /s/ Jack A. Simms Jr.
James P. Denvir, III
Elliott M. Seiden
Amy J. Mauser
Robert M. Cooper
Jack A. Simms Jr.
Christopher L. Hayes
5301 Wisconsin Ave., N.W.
Suite 800
Washington, D.C. 20015
(202) 237-2727
(202) 237-6131 (facsimile)

Donald L. Flexner
Robert J. Dwyer
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue, 7th Fl.
New York, New York 10022
(212) 446-2300
(212) 446-2350 (facsimile)

Leora Ben-Ami
Thomas F. Fleming
Christopher T. Jagoe
Howard S. Suh
Oliver C. Bennett
Jeanna Wacker
Peter B. Silverman
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York  10022
(212) 836-8000
(212) 836-8689 (facsimile)

Robert T. Haar, #30044 MO
Lisa A. Pake, #39397 MO
HAAR & WOODS, LLP
1010 Market Street, Suite 1620
St. Louis, Missouri 63101
(314) 241-2224
(314) 241-2227 (facsimile)

Andrew Rothschild, #23145MO
C. David Goerisch, #48418MO
**LEWIS, RICE & FINGERSH, L.C.**
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
(314) 444-7600
(314) 241-6056 (facsimile)

*Counsel for Defendants E. I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2012, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

- **Steven M. Berezney**
steve.berezney@huschblackwell.com
- **Kurt G. Calia**
kcalia@cov.com
- **Matthew A. Campbell**
macampbell@winston.com
- **Scott W. Clark**
sclark@mwe.com
- **Joseph P. Conran**
joe.conran@huschblackwell.com
- **Todd J. Ehlman**
tehlman@winston.com
- **Anthony J. Franze**
Anthony.Franze@aporter.com
- **Greg G. Gutzler**
greg.gutzler@huschblackwell.com
- **James M. Hilmert**
jhilmert@winston.com
- **George C. Lombardi**
glombardi@winston.com
- **Kurt A. Mathas**
kmathas@winston.com
- **Omri E. Praiss**
omri.praiss@huschblackwell.com
- **John J. Rosenthal**
jrosenthal@winston.com
- **Steven G. Spears**
sspears@mwe.com,jjknapp@mwe.com
- **Tamara M. Spicer**
tamara.spicer@huschblackwell.com,jean.melenbrink@huschblackwell.com
- **Gail J. Standish**
gstandish@winston.com
- **Dan K. Webb**
dwebb@winston.com

            /s/ Jack A. Simms Jr.