# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY, MONSANTO TECHNOLOGY LLC<br><br>Plaintiffs,<br><br>v.<br><br>E.I. DUPONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC.,<br><br>Defendants. | Case No. 09-cv-00686 (ERW) |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF FIFTEEN PAGES

Plaintiffs Monsanto Company and Monsanto Technology LLC (collectively "Monsanto"), respectfully request the Court grant leave for Monsanto to file its Memorandum of Law in Opposition to Defendants' Motion For Partial Summary Judgment Of Count Nine For Invalidity Of Claims Reciting SEQ ID NO:70, containing approximately 25 pages.

In support of this motion, Monsanto states that the additional pages are necessary to adequately address a very important issue which requires a discussion of a detailed factual background and legal analysis. The brief is not needlessly repetitious, and Monsanto respectfully requests that this Motion be granted.

Dated:  April 18, 2012                             Respectfully submitted,

                                             HUSCH BLACKWELL LLP

                                             By:   /s/ Peter E. Perkowski
                                             Joseph P. Conran, E.D.Mo. # 6455
                                             joe.conran@huschblackwell.com
                                             Omri E. Praiss, E.D.Mo. # 35002
                                             omri.praiss@huschblackwell.com
                                             Greg G. Gutzler, E.D.Mo. # 84923
                                             greg.gutzler@huschblackwell.com
                                             Tamara M. Spicer, E.D. Mo. # 122214
                                             tamara.spicer@huschblackwell.com
                                             Steven M. Berezney, E.D.Mo. # 499707
                                             steve.berezney@huschblackwell.com
                                             190 Carondelet Plaza, Suite 600
                                             St. Louis, MO  63105
                                             (314) 480-1500 – telephone
                                             (314) 480-1505 – facsimile

                                             WINSTON & STRAWN LLP
                                             Dan K. Webb
                                             dwebb@winston.com
                                             George Lombardi
                                             glombardi@winston.com
                                             James Hilmert
                                             jhilmert@winston.com
                                             Eric Mersmann
                                             emersmann@winston.com
                                             35 W. Wacker Drive, Suite 4200
                                             Chicago, IL  60601
                                             (312) 558-5600 – phone
                                             (312) 558-5700 – facsimile

                                             John J. Rosenthal
                                             jrosenthal@winston.com
                                             1700 K Street, N.W.
                                             Washington, DC  20006
                                             (202) 282-5000 – phone
                                             (202) 282-5100 – facsimile

        Gail J. Standish
        gstandish@winston.com
        Stephen R. Smerek
        ssmerek@winston.com
        Peter E. Perkowski
        pperkowski@winston.com
        333 South Grand Avenue, 38th Floor
        Los Angeles, CA  90071
        (213) 615-1700 – phone
        (213) 615-1750 – facsimile

*Attorneys for Plaintiffs Monsanto Company and Monsanto Technology LLC*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 18th day of April, 2012, the foregoing was filed electronically with the Clerk of the Court for the United States District Court Eastern District of Missouri, Eastern Division and served by ECF notice by operation of that Court's electronic filing system upon the following:

Andrew Rothschild, Esq.
C. David Goerisch, Esq.
Lewis, Rice & Fingersh, L.C.
500 N. Broadway, Suite 2000
St. Louis, MO 63102

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY  10022

Donald L. Flexner, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY  10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C.  20015

*Attorneys for Defendants*

                                                  /s/  Peter E. Perkowski