UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MONSANTO COMPANY and
MONSANTO TECHNOLOGY LLC,

          Plaintiffs,

v.

E. I. DU PONT DE NEMOURS AND CO. and
PIONEER HI-BRED INTERNATIONAL, INC.,

          Defendants.

Case No. 4:09-cv-00686 (ERW)

**NOTICE OF CHANGE OF FIRM AND ADDRESS**
**OF CERTAIN COUNSEL FOR DEFENDANTS**

Come now Defendants E. I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc. (collectively "DuPont") and give notice that certain of its counsel have changed law firms.  Specifically, Leora Ben-Ami, Thomas Fleming, and Christopher Jagoe are now partners with the law firm of Kirkland & Ellis LLP.  Their new contact information is:

    Leora Ben-Ami
    Thomas Fleming
    Christopher Jagoe
    **KIRKLAND & ELLIS LLP**
    601 Lexington Avenue
    New York, NY  10022
    (212) 446-4800
    (212) 446-4900 (facsimile)
    Leora.benami@kirkland.com
    Thomas.fleming@kirkland.com
    Christopher.jagoe@kirkland.com

These individuals will remain counsel for DuPont, along with all other counsel who have entered their appearance in this case on behalf of DuPont.

Dated:  May 14, 2012

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By:    /s/ C. David Goerisch
        Andrew Rothschild, #23145MO
        C. David Goerisch, #48418MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri  63101
(314) 444-7600
(314) 241-6056 (facsimile)
arothschild@lewisrice.com
dgoerisch@lewisrice.com

Robert T. Haar, #30044 MO
Lisa A. Pake, #39397 MO
**HAAR & WOODS, LLP**
1010 Market Street, Suite 1620
St. Louis, Missouri 63101
(314) 241-2224
(314) 241-2227 (facsimile)
roberthaar@haar-woods.com
lpake@haar-woods.com

Leora Ben-Ami
Thomas Fleming
Christopher Jagoe
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY  10022
(212) 446-4800
(212) 446-4900 (facsimile)
Leora.benami@kirkland.com
Thomas.fleming@kirkland.com
Christopher.jagoe@kirkland.com

Oliver C. Bennett
Jeanna M. Wacker
Peter B. Silverman
**KAYE SCHOLER LLP**
425 Park Avenue
New York, New York  10022
(212) 836-8000
(212) 836-8689 (facsimile)
Oliver.Bennett@kayescholer.com
JWacker@kayescholer.com
Peter.Silverman@kayescholer.com

>Donald L. Flexner
>**BOIES, SCHILLER & FLEXNER LLP**
>575 Lexington Avenue, 7th Fl.
>New York, New York 10022
>(212) 446-2300
>(212) 446-2350 (facsimile)
>dflexner@bsfllp.com
>
>James P. Denvir
>Amy J. Mauser
>**BOIES, SCHILLER & FLEXNER LLP**
>5301 Wisconsin Avenue, N.W.
>Washington, D.C. 20015
>202-237-2727
>202-237-6131 (facsimile)
>jdenvir@bsfllp.com
>amauser@bsfllp.com
>
>*Counsel for Defendants E.I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2012, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

- **Steven M. Berezney**
steve.berezney@huschblackwell.com
- **Kurt G. Calia**
kcalia@cov.com
- **Matthew A. Campbell**
macampbell@winston.com
- **Scott W. Clark**
sclark@mwe.com
- **Joseph P. Conran**
joe.conran@huschblackwell.com
- **Todd J. Ehlman**
tehlman@winston.com
- **Anthony J. Franze**
Anthony.Franze@aporter.com
- **Greg G. Gutzler**
greg.gutzler@huschblackwell.com
- **James M. Hilmert**
jhilmert@winston.com
- **George C. Lombardi**
glombardi@winston.com

3

- **Kurt A. Mathas**
kmathas@winston.com
- **Omri E. Praiss**
omri.praiss@huschblackwell.com
- **John J. Rosenthal**
jrosenthal@winston.com
- **Mark A. Smith**
markasmith@winston.com
- **Steven G. Spears**
sspears@mwe.com,jjknapp@mwe.com
- **Tamara M. Spicer**
tamara.spicer@huschblackwell.com,jean.melenbrink@huschblackwell.com
- **Gail J. Standish**
gstandish@winston.com
- **Dan K. Webb**
dwebb@winston.com

                                                    /s/ C. David Goerisch