**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

------------------------------------------------------------x
:
MONSANTO COMPANY and :
MONSANTO TECHNOLOGY LLC, :
:
                Plaintiffs, :  Case No. 4:09-cv-00686 (ERW)
:
                    v. :
:
E. I. DU PONT DE NEMOURS AND :
COMPANY and PIONEER HI-BRED :
INTERNATIONAL, INC., :
:
                Defendants. :
------------------------------------------------------------x

## JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS

Plaintiffs Monsanto Company and Monsanto Technology LLC (collectively "Monsanto") and Defendants E. I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc. (collectively "DuPont") hereby stipulate by and through their respective attorneys that all claims and counterclaims asserted in Monsanto's Complaint (Dkt. 1) and DuPont's Fourth Amended Answer and Counterclaims (Dkt. 1594) are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, with all rights of appeal thereto waived.  The parties shall bear their own attorneys' fees and costs.  This stipulation does not affect the following orders: (1) the memorandum and order entered on December 21, 2011 (Dkt. 974), and (2) the order pertaining to itemized fees and costs entered on February 16, 2012 (Dkt. 1043).

| | |
|---|---|
| Dated:  March 26, 2013 | Respectfully Submitted, |
| **HUSCH BLACKWELL LLP** | **HAAR & WOODS, LLP** |
| /s/ Joseph P. Conran<br>Joseph P. Conran, E.D.Mo. # 21635MO<br>190 Carondelet Plaza, Suite 600<br>St. Louis, MO  63105<br>(314) 480-1500<br>(314) 480-1505 (facsimile) | /s/ Robert T. Haar *(w/consent)*<br>Robert T. Haar, #30044 MO<br>Lisa A. Pake, #39397 MO<br>1010 Market Street, Suite 1620<br>St. Louis, Missouri  63101<br>(314) 241-2224<br>(314) 241-2227 (facsimile) |
| Dan K. Webb<br>George C. Lombardi<br>**WINSTON & STRAWN LLP**<br>35 W. Wacker Drive, Suite 4200<br>Chicago, IL  60601 | Leora Ben-Ami<br>Thomas F. Fleming<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, NY 10022 |
| John J. Rosenthal<br>Matthew A. Campbell<br>**WINSTON & STRAWN LLP**<br>1700 K Street, N.W.<br>Washington, DC  20006 | Donald L. Flexner<br>**BOIES, SCHILLER & FLEXNER LLP**<br>575 Lexington Avenue, 7th Fl.<br>New York, New York 10022 |
| Gail J. Standish<br>Stephen R. Smerek<br>**WINSTON & STRAWN LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-1543 | James P. Denvir<br>Amy J. Mauser<br>**BOIES, SCHILLER & FLEXNER LLP**<br>5301 Wisconsin Avenue, N.W.<br>Washington, D.C. 20015 |
| *Attorneys for Plaintiffs Monsanto Company and Monsanto Technology LLC* | *Attorneys for Defendants E. I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 26th day of March, 2013, the foregoing was filed electronically with the Clerk of the Court for the United States District Court for the Eastern District of Missouri, Eastern Division, and was served by operation of that Court's electronic filing system, upon the following:

Leora Ben-Ami, Esq.
Thomas F. Fleming, Esq.
Christopher T. Jagoe, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Donald L. Flexner, Esq.
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Fl.
New York, NY 10022

James P. Denvir, Esq.
Amy J. Mauser, Esq.
Michael A. Birlle, Esq.
Ian Crichton, Esq.
Boies, Schiller & Flexner LLP
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015

Robert T. Haar, Esq.
Lisa A. Pake, Esq.
Haar & Woods, LLP
1010 Market Street, Suite 1620
St. Louis, MO 63101

*Attorneys for Defendants*

                                                           /s/ Joseph P. Conran