UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vs. | )<br>) | Case No. 4:09CV00686 ERW |
| E.I. DU PONT DE NEMOURS AND<br>COMPANY and PIONEER HI-BRED<br>INTERNATIONAL, INC., | )<br>)<br>)<br>) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, on December 21, 2011, this Court entered a sealed memorandum and order granting a motion for sanctions (ECF No. 974);

WHEREAS, on February 16, 2012, this Court entered a sealed order pertaining to itemized fees and costs (ECF No. 1043);

WHEREAS, on November 16, 2012, this Court entered a redacted memorandum and order relating to the December 21, 2011 order (ECF No. 1662);

WHEREAS, on March 26, 2013, Defendants and Plaintiffs filed a joint stipulation of dismissal resolving all remaining claims and issues in this case;

WHEREAS, on March 26, 2013, Defendants and Plaintiffs filed a joint motion for entry of a final judgment in this action; and

WHEREAS, the Court, having reviewed the parties' submissions in light of the applicable legal standards bearing on the joint motion for entry of final judgment, and having found that there are no unresolved claims or issues remaining, and that entry of a final judgment in this action is appropriate;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion for Entry of a Final Judgment in this case [ECF No. 1688] is GRANTED; and

2. Final judgment in this action shall be ENTERED in accordance with the sealed memorandum and order entered on December 21, 2011 (ECF No. 974), the sealed order pertaining to itemized fees and costs entered on February 16, 2012 (ECF No. 1043), and the redacted memorandum and order relating to the December 21, 2011 Order, entered on November 16, 2012 (ECF No. 1662).

So Ordered this 26th Day of March, 2013.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE