UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and ) | |
| MONSANTO TECHNOLOGY LLC, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:09CV00686 ERW |
| ) | |
| E.I. DUPONT DE NEMOURS AND ) | |
| COMPANY and PIONEER HI-BRED ) | |
| INTERNATIONAL, INC., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Order entered on March 26, 2013, and incorporated herein,

**IT IS HEREBY ORDERED** that the parties' Joint Motion for Entry of Final Judgment in this case [ECF No. 1688] is **GRANTED.**

**IT IS FURTHER ORDERED** that Final Judgment is entered with respect to the sealed Memorandum and Order entered on December 21, 2011 [ECF No. 974], the sealed Order pertaining to itemized fees and costs entered on February 16, 2012 [ECF No. 1043], and the redacted Memorandum and Order relating to the December 21, 2011 Order, entered on November 16, 2012 [ECF No. 1662].

**IT IS FURTHER ORDERED** that, in accordance with the parties' Joint Stipulation of Dismissal of All Claims [ECF No. 1687], all Claims and Counterclaims asserted in Monsanto's

Complaint [ECF No. 1] and DuPont's Fourth Amended Answer and Counterclaims [ECF No. 1594] are **DISMISSED with prejudice**, with all rights to appeal waived and with each party to bear their own attorneys' fees and costs.

So Ordered this 26th day of March, 2013.

                                                  _E. Richard Webber_
                                                  E. RICHARD WEBBER
                                                  SENIOR UNITED STATES DISTRICT JUDGE