UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>E.I. DUPONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 4:09CV00686 ERW<br>)<br>)<br>)<br>)<br>)<br>) |

# JUDGMENT

In accordance with the Order entered on March 26, 2013, and incorporated herein,

**IT IS HEREBY ORDERED** that the parties' Joint Motion for Entry of Final Judgment in this case [ECF No. 1688] is **GRANTED.**

**IT IS FURTHER ORDERED** that Final Judgment is entered with respect to the sealed Memorandum and Order entered on December 21, 2011 [ECF No. 974], the sealed Order pertaining to itemized fees and costs entered on February 16, 2012 [ECF No. 1043], and the redacted Memorandum and Order relating to the December 21, 2011 Order, entered on November 16, 2012 [ECF No. 1662].

**IT IS FURTHER ORDERED** that, in accordance with the parties' Joint Stipulation of Dismissal of All Claims [ECF No. 1687], all Claims and Counterclaims asserted in Monsanto's

Complaint [ECF No. 1] and DuPont's Fourth Amended Answer and Counterclaims [ECF No. 1594] are **DISMISSED with prejudice**, with all rights to appeal waived and with each party to bear their own attorneys' fees and costs.

So Ordered this 26th day of March, 2013.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE