AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Eastern District of Missouri__ on the following  X  Patents or ☐ Trademarks:

| DOCKET NO.<br>4:09cv00686 ERW | DATE FILED<br>05/04/2009 | U.S. DISTRICT COURT<br>United States District Court Eastern District of Missouri Eastern Division |
|---|---|---|
| PLAINTIFF<br>Monsanto Company et al | | DEFENDANT<br>E.I. Dupont De Nemours and Company et al |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | See attached complaint. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

*See Judgment #1691 filed March 26, 2013, which is attached*

| CLERK<br>James G. Woodward | (BY) DEPUTY CLERK<br>Melanie C Berg | DATE<br>3/26/13 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and<br>MONSANTO TECHNOLOGY LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>E.I. DUPONT DE NEMOURS AND<br>COMPANY and PIONEER HI-BRED<br>INTERNATIONAL, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 4:09CV00686 ERW<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Order entered on March 26, 2013, and incorporated herein,

**IT IS HEREBY ORDERED** that the parties' Joint Motion for Entry of Final Judgment in this case [ECF No. 1688] is **GRANTED.**

**IT IS FURTHER ORDERED** that Final Judgment is entered with respect to the sealed Memorandum and Order entered on December 21, 2011 [ECF No. 974], the sealed Order pertaining to itemized fees and costs entered on February 16, 2012 [ECF No. 1043], and the redacted Memorandum and Order relating to the December 21, 2011 Order, entered on November 16, 2012 [ECF No. 1662].

**IT IS FURTHER ORDERED** that, in accordance with the parties' Joint Stipulation of Dismissal of All Claims [ECF No. 1687], all Claims and Counterclaims asserted in Monsanto's

Complaint [ECF No. 1] and DuPont's Fourth Amended Answer and Counterclaims [ECF No. 1594] are **DISMISSED with prejudice**, with all rights to appeal waived and with each party to bear their own attorneys' fees and costs.

So Ordered this 26th day of March, 2013.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE