**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC,<br><br>            Plaintiffs,<br><br>       v.<br><br>E. I. DU PONT DE NEMOURS AND COMPANY and PIONEER HI-BRED INTERNATIONAL, INC.,<br><br>            Defendants. | Case No. 4:09CV00686 ERW |

## NOTICE OF APPEAL

Notice is hereby given that E. I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc., Defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the judgment entered in this action on March 26, 2013 (Dkt. Entry 1691); the Memorandum and Order entered on December 21, 2011 (Dkt. Entry 974); the Order pertaining to itemized fees and costs entered on February 16, 2012 (Dkt. Entry 1043); and the Memorandum and Order relating to the December 21, 2011 Order, entered on November 16, 2012 (Dkt. Entry 1662).

Respectfully submitted,

Dated: April 23, 2013  /s/ Robert T. Haar
Robert T. Haar, #30044 MO
Lisa A. Pake, #39397 MO
**HAAR & WOODS, LLP**
1010 Market Street, Suite 1620
St. Louis, Missouri 63101
(314) 241-2224
(314) 241-2227 (facsimile)
roberthaar@haar-woods.com
lpake@haar-woods.com

Leora Ben-Ami, *pro hac vice*
Thomas F. Fleming, *pro hac vice*
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
(212) 446-4800
(212) 446-4900 (facsimile)
leora.benami@kirkland.com
thomas.fleming@kirkland.com

Donald L. Flexner, *pro hac vice*
**BOIES, SCHILLER & FLEXNER LLP**
575 Lexington Avenue, 7th Fl.
New York, New York 10022
(212) 446-2300
(212) 446-2350 (facsimile)
dflexner@bsfllp.com

James P. Denvir, *pro hac vice*
Amy J. Mauser, *pro hac vice*
**BOIES, SCHILLER & FLEXNER LLP**
5301 Wisconsin Avenue, N.W.
Washington, D.C. 20015
202-237-2727
202-237-6131 (facsimile)
jdenvir@bsfllp.com
amauser@bsfllp.com

*Counsel for Defendants E. I. du Pont de Nemours and Company and Pioneer Hi-Bred International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2013, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

- **Matthew A. Campbell**
  macampbell@winston.com
- **Joseph P. Conran**
  joe.conran@huschblackwell.com
- **Todd J. Ehlman**
  tehlman@winston.com
- **James M. Hilmert**
  jhilmert@winston.com
- **George C. Lombardi**
  glombardi@winston.com
- **Omri E. Praiss**
  omri.praiss@huschblackwell.com
- **John J. Rosenthal**
  jrosenthal@winston.com
- **Mark A. Smith**
  markasmith@winston.com
- **Steven G. Spears**
  sspears@mwe.com
- **Gail Standish**
  gstandish@winston.com
- **Dan K. Webb**
  dwebb@winston.com

/s/ Robert T. Haar