US Court of Appeals - Eighth Circuit
NOA Supplement

Caption:                                                          USCA#:
                                                                        _____

Monsanto Company et al. v. E.I. Dupont De Nemours and Company et al

Case Number:

4:09cv686 ERW

Plaintiff:                                    Defendant:


**Monsanto Company**                          **E.I. Dupont De Nemours and Company, et al.**

Attorney:                                     Attorney:










SEE DOCKET SHEET                              SEE DOCKET SHEET

Court Reporter:                               Please return files and documents to:


                                               Clerk, Eastern District of Missouri


Deborah Kriegshauser                          Person to contact about the appeal::
Lynne Shrum
Christine Simpson
Sue Moran                                      Beth Kirkland   244-7925
Shannon WHite


| Length of trial: | Fee: | IFP: | Pending IFP Motion: |
|---|---|---|---|
| 18 DAYS | PAID | N/A | N/A |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| ROBERT HAAR | NONE | N/A | N/A |


Criminal Cases/Prisoner Pro Se Cases Only:

   Is defendant incarcerated?   Yes        No          Where: [                    ]

Please list all other defendants in this case if there were multiple defendants:

_____